FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 6 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, MICHAEL HARROD, ) <br> and WILLIAM CHRIS JOHNSON, ) <br> ....Plaintiffs ) <br> ) <br> v.  ) <br> ) <br> MARK MARTIN, in his official ) <br> capacity as Secretary of State ) <br> for the State of Arkansas; ) <br> ....Defendant. ) | Case No. 4:14 cv 65 JMM |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

To the Honorable Judge of said Court:

COMES NOW James C. Linger, Applicant herein, pursuant to L.R. 83.5(d), and moves this Court to grant admission to the United States District Court for the Eastern District of Arkansas, *Pro Hac Vice* to represent Mark Moore, Michael Harrod, and William Chris Johnson, Plaintiffs in this case, and would respectfully show the Court as follows:

1. James C. Linger has been a member in good standing of the State Bar of Oklahoma and the Federal Bar for the United States District Court for the Northern District of Oklahoma for over 36 years; that a copy of a Certificate of Good Standing in the Northern District of Oklahoma and an Affidavit by James C. Linger are attached hereto, marked Exhibits "1" and "2", respectively, and made a part of this motion as though fully set forth herein;

2. That James C. Linger is a member of the bar of the following Federal Courts: the United States District Courts for the Northern District of Texas, Eastern District of Oklahoma,

Western District of Oklahoma, and Northern District of Oklahoma; United States Court of Appeals for the Fifth Circuit, Sixth Circuit, Eighth Circuit, and Tenth Circuit, and the United States Supreme Court;

3. That his local counsel herein, Jeff Rosenzweig, of Little Rock, Arkansas, is a member of the Bar of the State of Arkansas and the United States District Court for the Eastern District of Arkansas, and maintains a law office at 300 Spring Street, Suite 310, Little Rock, Arkansas 72201, Telephone No. (501) 372-5247 and Facsimile No. (501) 376-0770.

4. Applicant James C. Linger has never been subject to grievance proceedings, bar discipline, sanctions, or contempt of court.

5. Applicant James C. Linger has not been charged, arrested, or convicted of a criminal offence (omitting minor traffic offences);

6. Applicant James C. Linger has read and is familiar with the Local Rules of the Eastern District of Arkansas, and will comply with the standard of practice set out therein;

7. Applicant James C. Linger maintains a law office in Tulsa, Oklahoma, as set forth hereinbelow, and can be available upon reasonable notice for any hearing to be conducted by this Court; and

8. Applicant James C. Linger has tendered the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule 83.5(d) to the Clerk, U.S. District Court.

WHEREFORE, premises considered, Applicant James C. Linger prays that this Court enter an order permitting the admission of James C. Linger to the Eastern District of Arkansas, *pro hac vice* for this case only.

Respectfully submitted this 5th day of February, 2014.

JAMES C. LINGER, OBA No. 5441
*Counsel for Plaintiffs*

*/s/ James C. Linger*

1710 South Boston Avenue
Tulsa, Oklahoma 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
Email: bostonbarristers@tulsacoxmail.com

JEFF ROSENZWEIG, AB No. 77115
*Counsel for Plaintiffs*
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
Telephone (501) 372-5247
Facsimile (501) 376-0770
Email: jrosenzweig@att.net

Exhibit "1"

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

NORTHERN **DISTRICT OF** OKLAHOMA

## CERTIFICATE OF GOOD STANDING

I, _____ Phil Lombardi _____, *Clerk of this Court,*

certify that _____ James Carter Linger _____, *Bar #* _____ 5441 _____,

was duly admitted to practice in this Court on

_____ 6/21/1977 _____, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at _____ Tulsa, OK _____ on _____ 2/5/2014 _____.
LOCATION    DATE

Phil Lombardi, Clerk
CLERK

[signature]
DEPUTY CLERK

AFFIDAVIT OF JAMES C. LINGER                    Exhibit "2"

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF TULSA      )

James C. Linger, being first duly sworn upon oath states:

1. That I have read the Motion for Leave to Appear Pro Hac Vice, and all statements contained therein are true and correct.

2. That I have been a member of the Oklahoma Bar and the Bar of the United States District Court for the Northern District of Oklahoma for over 36 years.

3. That I state under oath that I have never had a disciplinary proceeding or a criminal charge instituted against me during my professional legal career.

Further Affidavit sayeth not.

James C. Linger

Subscribed and sworn to before me this 5th day of February, 2014.

Notary Public

Commission and Expiration:

(SEAL)

VICKIE L. CAUDLE
Notary Public in and for
STATE OF OKLAHOMA
Commission # 03012535
Expires: October 6, 2015