

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 07 2014

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

MARK MOORE, MICHAEL HARROD,                                    PLAINITFFS
and WILLIAM CHRIS JOHNSON

VS.                              Case NO. 4:14-CV-65-JMM

HONORABLE MARK MARTIN,
in his official capacity as
Arkansas Secretary of State                                    DEFENDANT

### DEFENDANT ARKANSAS SECRETARY OF STATE MARK MARTIN'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

Comes now Defendant, Arkansas Secretary of State Mark Martin, for his Motion to Dismiss and Alternative Motion for More Definite Statement, by and through his attorney, and states that:

1.  Plaintiffs filed this Complaint on February 6, 2014, asserting claims under 42 U.S.C. §1983, alleging violations of the First and Fourteenth Amendments of the U.S. Constitution, and specifically requesting a declaration of the unconstitutionality of the State of Arkansas' statutory scheme for allowing access

        to the general election ballot for independent candidates for various elected offices in the State of Arkansas.

2.   This Court lacks jurisdiction over the subject matter of the Complaint where Plaintiffs lack standing because they have not properly alleged an actual injury in fact to each of them, in their individual capacities. Fed. R. Civ. P. 12(b)(1).

3.   The legal theories advanced by Plaintiffs are inadequately developed factually in the Complaint, and do not meet the standards of pleading facts sufficient to show that each of the Plaintiffs is plausibly entitled to the relief he seeks. Fed. R. Civ. P. 8(a); Fed. R. Civ. P. 12(b)(6).

4.   Plaintiff William Chris Johnson has failed to join necessary parties to this action, and cannot obtain the relief he seeks from Defendant Secretary of State. Fed. R. Civ. P. 12(b)(7); Fed. R. Civ. P. 19.

5.   Plaintiffs' Complaint fails to plead specific intentional acts performed by Defendant Secretary of State which would form the basis for a cause of action under 42 U.S.C. §1983.

6.   The Complaint as filed on February 6 is too vague and ambiguous for Defendant to prepare a reasonably responsive pleading. Fed. R. Civ. P. 12(e). In particular, because the Complaint was filed with this Court before the "filing period" for public office (February 24 to March 3, 2014), Plaintiffs have not alleged that each of them actually filed or attempted to file for the office sought, nor that each Plaintiff tendered all of the required materials for filing, nor that each Plaintiff

        meets all legal requirements to hold the office that he seeks, nor that Defendant or some other state official failed to accept properly tendered materials rendering each of the Plaintiffs eligible to have their names placed on the ballot. Further, Plaintiffs have failed to articulate a factual basis for their purported injury as "voters" resulting from – or that would result from – any act of Defendant.

7. Defendant herewith submits a Brief in support of his Motion to Dismiss and Alternative Motion for More Definite Statement.

8. Defendant asks the Court to dismiss the Complaint, or alternatively to grant Defendant's Motion for More Definite Statement, and enter an appropriate Order requiring Plaintiffs to file an Amended Complaint showing that each Plaintiff has a particularized injury in fact, with supporting factual detail, and appropriate legal theories entitling each Plaintiff to the relief that each Plaintiff seeks herein.

**WHEREFORE**, Defendant Secretary of State Mark Martin prays that this Court grant Defendant the relief he seeks herein; that the Court deny Plaintiffs any of the relief they seek; that the Court dismiss Plaintiffs' Complaint; alternatively that the Court grant Defendant's Motion for More Definite Statement and enter an appropriate Order to Plaintiffs requiring them to provide a more definite statement of all of their claims and contentions; and that the Court grant Defendant such additional relief to which he may be entitled under the circumstances.

        Dated this 7th day of April, 2014.

Respectfully submitted,

HONORABLE MARK MARTIN
SECRETARY OF STATE
In his Official Capacity, Defendant

By: _____
A.J. Kelly
Deputy Secretary of State
PO Box 251570
Little Rock  AR  72225-1570
Phone:  (501) 682-3401
Fax:  (501) 682-1213
Email:  kellylawfedecf@aol.com

*Attorney for Defendant*
*Secretary of State*


## CERTIFICATE OF SERVICE

I do hereby certify that on the date set forth above, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), and by mail and by fax to the following:

James C. Linger
1710 South Boston Avenue
Tulsa  OK  74119-4810
Fax:  918-583-8283

Jeff Rosenzweig
300 Spring St, Suite 310
Little Rock  AR  72201
Fax:  501-376-0770

_____
A.J. Kelly