

```
                                           FILED
                                    U.S. DISTRICT COURT
                                 EASTERN DISTRICT ARKANSAS

                                      JUL 17 2014

                                JAMES W. McCORMACK, CLERK
                                .By:_____
                                                      DEP CLERK
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

MARK MOORE, MICHAEL HARROD,                                PLAINITFFS
and WILLIAM CHRIS JOHNSON

VS.                         Case NO. 4:14-CV-65-JM

HONORABLE MARK MARTIN,
in his official capacity as
Arkansas Secretary of State                                 DEFENDANT

### DEFENDANT ARKANSAS SECRETARY OF STATE MARK MARTIN'S SUPPLEMENTAL CITATIONS TO AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Comes now Defendant, Arkansas Secretary of State Mark Martin, for his Supplemental Citations to Authority in Support of his Motion to Dismiss, and states that:

1. The U.S. Supreme Court has issued a new opinion concerning Article III standing requirements, since the filing of Defendant's Briefs in this matter.

2. *Susan B. Anthony List v. Driehaus*, U.S. Supreme Court Case No. 13-193 (June 16, 2014) sets forth the Court's Article III standing requirements, and specifically sets forth the "injury in fact" requirements of Article III. *Id., slip op.* at 7-8.

3. Last year, the U.S. Supreme Court also issued an important case on Article III standing, *Clapper, Director v. Amnesty International, USA*, 133 S. Ct. 1138 (2013), *accord with*, *Constitution Party of South Dakota v. Nelson*, 639 F.3d 417 (8th Cir. 2011).

4. Defendant brings these to the Court's attention in order to provide the Court with the most current case law, and also to preserve Defendant's right to use these case citations as authority should subsequent procedural developments require their use.

Dated this 17th day of July, 2014.

        Respectfully submitted,

        HONORABLE MARK MARTIN
        SECRETARY OF STATE
        In his Official Capacity, Defendant

        By: _____
        A.J. Kelly
        Deputy Secretary of State
        PO Box 251570
        Little Rock  AR  72225-1570
        (501) 682-3401
        Fax: (501) 682-1213
        Email: kellylawfedecf@aol.com

        *Attorney for Defendant*
        *Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that on the date set forth above, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), and by fax to the following:

James C. Linger
1710 South Boston Avenue
Tulsa  OK  74119-4810
Fax: 918-583-8283

Jeff Rosenzweig
300 Spring St, Suite 310
Little Rock  AR  72201
Fax: 501-376-0770

_____
A.J. Kelly