IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE, MICHAEL HARROD,**
and **WILLIAM CHRIS JOHNSON**                                                  **PLAINTIFFS**

V.                                    4:14CV00065 JM

**HONORABLE MARK MARTIN,**
in his official capacity as
**Arkansas Secretary of State**                                                 **DEFENDANT**

## ORDER

After review of the Motion to Dismiss and the briefs filed by the parties, the Court finds that the motion to dismiss should be, and hereby is, denied. Dismissal of a complaint pursuant to Rule 12(b)(6) is appropriate only when "it appears beyond doubt that the plaintiff can prove no set of facts in support of [the plaintiff's] claim which would entitle [the plaintiff] to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).  A complaint should not be dismissed simply because a court is doubtful that the plaintiff will be able to prove all of the factual allegations contained therein.  *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556, 127 S.Ct. 1965 (2007) . Accordingly, a well-pleaded complaint will survive a motion to dismiss even where the likelihood of recovery appears remote. *Id*.

Although, "[a] party invoking federal jurisdiction must support each of the standing requirements with the same kind and degree of evidence at the successive stages of litigation as any other matter on which a plaintiff bears the burden of proof . . . . '[G]eneral factual allegations of injury resulting from the defendant's conduct' will suffice to establish Article III standing at the pleading stage, 'for on a motion to dismiss we presume that general allegations embrace those specific facts that are necessary to support [a contested] claim.'" *Constitution

*Party of South Dakota v. Nelson,* 639 F.3d 417, 420-421 (8th Cir. 2011) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61, 112 S.Ct. 2130, 119 L.Ed. 2d 351 (1992).

Applying this standard, the Court cannot say from the information in the record at this time that the Plaintiffs can prove no set of facts which would entitle them to relief.  Therefore, Defendant's motion (ECF No. 6) must be DENIED.

IT IS SO ORDERED this 4th day of August, 2014.

James M. Moody Jr.
United States District Judge