IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

```
_____
                              )
MARK MOORE, MICHAEL HARROD,   )
and WILLIAM CHRIS JOHNSON,    )
                ....Plaintiffs)
                              )
      v.                      )    Case No. 4:14-cv-00065-JM
                              )
MARK MARTIN, in his official  )
capacity as Secretary of State)
for the State of Arkansas;    )
                ....Defendant.)
_____)
```

CONCISE STATEMENT OF THE MATERIAL FACTS AS TO WHICH
THE PLAINTIFFS CONTEND A GENUINE DISPUTE EXISTS TO BE TRIED

The Plaintiffs to the instant case, pursuant to L.R. 56.1(b), submit that a genuine dispute exists to be tried as to the following alleged material facts:

56.   Plaintiffs took no action between February 6, 2014, when they filed suit, and today, to advance this case on the Court's calendar for consideration of the issues.

Response:  Plaintiffs object to Defendant's Statement of Material Facts Not in Dispute Number 56 because it is immaterial, partly disputed by Plaintiffs, and not supported by particular parts of materials in the record pursuant to Fed. R. Civ. P. 56(c)(1)(A) and (c)(3).  (Plaintiffs' Exhibit "1", Affidavit of Richard Winger; Plaintiffs' Exhibit "2", Curriculum Vitae of Richard Winger; Plaintiffs' Exhibit "3", pp. 1 and 2 of Answer of Defendant Secretary of State Mark Martin; and Plaintiffs' Exhibit "4", Affidavit of Mark Moore).

58.   The relief Plaintiffs seek is no longer available.

Response:  Plaintiffs object to Defendant's Statement of Material Facts Not in Dispute Number 58 because it is an incorrect legal conclusion, as well as being factually incorrect, and not supported by particular parts or materials in the record pursuant to Fed. R. Civ. P. 56(c)(1)(A) and (c)(3).  Plaintiffs, as registered voters and potential candidates, are still seeking declaratory and

injunctive relief as to the election laws complained of to the extent that they impact future election cycles in Arkansas.  (Plaintiffs' Exhibit "1", Affidavit of Richard Winger; Plaintiffs' Exhibit "2", Curriculum Vitae of Richard Winger; Plaintiffs' Exhibit "3", pp. 1 and 2 of Answer of Defendant Secretary of State Mark Martin; and Plaintiffs' Exhibit "4", Affidavit of Mark Moore).

Respectfully submitted this 29th day of December, 2014.

>MARK MOORE, MICHAEL HARROD, and WILLIAM CHRIS JOHNSON, Plaintiffs
>
>/s/ James C. Linger
>James C. Linger, OBA #5441
>*Counsel for Plaintiffs*
>1710 South Boston Avenue
>Tulsa, OK 74119-4810
>Telephone (918) 585-2797
>Facsimile (918) 583-8283
>bostonbarristers@tulsacoxmail.com
>
>JEFF ROSENZWEIG, AB No. 77115
>*Counsel for Plaintiffs*
>300 Spring Street, Suite 310
>Little Rock, Arkansas 72201
>Telephone (501) 372-5247
>Facsimile (501) 376-0770
>jrosenzweig@att.net

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 29th day of December, 2014.

>/s/ James C. Linger
>James C. Linger