IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| MARK MOORE, MICHAEL HARROD, and WILLIAM CHRIS JOHNSON,<br>....Plaintiffs<br><br>v.<br><br>MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas;<br>....Defendant. | Case No. 4:14-cv-00065-JM |

## JOINT STIPULATION OF PARTIAL DISMISSAL

COMES now the Plaintiff William Chris Johnson, by and through his counsel of record, James C. Linger and Jeff Rosenzweig, and the Defendant herein, by and through his counsel of record, A. J. Kelly, Deputy Secretary of State, and submit the following stipulation to the Court for an order of partial dismissal of this action as to the Plaintiff William Chris Johnson only.

It is stipulated and agreed by and between the parties that the Court may enter an order dismissing the above-captioned cause only as to the Plaintiff William Chris Johnson against the Defendant. Each party shall bear its own fees and costs through date of said partial dismissal as to the Plaintiff William Chris Johnson only.

RELIEF REQUESTED

WHEREFORE, premises considered, Plaintiff William Chris Johnson and Defendant jointly request that the Court grant the instant joint stipulation of partial dismissal.

Respectfully submitted this 12th day of May, 2015.

/s/James C. Linger
JAMES C. LINGER, OBA#5441
1710 South Boston Avenue
Tulsa, Oklahoma 74119-4810
Telephone (918) 585-2797
Facsimile (918) 583-8283
bostonbarristers@tulsacoxmail.com
*Counsel for Plaintiffs*

JEFF ROSENZWEIG, AB No. 77115
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
Telephone (501) 372-5247
Facsimile (501) 376-0770
jrosenzweig@att.net
*Counsel for Plaintiffs*

/s/ A. J. Kelly
A. J. Kelly, AB No. 92078
Deputy Secretary of State
P. O. Box 251570
Little Rock, AR 72225-1570
Telephone (501) 682-3401
Facsimile (501) 682-1213
kellylawfedecf@aol.com
*Counsel for Defendant*

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 12th day of May, 2015.

/s/ James C. Linger
James C. Linger