IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARK MOORE, et al., | ) | |
| ....Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-00065-JM |
| | ) | |
| MARK MARTIN, in his official | ) | |
| capacity as Secretary of State | ) | |
| for the State of Arkansas; | ) | |
| ....Defendant. | ) | |

## JOINT STATUS REPORT

COME now the Plaintiffs, Mark Moore and Michael Harrod, by and through their counsel of record, James C. Linger and Jeff Rosenzweig, and the Defendant herein, by and through his counsel of record, A. J. Kelly, Deputy Secretary of State, and, pursuant to the Final Scheduling Order filed herein on September 17, 2014 [Doc. No. 15] submit the following Joint Status Report to the Court.

1. There has been no mediation conducted or scheduled by the parties in the case at bar.

2. The parties have previously filed a Joint Stipulation of Partial Dismissal as to the Plaintiff William Chris Johnson only [Doc. No. 24]. However, because the instant case involves issues as to the Constitutionality of Arkansas election laws, the parties believe at present that settlement of the instant case is unlikely.

3. The parties have conferred through Counsel as to an estimate of the length of trial for the instant case and have agreed that their estimate is one day.

4.  The parties have conferred through Counsel as to whether to participate in a settlement conference before the Magistrate Judge, and they are in agreement that they do not desire that the matter be set for settlement conference.

Respectfully submitted this 13th day of May, 2015.

/s/James C. Linger
JAMES C. LINGER, OBA#5441
1710 South Boston Avenue
Tulsa, Oklahoma 74119-4810
Telephone (918) 585-2797
Facsimile (918) 583-8283
bostonbarristers@tulsacoxmail.com
*Counsel for Plaintiffs*

JEFF ROSENZWEIG, AB No. 77115
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
Telephone (501) 372-5247
Facsimile (501) 376-0770
jrosenzweig@att.net
*Counsel for Plaintiffs*

/s/ A. J. Kelly
A. J. Kelly, AB No. 92078
Deputy Secretary of State
P. O. Box 251570
Little Rock, AR 72225-1570
Telephone (501) 682-3401
Facsimile (501) 682-1213
kellylawfedecf@aol.com
*Counsel for Defendant*

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 13th day of May, 2015.

/s/ James C. Linger
James C. Linger