IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| MARK MOORE, et al., )<br>....Plaintiffs ) <br>) <br>v. ) <br>) <br>MARK MARTIN, in his official ) <br>capacity as Secretary of State ) <br>for the State of Arkansas; ) <br>....Defendant. ) <br>) | Case No. 4:14-cv-00065-JM |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their Counsel, move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, for an Order directing entry of summary judgment in favor of Plaintiffs and against Defendant, Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, on the cause of action and for the permanent relief sought in Plaintiffs' Complaint.

This motion is made on the grounds that no genuine triable issue of material fact exists, and that Plaintiffs are entitled to judgment as a matter of law. This motion is based on the Affidavits of Richard Winger and Mark Moore, attached hereto as Plaintiffs' Exhibits "5", and "6", respectively, and on the files and pleadings in this proceeding.

Respectfully submitted this 13th day of May, 2015.

/s/ James C. Linger
JAMES C. LINGER, OBA#5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com

JEFF ROSENZWEIG, AB No. 77115
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
Telephone (501) 372-5247
Facsimile (501) 376-0770
jrosenzweig@att.net
*Counsel for Plaintiffs*

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 13th day of May, 2015.

/s/ James C. Linger
James C. Linger