IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

_____
                                    )
MARK MOORE, et al.,                 )
                    ....Plaintiffs  )
                                    )
     v.                             )   Case No. 4:14-cv-00065-JM
                                    )
MARK MARTIN, in his official        )
capacity as Secretary of State      )
for the State of Arkansas;          )
                    ....Defendant.  )
_____)

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "5"

# AFFIDAVIT OF RICHARD WINGER

_____