IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, et al., <br> ....Plaintiffs <br><br> v. <br><br> MARK MARTIN, in his official <br> capacity as Secretary of State <br> for the State of Arkansas; <br> ....Defendant. | Case No. 4:14-cv-00065-JM |

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "6"

# AFFIDAVIT OF MARK MOORE