IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, MICHAEL HARROD, and WILLIAM CHRIS JOHNSON, ....Plaintiffs ) ) ) ) ) ) v. ) ) MARK MARTIN, in his official ) capacity as Secretary of State ) for the State of Arkansas; ) ....Defendant. ) ) | Case No. 4:14-cv-00065-JM |

## AFFIDAVIT OF MARK MOORE

I, Mark Moore, being first duly sworn, state as follows:

1. I was a candidate for the office of Lieutenant Governor of the State of Arkansas for the General Election which was held on November 4, 2014, and make this Affidavit on my own personal knowledge and with the understanding that it is to be used in support of Plaintiffs' Memorandum Brief in Support of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Statement of Material Facts Not in Dispute in the above referenced case.

2. I have read the facts set forth in the Complaint filed in the instant case, in which I am one of the Plaintiffs, and know them to be true and correct.

3. I am a resident of Benton County, Arkansas, a registered voter in the State of Arkansas, a citizen of the United States of America, and was an Independent candidate for Lieutenant Governor for the State of Arkansas for the 2014 General Election, although I refused to comply with the petition signature deadline by the deadline of March 3, 2014 (which will be March 1 in future election years) because I believed such a deadline was discriminatory, unduly burdensome, and a violation of my constitutional rights. I therefore appealed to the court that the court might determine a just remedy. As a result, I could not appear on the Arkansas ballot as an Independent candidate for

the office of Lieutenant Governor in the General Election on November 4, 2014.

4. I know there is support for Independent candidates in Arkansas because—while I chose not to comply with the petition process which I felt had been changed in a discriminatory manner from the one I complied with in the 2012 election where I ran as an Independent candidate for the Arkansas State Legislature, I did commission polling as to the office of Arkansas Lieutenant Governor which showed that up to 53% of Arkansas voters would consider an Independent candidate for Lieutenant Governor, that 20% of Arkansas voters polled would consider me as an Independent candidate for Lieutenant Governor, that only 30% of the voters knew the name of both the Republican and Democratic candidates for Lieutenant Governor in Arkansas. The poll which I commissioned was conducted on September 2, 2014. Obtaining those results so close to election day in 2014 gives me assurance that there would be support for an Independent candidate for Lieutenant Governor in a future election, particularly for the next General Election in November of 2018.

5. It is my intention to be an Independent candidate for Lieutenant Governor in Arkansas for the General Election to be held in November of 2018. An early deadline of March 1, 2018, for the submission of petition signatures will impact my ability to comply, is well before the Republican-Democratic candidates will be chosen for the General Election in November of 2018, and denies me equal access to the ballot in temporal terms. It will also impact my ability to cast my vote effectively as an Arkansas voter who supports potential Independent candidates for elective office in Arkansas.

6. I have personal knowledge of the facts stated in my Affidavit herein, and I understand that any false statements made herein will subject me to the penalties of perjury.

Further Affiant Sayeth Not.

_____
Mark Moore

STATE OF OHIO      )
COUNTY OF Lucas    ) ss.

SUBSCRIBED and sworn to before me this 8th day of May, 2015.

_____
Notary Public

My Commission Expires:
(SEAL)

DANIELLE RAUSCH
Notary Public, State of Ohio
My Commission Expires 01/26/16

3