IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

```
_____
                                    )
MARK MOORE, et al.,                 )
                ....Plaintiffs      )
                                    )
      v.                            )   Case No. 4:14-cv-00065-JM
                                    )
MARK MARTIN, in his official        )
capacity as Secretary of State      )
for the State of Arkansas;          )
                ....Defendant.      )
_____ )
```

PLAINTIFFS' STATEMENT OF THE MATERIAL FACTS
WHICH THEY CONTEND THERE IS NO GENUINE DISPUTE TO BE TRIED

Plaintiffs Mark Moore and Michael Harrod, pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, submit that there is no genuine issue as to the following material facts:

1. Plaintiff Mark Moore, while he did not successfully comply with the petition signature deadline of March 3, 2014, for Independent candidates for Lieutenant Governor of Arkansas in 2014, did successfully comply with the previously existing later deadline for Independent candidates for the Arkansas State Legislature in 2012, when he was an Independent candidate for the Arkansas State Legislature. (Plaintiffs' Exhibit 6, Affidavit of Mark Moore, pp. 3-4, ¶¶ 3 and 4).

2. It is Plaintiff Mark Moore's intention to be an Independent candidate for Lieutenant Governor of Arkansas in the General Election to be held in November of 2018. The current deadline to file petitions for an Independent candidacy for Lieutenant Governor in Arkansas in 2018 is March 1, 2018. (Plaintiff's Exhibit 6, Affidavit of Mark Moore, p.2, ¶5).

3. Independent petition deadlines in which the petition deadline is earlier than the primary date for the selection of political party candidates have overwhelmingly been struck down as unconstitutional or enjoined. (Plaintiffs' Exhibit 5, Affidavit of Richard Winger, pp.3, 4, 5, and 6, ¶¶5, 6, 7, 8, 9, and 10).

4. Arkansas has had government printed ballots since 1891.  Between 1891 and 1955,

Arkansas Independent candidate procedures were very lenient, yet Arkansas never had a crowded general election ballot during that period. (Plaintiffs' Exhibit 5, Affidavit of Richard Winger, p.6, ¶11).

5.   Between 1891 and 1955, Independent candidates in Arkansas only needed 50 signatures, no matter what office they were running for, and the petition signature deadline for Independent candidates was 20 days before the General Election until 1953, when the deadline was moved to 45 days before the General Election. (Plaintiffs' Exhibit 5, Affidavit of Richard Winger, p.6, ¶11).

6.  In 1955, Arkansas increased the number of signatures required to 15 % of the last gubernatorial vote within the district or statewide, and moved the petition deadline to 60 days before the General Election. (Plaintiffs' Exhibit 5, Affidavit of Richard Winger, p.6, ¶11).

7.   In 1969 in Arkansas, the petition deadline was moved to the date on which candidates running in a political party primary must file, i.e., from September to March. These changes were not made for any election-administrative reason, but rather because legislature desired to reduce competition in elections. (Plaintiffs' Exhibit 5, Affidavit of Richard Winger, pp.6-7, ¶11).

8.   While there have been a number of federal court decisions in Arkansas which have declared early petition deadlines for Independent candidates unconstitutional, the Arkansas Legislature, after easing the petition deadline requirements, has a few years later, restored the old, invalid deadlines. After earlier deadlines were declared invalid by federal courts in Arkansas in 1975, 1976, and 1988, the Arkansas Legislature in 2013 moved the Independent deadline for the filing of petitions for Independent candidates to a date that had previously been struck down. (Plaintiffs' Exhibit 5, Affidavit of Richard Winger, p.7, ¶12).

Respectfully submitted this 13th day of May, 2015.

    MARK MOORE and MICHAEL HARROD,
    Plaintiffs

    /s/ James C. Linger
    James C. Linger, OBA #5441
    *Counsel for Plaintiffs*
    1710 South Boston Avenue
    Tulsa, OK 74119-4810
    Telephone (918) 585-2797
    Facsimile (918) 583-8283
    bostonbarristers@tulsacoxmail.com

    JEFF ROSENZWEIG, AB No. 77115
    *Counsel for Plaintiffs*
    300 Spring Street, Suite 310
    Little Rock, Arkansas 72201
    Telephone (501) 372-5247
    Facsimile (501) 376-0770
    jrosenzweig@att.net

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 13th day of May, 2015.

    /s/ James C. Linger
    James C. Linger