IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE, MICHAEL HARROD,**
**and WILLIAM CHRIS JOHNSON**                                    **PLAINTIFFS**

**V.**                                        **4:14CV00065 JM**

**MARK MARTIN in his official capacity as**
**Arkansas Secretary of State**                                **DEFENDANT**

## JUDGMENT

    Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the

Defendant.

    IT IS SO ORDERED this 25th day of August, 2015.

_____
James M. Moody Jr.
United States District Judge