IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, et al., …Plaintiffs, | |
| v. | Case No. 4:14-CV-65-JM |
| MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, …Defendant. | |

PLAINTIFFS' MOTION TO RECONSIDER AND
ALTER OR AMEND ORDER AND JUDGMENT

COME NOW the Plaintiffs, Mark Moore and Michael Harrod, in the above numbered and entitled action, pursuant to Fed. R. Civ. Proc. 59(e), and move the Court to reconsider and alter or amend its decision in its Order [Doc. No. 37] and Judgment [Doc. No. 38] of August 25, 2015, on the following grounds:

The aforesaid decision of the Trial Court in its Order and Judgment distinguished the previous precedent holding as unconstitutional a deadline for independent candidate petitions in Arkansas of April or earlier of an election year as not binding on the Court because the number of petition signatures required had been decreased and the petitioning time period increased so as to distinguish the instant case from the previously decided cases. However, said holding is contrary to the decision of the U.S. Supreme Court in *Anderson v. Celebrezze,* 460 U.S. 780 (1983), and other related cases.

Further, the Trial Court held in its aforesaid decision and order that the State of Arkansas has a compelling interest in an earlier deadline for submission of independent candidate petitions of March 1 of an election year because of the administrative time and expenses necessary to

evaluate the increased number of judicial candidate petitions at the same time as the independent candidate petitions. However, said holding is contrary to the decision of the U.S. Supreme Court in *Tashjian v. Republican Party of Connecticut,* 479 U.S. 208, 217-218 (1986), and other related cases.

    WHEREFORE, premises considered, Plaintiffs request the Court to reconsider and alter and amend its order and judgment of August 25, 2015, so as to modify its aforesaid decision and grant Plaintiffs' Motion for Summary Judgment and deny Defendant's Motion for Summary Judgment.

    Respectfully submitted this 22nd day of September, 2015.

    /s/ James C. Linger
JAMES C. LINGER, OBA#5441
1710 South Boston Avenue
Tulsa, Oklahoma 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com
*Counsel for Plaintiffs*

JEFFREY M. ROSENZWEIG, AB # 77115
300 Spring Street, Suite. 310
Little Rock, Arkansas 72201
(501) 372-5247 Telephone
(501) 376-0770 Facsimile
jrosenzweig@att.net
*Counsel for Plaintiffs*

CERTIFICATE OF ELECTRONIC SERVICE

    I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 22nd day of September, 2015.

    /s/ James C. Linger
James C. Linger