FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 02 2015

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, MICHAEL HARROD,                                    PLAINTIFFS
and WILLIAM CHRIS JOHNSON


VS.                              NO. 4:14-CV-65-JM


MARK MARTIN in his official capacity as
Arkansas Secretary of State                                    DEFENDANT


**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION
TO RECONSIDER AND ALTER OR AMEND ORDER AND JUDGMENT**

Comes now Defendant Secretary of State, Honorable Mark Martin, in his official capacity, for his Response to Plaintiffs' Motion to Reconsider or Amend Order and Judgment, and states:

1. Defendant denies each and every material allegation made in Plaintiffs' Motion and Brief, unless specifically admitted herein.

2. Defendant denies that any part of this Court's Order and Judgment are contrary to previously-decided United States Supreme Court cases.

3.  Pleading affirmatively, Defendant states that Plaintiffs did not attach a new affidavit, and so allege no new facts in support of their Motion, and further present no new evidence.

4.  Pleading affirmatively, Defendant states that Plaintiffs did not allege or argue that there had been an intervening change in the law, since the filing of the Judgment, in support of their Motion. Further, Defendant states that there has not been a material change in the law since entry of Judgment.

5.  Pleading affirmatively, Defendant states that there was no clear error of law in the Court's Order and Judgment.

6.  Pleading affirmatively, Defendant states that there was no manifest injustice in the Court's Order and Judgment.

7.  Pleading affirmatively, Defendant states that Plaintiffs merely raise issues that have already been presented to the Court and had been overruled; this is an attempt to reargue their case.

8.  Pleading affirmatively, Defendant states that Plaintiffs are not permitted to allege or argue new legal theories in a Rule 59 motion; those issues should have been raised before entry of judgment and cannot be raised for the first time in a Rule 59 motion. *Concordia Coll. Corp. v. W.R. Grace & Co.*, 999 F.2d 326, 330 (8th Cir. 1993).

9.  Pleading affirmatively, Defendant Secretary reserves all of the defenses raised in his original Answer, in his Motion for Summary Judgment, and in his Response to Plaintiff's Motion for Summary Judgment, including procedural defenses and bars (standing, ripeness,

mootness, and subject matter jurisdiction); nothing herein should be deemed to be a waiver of those defenses and objections under any circumstances.

10.     Defendant Secretary respectfully asks the Court to deny the Motion for Relief pursuant to Rule 59, and to grant Defendant Secretary such additional relief to which he may be entitled under the circumstances.

**WHEREFORE**, Defendant Secretary of State prays that the Court deny Plaintiffs' Motion; that the Court deny Plaintiffs any of the relief they seek; and that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances.

Dated this 2nd day of October, 2015.

Respectfully submitted,

HONORABLE MARK MARTIN
SECRETARY OF STATE
In his Official Capacity, Defendant

By: _____
A.J. Kelly
Deputy Secretary of State
And General Counsel
PO Box 251570
Little Rock  AR  72225-1570
(501) 682-3401
Fax: (501) 682-1213
Email: kellylawfedecf@aol.com

*Attorney for Defendant*
*Secretary of State*

**Defendant's Response to Plaintiffs' Motion to Reconsider and Alter or Amend Order and Judgment, P. 3**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of October, 2015, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF):

James C. linger
1710 South Boston Avenue
Tulsa OK 74119-4810
Fax: (918) 583-8283

Jeff Rosenzweig
300 Spring St, Suite 310
Little Rock  AR 72201
Fax: (501) 376-0770

_____
A.J. Kelly