IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE, MICHAEL HARROD,**
**and WILLIAM CHRIS JOHNSON**                                    **PLAINTIFFS**

**V.**                                    **4:14cv00065 JM**

**MARK MARTIN in his official capacity as**
**Arkansas Secretary of State**                                    **DEFENDANT**

## ORDER

On August 25, 2015, the Court granted the Defendant's Motion for Summary Judgment, denied the Plaintiffs' Motion for Summary Judgment and closed the case. Plaintiffs have filed a Motion to Reconsider and Alter or Amend Judgment Pursuant to Rule 59(e) of Federal Rules of Civil Procedure. "Rule 59(e) motions serve a limited function of correcting manifest errors of law or fact or to present newly discovered evidence." *Innovative Home Health Care, Inc. v. P.T.-O.T. Associates of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998) (internal quotations omitted). Plaintiffs' Rule 59(e) Motion essentially restates the arguments thoroughly considered and rejected by this Court in its previous consideration of Plaintiff's Motion for Summary Judgment. The Court finds no manifest errors of law or fact and no newly discovered evidence. Accordingly, the Motion (ECF No. 39) is DENIED.

IT IS SO ORDERED this 7th day of October, 2015.

James M. Moody Jr.
United States District Judge