UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

```
_____
                                    )
MARK MOORE, MICHAEL HARROD,         )
and WILLIAM CHRIS JOHNSON, ...Plaintiffs, )
                                    )
   v.                               )   Case No. 4:14-CV-00065-JM
                                    )
MARK MARTIN, in his official        )
capacity as Secretary of State      )
for the State of Arkansas,          )
                       ...Defendant.)
_____)
```

**NOTICE OF APPEAL**

Notice is hereby given that Mark Moore, one of the Plaintiffs above-named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order [Doc. No. 37] and Judgment [Doc. No. 38] entered in this action on the 25th day of August, 2015, and the Order [Doc. No. 43] entered in this action on the 7th day of October, 2015, denying Plaintiffs' Motion to Reconsider and Alter or Amend Order and Judgment, pursuant to Fed. R. Civ. Proc. 59(e), in regard to the aforesaid Order and Judgment of August 25, 2015, which upheld the constitutionality of Arkansas's petition filing deadline for independent candidates, pursuant to Ark. Code. Ann., §§ 7-7-101, 7-7-103, and 7-7-203(c)(1), as not violative of the Plaintiffs' First and Fourteenth Amendments rights because they are narrowly tailored to advance the State's interest in timely certifying independent candidates who wish to be placed on the ballot, as well as candidates who wish to qualify for election by petition and those who seek to promote ballot initiatives, and are necessary to meet Arkansas's compelling interest in timely certifying candidates and interests for the ballot.

Dated this 6th day of November, 2015.

/s/ James C. Linger
James C. Linger, OBA#5441
*Counsel for Plaintiff Mark Moore*
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 6th day of November, 2015.

/s/ James C. Linger
James C. Linger