```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT054020
Cashier ID: japige
Transaction Date: 11/06/2015
Payer Name: JAMES C LINGER LAW OFFICE
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JAMES C LINGER LAW OFFICE
 Case/Party: D-ARE-4-14-CV-000065-001
 Amount:         $505.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 06 2015

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK