# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8                                **DATE:** 12/8/2015

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 15-3558

**DISTRICT COURT NO.** 4:14-cv-00065-JM - Moore et al v. Martin

**TRANSMITTED HEREWITH:**

**VOLUME:**

    Transcript

        Volume and Date: Transcript of Oral Argument 7/27/2015
        Volume and Date:
        Volume and Date:

    In Camera Documents

    Exhibits

        Plaintiff(s)
        Defendant(s)
        Joint

**COMMENTS:**

*******************************************************************************

### USCA 8 ACKNOWLEDGMENT

RECEIPT

By: _____
    Deputy Clerk