# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3558
_____

Mark Moore

Plaintiff - Appellant

Michael Harrod; William Chris Johnson

Plaintiffs

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)
_____

**JUDGMENT**

Before WOLLMAN, SMITH and BENTON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

                                                            April 26, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans