## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 15-3558

Mark Moore

Appellant

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)
_____

### MANDATE

In accordance with the opinion and judgment of 04/26/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 17, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit



15-3558 Mark Moore, et al v. Mark Martin "Mandate Issued" (4:14-cv-00065-JM)

ca08ml_cmecf_Notify    to:                                    05/17/2017 01:43 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/17/2017

| | |
|---|---|
| **Case Name:** | Mark Moore, et al v. Mark Martin |
| **Case Number:** | 15-3558 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4537260] [15-3558] (Michael Shay)

**Notice will be electronically mailed to:**

Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, jeffrosenzweig@sbcglobal.net, leejoshr@gmail.com, smwbraden@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/MichaelShay_153558_4537260_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/17/2017] [FileNumber=4537260-0]
[31c0d185cc8d6ec5bcc6e4cc54e88e919aa234a6c3d3fc8b9940779796bc48a68e6750b609f5afbb
3ba9b487e71682b1c0cc2616e10b8536b925a8ba678b866e]]
**Recipients:**
- Mr. AJ Kelly

- [Mr. James Carter Linger](#)
- [Mr. Jim McCormack, Clerk of Court](#)
- [Honorable James M. Moody, Jr., U.S. District Judge](#)
- [Mr. Jeffrey M. Rosenzweig](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4537260
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5808772