# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 10, 2017

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

     RE: 15-3558  Mark Moore, et al v. Mark Martin

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                    Michael E. Gans
                                    Clerk of Court

AMT

Enclosure(s)

     District Court/Agency Case Number(s):   4:14-cv-00065-JM

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2017

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:  Mark Martin, Arkansas Secretary of State
           v. Mark Moore
           No. 17-156
           (Your No. 15-3558)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 25, 2017 and placed on the docket August 1, 2017 as No. 17-156.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Lisa Nesbitt
                                Case Analyst



15-3558 Mark Moore, et al v. Mark Martin "Supreme Court notice of cert filed " (4:14-cv-00065-JM)

ca08ml_cmecf_Notify    to:    08/10/2017 10:41 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/10/2017 at 10:40:32 AM CDT and filed on 08/01/2017

| | |
|---|---|
| **Case Name:** | Mark Moore, et al v. Mark Martin |
| **Case Number:** | 15-3558 |
| **Document(s):** | Document(s) |

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 07/25/2017, case No. 17-156 [4567187] [15-3558] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** SC Cert Notice
**Original Filename:** Circ8_15-3558_17-156.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/01/2017] [FileNumber=4567187-0] [645ee42a2dc27024c77576d8bf9ae10093e0cd86c3adda09bae7ab6f2ec6c6a3e067dea4dc6410a572cc88e5944e505c25a09b0c331b9b7aed8ec18527964bb6]]

**Document Description:** Supreme Court Notice Filed
**Original Filename:**
/opt/ACECF/live/forms/AmandaTrautt_153558_4567187_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/01/2017] [FileNumber=4567187-1]

[3cbee3b676ccd9b3463bdb50782b29e81887b90ff6ff8d9a83ca0fb6a3bb134a8e8c9f2977c23e56ad339f9ec0d7b86b565ff8263a5b5bfe73d76c152cf9c4e2]]

**Recipients:**

- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4567187
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5866679, 5866680