# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Mr. Jim McCormack

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** October 16, 2017

**RE:** 15-3558  Mark Moore, et al v. Mark Martin

District Court/Agency Case Number(s):  4:14-cv-00065-JM

_____

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

MDS

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 10, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Mark Martin, Arkansas Secretary of State
          v. Mark Moore
          No. 17-156
          (Your No. 15-3558)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk



15-3558 Mark Moore, et al v. Mark Martin "Supreme Court Order" (4:14-cv-00065-JM)
ca08ml_cmecf_Notify   to:                                        10/16/2017 04:07 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/16/2017 at 4:03:34 PM CDT and filed on 10/10/2017

| | |
|---|---|
| **Case Name:** | Mark Moore, et al v. Mark Martin |
| **Case Number:** | 15-3558 |
| **Document(s):** | Document(s) |

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 10/10/2017 in case No.17-156. [4589933] [15-3558] (Michael Shay)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** SC order denying cert.
**Original Filename:** Circ8_20171010_15-3558_17-156.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/10/2017] [FileNumber=4589933-0]
[879ccbb6cf6944b04a5abb456260dda9cf89b991d8f035488b91db3f5090e40929d2303d476fc9c3
e4dd522cd11dd7292d8837dd4295066405254492cdd1a8ca]]

**Document Description:** DC Memo Cert Denied
**Original Filename:**
/opt/ACECF/live/forms/MichaelShay_153558_4589933_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/10/2017] [FileNumber=4589933-1]
[0b363e64ec72d9b364dcb4e684f4edcc2936827e4206bc7e470927c156e4c4a1947003c85d760d2
087ddfa0d39923d4527fb7966a25a1727fc73fd3485068c67]]

**Recipients:**
- [Mr. Jim McCormack, Clerk of Court](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4589933
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5910480, 5910481