**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 2 0 2017

JAMES W. McCORMACK, CLERK
By: 
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION

**MARK MOORE**                                                                     **PLAINTIFF**

v.                                     Case no. 4:14-CV-65-JM

**HONORABLE MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas**                   **DEFENDANT**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF DEFENDANT, HONORABLE MARK MARTIN, SECRETARY OF STATE

**Notice** is hereby given to the Clerk of Court and all Parties of record of the entry of the undersigned as additional counsel for Defendant, Honorable Mark Martin, Secretary of State, in the above-entitled action. All notices, pleadings, filings, and other relevant material to this suit should be directed and served upon counsel already on record (A.J. Kelly), as well as to:

    Michael Fincher
    Associate General Counsel
    Arkansas Secretary of State
    500 Woodlane St., Ste 256
    Little Rock, AR 72201
    Phone: (501) 682-3401
    Fax: (501) 682-1213

Respectfully submitted this 20th Day of November 2017.

HONORABLE MARK MARTIN
SECRETARY OF STATE
In his Official Capacity, Respondent

By: /s/ Michael Fincher
Michael Fincher
Associate General Counsel
Arkansas Secretary of State
State Capitol, Suite 256
500 Woodlane Street
Little Rock, AR 72201
Telephone: (501) 682-3401
Fax: (501) 682-1213
Michael.fincher@sos.arkansas.gov

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on November 20, 2017, I have served a copy of the foregoing via the electronic filing system in the Federal District Clerk's Office (CM/ECF), which will then send a notification of such filing to the following:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119
Fax: (918) 583-8283

Jeff Rosenzweig
300 Spring Street, Suite 310
Little Rock, AR 72201

/s/ Michael Fincher
Michael Fincher