IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| MARK MOORE, et al., | Plaintiffs, | ) | |
| | | ) | |
| v. | | ) | Case No. 4:14-CV-65-JM |
| | | ) | |
| MARK MARTIN, in his official capacity as | | ) | |
| Arkansas Secretary of State, | Defendant. | ) | |

## JOINT STIPULATIONS OF FACT

The parties to the instant action, by and through their counsel of record, hereby stipulate that the following facts are true and correct for the purpose of the Court's consideration of the issues to be decided at the non-jury trial set for December 12, 2017.

1. Petition signatures can be collected for nonpartisan candidates beginning November 8, 2017.

2. Petition signatures can be collected for Independent candidates beginning on December 1, 2017.

3. The deadline for new political party petitions is December 27, 2017.

4. For the elections to be conducted in Arkansas in 2018, the first day for non-partisan prosecutor and judicial candidates to file petitions for ballot access in the non-partisan election without paying a filing fee is 12:00 Noon, 53 days before the first day of the party filing period, viz.: January 2, 2018.

5. For the elections to be conducted in Arkansas in 2018, the last day for non-partisan prosecutor and judicial candidates to file petitions for ballot access in the non-partisan election without paying a filing fee is 12:00 Noon, 46 days before the first day of the party filing period, viz.: Monday, January 8, 2018.

6. For the elections to be conducted in Arkansas in 2018, the party filing period begins at 12:00 Noon on February 22, 2018.

7. For the elections to be conducted in Arkansas in 2018, the party filing period ends at 12:00 Noon on March 1, 2018.

8. The certification of candidate names for the May 22, 2018 election is March 8, 2018.

9. Voter registration deadline for the May 22, 2018, election is April 23, 2018.

10. Early voting begins for the May 22, 2018, election on May 7, 2018.

11. For the elections to be conducted in Arkansas in 2018, the preferential primary election and non-partisan general election in Arkansas is on May 22, 2018.

12. The earliest date for certification of election results from the May 22, 2018, election is May 24, 2018.

13. Early voting begins on June 12, 2018, for the General Primary runoff election.

14. Early voting ends on June 18, 2018, for the General Primary runoff election.

15. For the elections to be conducted in Arkansas in 2018, the General Primary runoff election is June 19, 2018.

16. Certification of results deadline is June 29, 2018.

17. Deadline to file initiative petitions with the Arkansas Secretary of State is July 6, 2018.

18. The certification deadline—candidate/initiative to ballot is August 23, 2018.

19. The ballot draw deadline is August 26, 2018.

…

20. Absentee ballot applications to be made available by clerks by September 7, 2018.

21. UOCAVA ballot delivery deadline by clerks is September 21, 2018.

22. The voter registration deadline for the November 6, 2018, election is October 9, 2018.

23. The non-UOCAVA ballot delivery deadline by clerks is October 12, 2018.

24. Early voting begins for the General Election conducted on November 6, 2018, on October 22, 2018.

25. For the elections to be conducted in Arkansas in 2018, the general election and the non-partisan runoff election are on November 6, 2018.

26. For the elections to be conducted in Arkansas in 2018, the general runoff election is on December 4, 2018.

27. During the 2014 election, following the move of the deadline from May 1 to March 1, Independent candidate petitions were processed between those two dates.

28. This case is on remand from one Plaintiff's appeal of this Court's Order granting summary judgment to Defendant Secretary and denying summary judgment to the original Plaintiffs. The Court of Appeals affirmed the denial of summary judgment to Plaintiffs, but reversed the summary judgment granted to Defendant and remanded this case for trial on the merits.

29. One Plaintiff, William Chris Johnson, voluntarily dismissed himself from this suit in 2015, and has not refiled.

30. Another Plaintiff, Michael Harrod, a putative candidate for State House of Representatives, declined to appeal from this Court's summary judgment order.

31. Plaintiff Michael Moore in 2014 refused to attempt to collect any signatures for his putative run for the office of Lt. Governor in 2014.

32. Plaintiff Michael Moore did not file, or attempt to file, any petition signatures at all for his putative independent candidacy for Lt. Governor in the State of Arkansas in 2014.

33. Numerous nonpartisan judicial and nonpartisan prosecutorial candidates file for office by petition to the Arkansas Secretary of State each election cycle, including 2014 and 2016.

34. Initiative petitions may be filed at any time before the constitutional deadline (4 months before the general election).

Respectfully submitted this 7th day of December, 2017.

/s/ James C. Linger
James C. Linger, OBA No. 5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com

Jeff Rosenzweig, AB No. 77115
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
Telephone (501) 372-5247
Facsimile (501) 376-0770
jrosenzweig@att.net
*Counsel for Plaintiff*

/s/ A.J. Kelly
A.J. KELLY, AB No. 92078
Deputy Secretary of State
P.O. Box 251570
Little Rock, AR 72225-1570
Telephone (501) 682-3401
Facsimile (501) 682-1213
kellylawfedecf@aol.com

Michael Fincher, AB No. 2016037
Associate General Counsel
Arkansas Secretary of State
State Capitol – Suite 256
500 Woodlane Street
Little Rock, AR 72201
Telephone (501) 682-3401
Facsimile (501) 682-1213
Michael.fincher@sos.arkansas.gov
*Counsel for Defendant*

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 7th day of December, 2017.

/s/ James C. Linger
James C. Linger