FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

**MARK MOORE**                                                                                    **PLAINTIFF**

v.                                            Case no. 4:14-CV-65-JM

**HONORABLE MARK MARTIN, in his official
capacity as Secretary of State
for the State of Arkansas**                                                                   **DEFENDANT**

## DEFENDANT HONORABLE MARK MARTIN'S
## SUPPLEMENTAL CITATIONS OF AUTHORITY

**COMES NOW**, Defendant, Honorable Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, and hereby supplements the factual testimony with statutory authority to support the testimony, as allowed by the Court at the hearing on December 12, 2017, and sets forth the following statutory citations for the corresponding dates discussed:

1. UOCAVA/ MOVE Act Ballot Delivery Deadline (Preferential Primary), April 4, 2018. Ark. Code Ann. § 7-5-407(a)(2).

2. Logic and Accuracy Testing (Preferential Primary): April 30, 2018. Ark. Code Ann. § 7-5-515(c)(1); § 7-5-611(a)(2).

3. Public Test (Preferential Primary):  April 30, 2018.  Ark. Code Ann. § 7-5-515(c)(2)(A); §7-5-611(c).

4. Deadline to appoint poll workers for Election Day:  May 2, 2018. Ark. Code Ann. § 7-4-107(b)(1).

5. FILING PERIOD OPENS:  INDEPENDENT CANDIDATES (excluding City Administrator Form of Government) – Municipal Candidates:  May 2, 2018.  Ark. Code Ann. § 14-42-206(d)(1)(A).

6. UOCAVA/MOVE Act ballot delivery deadline (General Primary – Runoff):  May 2, 2018:  Ark. Code Ann. § 7-5-407(a)(2).

7. Opening of Absentee Ballots for Processing (earliest date, new in 2017):  May 15, 2018. Ark. Code Ann. § 7-5-416(a)(1); Act 790 of 2017.

8. FILING PERIOD OPENS:  INDEPENDENT CANDIDATES (City Administrator Form of Government) – Municipal Candidates:  May 16, 2018. Ark. Code Ann. § 14-48-109(a)(3).

9. Deadline for County to County Transfers of Voter Registration (Preferential Primary):  May 18, 2018.  Ark. Const. Am. 51 § 10(b)(2)(B).

10. Voter Registration Deadline:  General Primary – Runoff:  May 21, 2018.  Ark. Code Ann. § 7-5-201(a); Ark. Const. Am. 51, § 9(b).

11. CLOSE OF FILING PERIOD:  Independent Candidates for Municipal Office (Excluding City Administrator Form of Government):  May 21, 2018.  Ark. Code Ann. § 14-42-206(d)(1)(A).

12. Deadline for presentation of confirmation of voter registration information for those voters voting provisionally on Preferential Primary Election Day:  May 28, 2018. Ark. Const. Am. 51, § 13, as amended by Act 633 of 2017.

13. CLOSE OF FILING PERIOD:   Independent Candidates - City Administrator Form of Government – Municipal Candidates.  Ark. Code Ann. § 14-48-109(a)(3).

14. Deadline:  Receipt of UOCAVA Ballots for Preferential Primary Election:  June 1, 2018.  Ark. Code Ann. § 7-5-411(a)(1).

15. Deadline:  Certification of Election Results (Preferential Primary):  June 1, 2018. Ark. Code Ann. § 7-7-309; Ark. Code Ann. § 7-7-203(e)(2).

16. Logic and Accuracy Testing (General Primary – Runoff):  New Date in 2017:  June 7, 2018.  Ark. Code Ann. § 7-5-515(c)(1); Act 164 of 2017.  **Public Test** (General Primary Runoff):  New Date:  June 7, 2018.  Ark. Code Ann. § 7-5-611(a)(3); Act 164 of 2017.

17. Deadline for County to County Transfers of Voter Registration (General Primary – Runoff):  June 15, 2018.  Ark. Const. Am. 51 § 10(b)(2)(B).

18. Deadline for presentation of confirmation of voter registration information for those voters voting provisionally on General Primary Runoff- Election Day:  June 25, 2017. Ark. Const. Am. 51, § 13, as amended by Act 633 of 2017.

19. UOCAVA/MOVE Act ballot delivery deadline (Municipal Primary Elections in certain municipalities – August 19 election):  June 29, 2018:  Ark. Code Ann. § 7-5-407(a)(2).

Respectfully submitted this 12th day of December, 2017.


HONORABLE MARK MARTIN
SECRETARY OF STATE
In His Official Capacity, DEFENDANT


By: _____
A.J. Kelly
General Counsel and
Deputy Secretary of State
P.O. Box 251570
Little Rock, AR 72225-1570
(501) 682-3401
Fax: (501) 682-1213

And

Michael Fincher
Associate General Counsel
Arkansas Secretary of State
AB No. 2016037
500 Woodlane St., Ste 256
Little Rock, AR  72201
(501) 682-3401
Fax: (501) 682-1213

*Attorneys for Defendant
Arkansas Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that I have delivered a copy of the foregoing via the electronic filing system on this 12th day of December, 2017 to the following:

James C. Linger
1710 South Boston Ave.
Tulsa, OK 74119-4810

Jeffrey M. Rosenzweig (fax only)
300 South Spring Street, Suite 310
Little Rock, AR 72201

Michael Fincher