IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE and MICHAEL HARROD                                PLAINTIFFS

V.                               4:14CV00065 JM

MARK MARTIN in his official capacity as
Arkansas Secretary of State                                  DEFENDANT

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in the Order entered on January 25, 2018, it is hereby CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiff Mark Moore. Plaintiff's request for injunctive relief is granted. Plaintiff Mark Moore may file his petition to run for office as an independent candidate on or before May 1, 2018. The Clerk is directed to close the case.

IT IS SO ORDER this 25th day of January, 2018.

_____
James M. Moody Jr.
United States District Judge