AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Western Division

| | |
|---|---|
| Mark Moore, et al., Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:14-CV-65-JM |
| Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, Defendant. | ) ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __01/25/2018__ against __Defendant__,
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk | $ | 400.00 |
| Fees for service of summons and subpoena | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (tr. of oral argument of 7/27/2015) | | 189.80 |
| Fees and disbursements for printing | | |
| Fees for witnesses *(itemize on page two)* | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| Docket fees under 28 U.S.C. 1923 | | |
| Costs as shown on Mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| Other costs *(please itemize)* ....(PRO HAC VICE filing fee)........ | | 100.00 |
| TOTAL | $ | 689.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   s/ James C. Linger

Name of Attorney: James C. Linger

For: __Plaintiff Mark Moore__     Date: __02/02/2018__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*        *Deputy Clerk*       *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, et al.,  )
              …Plaintiffs, )
)
v.                                                   )    Case No. 4:14-CV-65-JM
)
MARK MARTIN, in his official )
capacity as Secretary of State )
for the State of Arkansas,    …Defendant. )
)

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "1"

# FILING FEE AND PRO HAC VICE FEE

```
JAMES C. LINGER ATTORNEY AT LAW          26-7279/3030         1500
            IOLTA ACCOUNT
    1710 S. BOSTON AVE. PH. 918-585-2797
            TULSA, OK 74119              DATE 2/5/2014

PAY TO THE
ORDER OF  Clerk, U.S. District Court        | $ 400 00/100

          Four hundred and 00/100 ———————————— DOLLARS

IBC BANK.                                IBC Free
                                         CHECKING

MEMO Complaint Filing Fee                James C. Linger
     Moore et al. v. Martin
```

1500  02/11/2014  $400.00

```
JAMES C. LINGER ATTORNEY AT LAW          26-7279/3030         1501
            IOLTA ACCOUNT
    1710 S. BOSTON AVE. PH. 918-585-2797
            TULSA, OK 74119              DATE 2/5/2014

PAY TO THE
ORDER OF  Clerk, U.S. District Court        | $ 100 00/100

          One hundred and 00/100 ———————————— DOLLARS

IBC BANK.                                IBC Free
                                         CHECKING

MEMO Motion Pro Hac Vice                 James C. Linger
     Moore et al. v. Martin
```

1501  02/11/2014  $100.00

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| MARK MOORE, et al., ) | |
| ...Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 4:14-CV-65-JM |
| ) | |
| MARK MARTIN, in his official ) | |
| capacity as Secretary of State ) | |
| for the State of Arkansas, ...Defendant. ) | |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "2"

# INVOICE FROM KAREN BAKER, R.M.R., C.R.R., FOR TRANSCRIPT OF ORAL ARGUMENT HELD 7/27/2015 AND USED BY STIPULATION AT THE TRIAL OF 12/12/2017

| AO 44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS |
|---|---|

INVOICE NO: 20150033

MAKE CHECKS PAYABLE TO:

James C. Linger
Law Offices of James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810

Phone: (918) 585-2797
FAX: (918) 583-8283

bostonbarristers@tulsacoxmail.com

KAREN BAKER, RMR, CRR
United States Court Reporter
500 West Capitol Avenue
Box C-411
Little Rock, AR 72201

Phone: (501) 604-5125

Tax ID: 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
Karen_Baker@ared.uscourts.gov

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 11-12-2015   DATE DELIVERED: 11-27-2015

**Case Style:** 4:14CV00065 JM, Mark Moore and Michael Harrod v Mark Martin, Secretary of State
Transcript of oral argument held 7/27/15 before Judge Moody. Filed with clerk.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 52 | 3.65 | 189.80 | | | | | | | 189.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 189.80 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $189.80 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */s/ Karen Baker*   DATE: 11-27-2015

*(All previous editions of this form are cancelled and should be destroyed)*

| | | |
|---|---|---|
| **JAMES C. LINGER ATTORNEY AT LAW**<br>IOLTA ACCOUNT<br>1710 S. BOSTON AVE. PH. 918-585-2797<br>TULSA, OK 74119 | 39-7279/3030<br><br>DATE 11-30-2015 | 1726 |

PAY TO THE ORDER OF  Karen Baker--------------------------   $ 189.80

One Hundred Eighty-nine and 80/100-------- DOLLARS

**IBC BANK.**
We Do More
Oklahoma Branches (405) 841-2332

**IBC Free CHECKING**

MEMO  4:14-cv-00065-JM

*James C. Linger* MP