IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MOORE, et al., | Plaintiffs, | ) |
| | | ) |
| v. | | ) Case No. 4:14-CV-65-JM |
| | | ) |
| MARK MARTIN, in his official capacity as | | ) |
| Arkansas Secretary of State, | Defendant. | ) |

PLAINTIFF MARK MOORE'S MEMORANDUM BRIEF
IN SUPPORT OF HIS VERIFIED BILL OF COSTS

Plaintiff Mark Moore received a judgment entered by the Trial Court in the instant case on January 25, 2018. Pursuant to 28 U.S.C. § 1920, the Plaintiff Moore has filed a Bill of Costs for his $400.00 filing fee with a copy of the check for said filing of February 6, 2014, as entered on the docket on February 6, 2014 [Doc. No. 1], and for his $100.00 *pro hac vice* filing fee for James C. Linger with a copy of the check for said filing of February 6, 2014, as entered on the docket on February 6, 2014 [Doc. No. 2] and which is recoverable as costs pursuant to 28 U.S.C. § 1920 and *Craftsman Limousine, Inc. v. Ford Motor Co.*, 579 F.3d 894, 898 (8th Cir. 2009), and $189.80 for the transcript of the oral argument of July 27, 2015, which was used by stipulation of the parties at the trial on remand in the instant case on December 12, 2017. The Defendant is hereby notified that attached hereto as Exhibit "A" is a copy of the aforesaid Bill of Costs of the Plaintiff Moore setting forth the items of the costs and disbursements of the Plaintiff Moore in this action, and identifying the situs that the same will be adjusted and taxed by the Clerk of the above-entitled Court pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Dated this 2nd day of February, 2018.

Mark Moore, Plaintiff

/s/ James C. Linger
James C. Linger, OBA No. 5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com

Jeff Rosenzweig, AB No. 77115
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
(501) 372-5247 Telephone
(501) 376-0770 Facsimile
jrosenzweig@att.net
*Counsel for Plaintiff Mark Moore*

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 2nd day of February, 2018.

/s/ James C. Linger
James C. Linger

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, et al.,<br>...Plaintiffs,<br><br>v.<br><br>MARK MARTIN, in his official<br>capacity as Secretary of State<br>for the State of Arkansas,   ...Defendant. | Case No. 4:14-CV-65-JM |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "A"

# BILL OF COSTS

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Western Division

| | |
|---|---|
| Mark Moore, et al., Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:14-CV-65-JM |
| Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, Defendant. | ) ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __01/25/2018__ against __Defendant__,
_Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................... | $ 400.00 |
| Fees for service of summons and subpoena ............................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (tr. of oral argument of 7/27/2015) | 189.80 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses _(itemize on page two)_ ............................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ....... | |
| Docket fees under 28 U.S.C. 1923 ................................... | |
| Costs as shown on Mandate of Court of Appeals ...................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs _(please itemize)_ ....(PRO HAC VICE filing fee)............ | 100.00 |
| TOTAL | $ 689.80 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service      [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney:     __s/ James C. Linger__
Name of Attorney: __James C. Linger__

For: __Plaintiff Mark Moore__      Date: __02/02/2018__
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
_Clerk of Court_     _Deputy Clerk_     _Date_

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

## Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, et al., ...Plaintiffs, | ) ) ) ) |
| v. | ) Case No. 4:14-CV-65-JM ) |
| MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, ...Defendant. | ) ) ) ) ) |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "1"

# FILING FEE AND PRO HAC VICE FEE

```
JAMES C. LINGER ATTORNEY AT LAW         29-7279/3030        1500
          IOLTA ACCOUNT
     1710 S. BOSTON AVE. PH. 918-585-2797
          TULSA, OK 74119              DATE 2/5/2014

PAY TO THE
ORDER OF  Clerk, U.S. District Court        | $ 400 00/100

          Four hundred and 00/100                   DOLLARS

IBC BANK.                              IBC Free CHECKING
  We Do More
Oklahoma Branches (405) 841-7XR2
MEMO: Complaint Filing Fee
      Moore et al. v. Martin            James C. Linger
```

1500  02/11/2014  $400.00

```
JAMES C. LINGER ATTORNEY AT LAW         39-7279/3030        1501
          IOLTA ACCOUNT
     1710 S. BOSTON AVE. PH. 918-585-2797
          TULSA, OK 74119              DATE 2/5/2014

PAY TO THE
ORDER OF  Clerk, U.S. District Court        | $ 100 00/100

          One hundred and 00/100                    DOLLARS

IBC BANK.                              IBC Free CHECKING
  We Do More
Oklahoma Branches (405) 841-2332
MEMO: Motion Pro hac Vice
      Moore et al. v. Martin            James C. Linger
```

1501  02/11/2014  $100.00

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, et al.,
　　　　　　　　　　…Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No. 4:14-CV-65-JM

MARK MARTIN, in his official
capacity as Secretary of State
for the State of Arkansas,
　　　　　　　　　　…Defendant.

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "2"

# INVOICE FROM KAREN BAKER, R.M.R., C.R.R., FOR TRANSCRIPT OF ORAL ARGUMENT HELD 7/27/2015 AND USED BY STIPULATION AT THE TRIAL OF 12/12/2017

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

INVOICE NO: 20150033

**MAKE CHECKS PAYABLE TO:**

James C. Linger
Law Offices of James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810

Phone: (918) 585-2797
FAX: (918) 583-8283

bostonbarristers@tulsacoxmail.com

KAREN BAKER, RMR, CRR
United States Court Reporter
500 West Capitol Avenue
Box C-411
Little Rock, AR 72201

Phone: (501) 604-5125

Tax ID: 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
Karen_Baker@ared.uscourts.gov

☐ CRIMINAL    [x] CIVIL    DATE ORDERED: 11-12-2015    DATE DELIVERED: 11-27-2015

**Case Style:** 4:14CV00065 JM, Mark Moore and Michael Harrod v Mark Martin, Secretary of State
Transcript of oral argument held 7/27/15 before Judge Moody. Filed with clerk.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 52 | 3.65 | 189.80 | | | | | | | 189.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                MISC. CHARGES:

TOTAL: 189.80

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $189.80

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */s/ Karen Baker*    DATE: 11-27-2015

*(All previous editions of this form are cancelled and should be destroyed)*

| | | |
|---|---|---|
| **JAMES C. LINGER ATTORNEY AT LAW**<br>IOLTA ACCOUNT<br>1710 S. BOSTON AVE. PH. 918-585-2797<br>TULSA, OK 74119 | 39-7279/3030<br><br>DATE 11-30-2015 | 1726 |

PAY TO THE ORDER OF  Karen Baker------------------------  $ 189.80

One Hundred Eighty-nine and 80/100-------- DOLLARS

**IBC BANK.**
We Do More
Oklahoma Branches (405) 841-2332

**IBC Free CHECKING**

MEMO  4:14-cv-00065-JM

*James C. Linger* MP