IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MOORE, et al., Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:14-CV-65-JM |
| MARK MARTIN, in his official capacity as Arkansas Secretary of State, Defendant. | ) ) ) ) | |

**PLAINTIFFF MOORE'S MOTION TO SET AMOUNT**
**OF REASONABLE ATTORNEY'S FEES**

Judgment having been entered in the above-entitled action on January 25, 2018, the Plaintiff Mark Moore herein, pursuant to 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d)(2), and L.R. 54.1, moves the Court for an award of reasonable attorney's fees and non-taxable costs and expenses in the total amount of $55,333.82 in favor of the Plaintiff's counsel in the following amounts:

1. For attorney's fees as to James C. Linger, a total of 141.5 hours reasonably and necessarily expended in this matter at a rate of $300.00 per hour, 24.2 hours reasonably and necessarily expended in this matter at $250.00 per hour, 8.8 hours reasonably and necessarily expended in this matter at a rate of $150.00 per hour, and non-taxable expenses and costs in the amount of $963.82, for an initial total for James C. Linger of $50,783.82; and

2. For attorney's fees as to Jeff Rosenzweig a total of 18.2 hours reasonably and necessarily expended in this matter at a rate of $250.00 per hour, for $4,550.00, for an initial total for Jeff Rosenzweig of $4,550.00.

The Affidavits of James C. Linger and Jeff Rosenzweig are attached to Plaintiff Moore's Memorandum Brief in Support of his Motion to Set Amount of Reasonable Attorney's Fees, and is filed herein in support of the instant Motion.

WHEREFORE, the Plaintiff Moore respectfully requests the relief prayed for in his Motion herein.

Respectfully submitted this 7th day of February, 2018.

        MARK MOORE, Plaintiff

        /s/ James C. Linger
        JAMES C. LINGER, OBA#5441
        1710 South Boston Avenue
        Tulsa, OK 74119-4810
        (918) 585-2797 Telephone
        (918) 583-8283 Facsimile
        bostonbarristers@tulsacoxmail.com

        /s/ Jeff Rosenzweig
        Jeff Rosenzweig, ABN #77115
        300 Spring Street, Suite 310
        Little Rock, Arkansas 72201
        (501) 372-5247 Telephone
        (501) 376-0770 Facsimile
        jrosenzweig@att.net

        *Counsel for Plaintiff Moore*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 7th day of February, 2017.

        /s/ James C. Linger
        James C. Linger

## VERIFICATION

STATE OF OKLAHOMA )
                           ) ss.
COUNTY OF TULSA )

James C. Linger, of legal age, being first duly sworn upon oath, deposes and states: That I am counsel for the plaintiff Mark Moore in the above and foregoing Motion, that I have read same, and it is true and correct to the best of my knowledge information, and belief.

/s/ James C. Linger
James C. Linger

Subscribed and sworn to before me this 7th day of February, 2018.

/s/ Vickie L. Caudle
Vickie L. Caudle, Notary Public
Commission: #3012535
Expiration: 10-6-2019

Commission:
Tulsa County, State of Oklahoma:
(SEAL)

VICKIE L. CAUDLE
Notary Public
State of Oklahoma
Commission # 03012535 Expires 10/06/19

3