IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, et al., )<br>...Plaintiffs, )<br>)<br>v. )<br>)<br>MARK MARTIN, in his official )<br>capacity as Secretary of State )<br>for the State of Arkansas, )<br>...Defendant. )<br>) | Case No. 4:14-CV-65-JM |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "1"

# AFFIDAVIT OF JEFF ROSENZWEIG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, et al.,                                             PLAINTIFF

V.                          4:14-cv-00065-JM

MARK MARTIN, in his official capacity
as Secretary of State for the State of Arkansas           DEFENDANT

## AFFIDAVIT OF JEFF ROSENZWEIG

Jeff Rosenzweig, first having been duly sworn, deposes and says as follows:

1. I was admitted to the Arkansas Bar in 1977 and have practiced law in Arkansas since that time.

2. Although most of my practice has been in the field of criminal law, I have been involved in occasional election law cases over the years. In addition to consulting with various candidates, I was counsel in three election law cases which reached the Arkansas Supreme Court as *Baker v. Rogers*, 368 Ark. 134, 243 S.W.3d 911 (2006)(election contest); *Heathscott v. Raff*, 334 Ark. 249, 973 S.W.2d 799 (1998)(ballot qualifications case); and *Chandler v. Martin and Foster*, 2014 Ark. 219. 433 S.W.3d 884 (ballot qualifications case).

3. In this matter I was asked by Mr. Moore if I would serve as local counsel

1

in this matter. Mr. Linger and I talked and I agreed to do so.

4. I performed whatever services Mr. Linger asked of me. I gave him my advice and perspective on the issues. I also reviewed the discovery materials so I would be able to discuss the matter with him. I also prepared to be able to be of assistance in the December 2017 hearing. (Because of a conflicting hearing in a murder case, I was not able to attend the 2015 hearing.)

5. My time sheet accompanying this affidavit is true and correct.

6. Although I would normally charge $300 an hour for my time, because of my inferior and assisting status on this case, I would agree that $250 an hour is appropriate. I have calculated that $4,550 would be an appropriate compensation.

_____
JEFF ROSENZWEIG

STATE OF ARKANSAS
COUNTY OF PULASKI

SUBSCRIBED AND SWORN TO before me this 6th of February, 2018.

_____
NOTARY PUBLIC

JACLYN GRAY
Notary Public-Arkansas
Pulaski County
My Commission Expires 01-15-2025
Commission # 12402249

2