IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK MOORE, et al., ...Plaintiffs, | ) ) ) ) ) |
| v. | ) Case No. 4:14-CV-65-JM ) |
| MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, ...Defendant. | ) ) ) ) ) |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "2"

# TIME SHEET OF JEFF ROSENZWEIG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, et al.,                                                        PLAINTIFF

V.                                    4:14-cv-00065-JM

MARK MARTIN, in his official capacity
as Secretary of State for the State of Arkansas                DEFENDANT

## JEFF ROSENZWEIG TIME SHEET

| Date | Description | Hours |
|---|---|---|
| 1-10-2014 | Talk w/ Linger about issues in case and research | 1.2 |
| 1-30-2014 | Review draft. | 0.5 |
| 2-3-2014 | Review of complaint and discuss with Linger | 1.1 |
| 2-5-2014 | Email with Linger | 0.2 |
| 2-6-2014 | Filing of complaint and discuss w/Linger | 1.2 |
| 4-7-2014 | Review Motion to Dismiss and other pleadings | 0.5 |
| 4-23-2014 | TC w/ Linger | 0.2 |
| 7-15-2014 | TC w/ Linger and A.J. Kelly re Rule 26(f) conference | 0.3 |
| 7-18-2014 | Review Req. for Admission and Def.'s Supp Brf., etc. | 0.4 |
| 7-21-2014 | Review of proposed FRCP 26(f) report | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 8-17-2014 | Rec. & rev. of Answer of Defendant | 0.3 |
| 12-01-2014 | Rev. of Defendant's Motion for Summary Judgment and brief | 0.5 |
| 1-14-2015 | Review of Defendant's Reply Brief | 0.2 |
| 5-12-2015 | TC w/ Linger re case status | 0.2 |
| 7-27-2015 | Meeting w/Linger re case | 1.0 |
| 10-17-2017 | Review discovery requests to Moore | 0.2 |
| 11-18-2017 | Review discovery responses | 1.0 |
| 12-2-2017 | Rev of Defendant's pretrial Brief and proposed FFCL | 0.5 |
| 12-10-2017 | Rev. of discovery materials and prep | 0.5 |
| 12-11-2017 | Rev. of discovery materials and prep | 1.7 |
| 12-12-2017 | Pretrial conf. and trial | 5.1 |
| 1-30-2018 | Discuss status w/ Linger | .2 |
| 2-5-2018 | Prepare billing statement | 1.0 |
| TOTAL | | 18.2 |