IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MOORE, et al., | ) | |
| ...Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-65-JM |
| | ) | |
| MARK MARTIN, in his official | ) | |
| capacity as Secretary of State | ) | |
| for the State of Arkansas, | ) | |
| ...Defendant. | ) | |
| | ) | |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "4"

# TIME SHEET OF JAMES C. LINGER

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**          P a g e  | **1**

| Date | Description | Hours |
|------|-------------|-------|
| 12-11-2013 | Email from Mark Moore re conf. call w/ other Plaintiffs | .1 |
| 12-12-2013 | TC w/ Mark Moore, Chris Johnson, Mike Harrod re lawsuit and Independent candidates | .7 |
| | Leg. res. Arkansas election law and cases | 2.5 |
| 12-13-2013 | Email from Moore re lawsuit and Plaintiff information and retainer | .1 |
| 12-17-2013 | Email from Moore re retainer | .1 |
| 12-18-2013 | TC w/ Richard Winger re obtaining local counsel in Little Rock (.2) | N/C |
| 12-27-2013 | Email to Moore re finalizing lawsuit | .1 |
| 12-29-2013 | Email from Moore re Independent lawsuit, retainer, expert witness | .1 |
| 1-2-2014 | Email from Moore re discrimination against Independent candidates, timing of candidate decisions, filing fee, status of law, and time differences | .1 |
| 1-9-2014 | Email from Moore re status of Mr. Rosenzweig for local counsel | .1 |
| | Research re pro hac vice Admission and local rules of E.D. Ark. | .6 |
| | Email to Moore re receipt of retainer check, status of Plaintiffs, and local counsel | .1 |
| | Email from Moore re Plaintiffs and filing of suit | .1 |
| | Emails from R. Winger (2)(.2) | N/C |
| | Leg. res. re SOS of Ark. and current and future election dates for Ark. | .4 |

| Date | Description | Hours |
|---|---|---|
| 1-10-2014 | Legal research re Arkansas election laws, local court rules for E.D. Ark., and prep. of Complaint | 1.5 |
| | TC w/ Jeff Rosenzweig, member of ACLU, local counsel re lawsuit | .5 |
| | Email to R. Winger re case status, expert witness, Independent candidates, Plaintiffs, prior decisions | .2 |
| | Email from Jeff Rosenzweig re bar number | .1 |
| | Email to Jeff Rosenzweig re contact info. (.1) | N/C |
| | Email to Moore re local counsel, expert witness, additional Plaintiffs | .1 |
| | Email to Winger re local counsel (.1) | N/C |
| 1-11-2014 | Leg. res. re Ark. statutes and legal cases | 2.1 |
| 1-14-2014 | Leg. res. re Arkansas election laws, election cases, and prep. of Complaint | 1.2 |
| 1-24-2014 | Revisions and prep. of Complaint | 1.0 |
| 1-28-2014 | Email from Moore (.1) | N/C |
| 1-29-2014 | Prep. of Complaint, Summons, Notice of lawsuit and request to waive service of summons, waiver of the service of summons, and cover sheet | 2.0 |
| | Email to Moore w/ proposed complaint and revisions | .2 |
| | Email from Moore (.1) | N/C |
| | Email to Moore w/ slightly revised proposed Complaint, corrections, significance of deadline and discussion of case | .2 |
| | Email to R. Winger (.1) | N/C |

|  |  |  |
|---|---|---|
|  | Email from R. Winger (.1) | N/C |
|  | Email from Moore re revised Complaint and status as to current election law | .1 |
| 1-30-2014 | Email to Moore w/ revised Complaint | .1 |
|  | Email to R. Winger (.1) | N/C |
|  | Emails from R. Winger (2)(.2) | N/C |
|  | Email from Moore as to filing deadline, revised Complaint | .1 |
|  | Email to Moore re expert witness R. Winger, vagueness of deadline | .1 |
| 2-3-2014 | Prep. & emailing of proposed Complaint to Jeff Rosenzweig | .2 |
|  | Email to R. Winger re changes in Complaint (.1) | N/C |
|  | Email from R. Winger (.1) | N/C |
|  | TC w/ Moore re revised Complaint and filing of case | .2 |
|  | Email to Moore (.1) | N/C |
|  | Email from Moore re changes, other Plaintiffs, remedy | .1 |
| 2-4-2014 | Email to Moore re Plaintiff Johnson and remedy (.1) | N/C |
|  | Email from Moore (.1) | N/C |
| 2-5-2014 | Email from Jeff Rosenzweig re proposed filing (.1) | N/C |
|  | Revision of Complaint, Motion *Pro Hac Vice*, Certificate of Good Standing from N.D. OK, prep. of ltr. to Rosenzweig and FedEx to Jeff Rosenzweig w/ checks | 1.2 |

|  |  |  |
|---|---|---|
|  | Email to Jeff Rosenzweig re instructions and FedEx mailing | .1 |
|  | Email from Rosenzweig as to representation of SOS | .1 |
|  | Emails from Moore (2)(.2) | N/C |
|  | Email to Moore w/ revised Complaint, changes, supporting pleadings, filing tomorrow | .2 |
| 2-6-2014 | Rec. of filed Complaint from Rosenzweig by email | .1 |
|  | Rec. of filed Motion for Leave to Appear *Pro Hac Vice* | .1 |
|  | TC from Jeff Rosenzweig | .1 |
|  | TC from Court Clerk's office in Arkansas | .1 |
| 2-7-2014 | Rec. of Order from Judge Moody granting Motion to Appear *Pro Hac Vice* | .1 |
| 2-13-2014 | Email from Moore re remedy | .1 |
| 2-19-2014 | Email from Moore (.1) | N/C |
| 2-20-2014 | TC w/ Moore re case status, remedy, etc. | .3 |
| 2-24-2014 | Email from Moore (.1) | N/C |
| 2-26-2014 | Email from Moore (.1) | N/C |
| 2-28-2014 | Email from Moore | .1 |
| 3-1-2014 | Email to Moore re Plaintiffs | .1 |
| 3-2-2014 | Email from Moore re Plaintiffs to lawsuit | .1 |
| 3-3-2014 | TC w/ Moore re filing and lawsuit status | .2 |
| 3-7-2014 | Email from client (.1) | N/C |

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**        P a g e | **5**

| Date | Description | Hours |
|---|---|---|
| 3-10-2014 | Rec. of Order transferring case to Judge James M. Moody, Jr. | .1 |
| | Rec. of Waiver of the Service of Summons from Defendant Secretary of State | .1 |
| 3-14-2014 | Filing of Waiver of Service of Defendant | .2 |
| 3-28-2014 | Email to Moore of Response of Secretary of State | .1 |
| 4-7-2014 | Rec. & rev. of Defendant's Motion to Dismiss and Alternative Motion for More Definite Statement and Brief in support of Motion to Dismiss, etc. | .8 |
| 4-14-2014 | Leg. res. and prep. of Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss, etc. | 2.6 |
| 4-15-2014 | Prep. & filing of Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss and Alternative Motion for More Definite Statement | .5 |
| 4-22-2014 | Rec. & rev. of Defendant's Reply Brief in support of Motion to Dismiss, etc. | .5 |
| 4-23-2014 | TC w/ Atty Jeff Rosenzweig | .2 |
| | Email to Moore of Reply Brief in Support of Motion to Dismiss | .1 |
| 7-2-2014 | Rec. & rev. of initial Scheduling Order re FRCP 26(f) conference, bench trial, and Proposed Final Scheduling Order | .1 |
| 7-6-2014 | Email from Winger re draft of Declaration and revisions thereto | .1 |
| | Email to Winger re additional revisions to Declaration re deadline requirements and cases | .1 |
| 7-10-2014 | Email from Moore (.1) | N/C |
| | Email to Moore re Winger CV, Rule 26 report requirements, and case status | .1 |

|  |  |  |
|---|---|---|
|  | Email to Kelly re signed Declaration of R. Winger and discussion of case by tel. conf. for 7-15-2014 | .1 |
|  | Email to Jeff Rosenzweig of Declaration of Winger, mtg. for 7-15-2014, and status report | .1 |
| 7-15-2014 | TC w/ Jeff Rosenzweig and A.J. Kelly re Rule 26(f) conference | .3 |
|  | Rec. & rev. of Defendant's Requests for Admissions to Plaintiffs, Harrod, Johnson, and Moore via fax | .3 |
|  | Email from R. Winger (.1) | N/C |
| 7-16-2014 | TC w/ Mark Moore | .3 |
|  | Email to Moore re Requests for Admissions | .2 |
|  | Email to Jeff Rosenzweig re R. Winger (.1) | N/C |
| 7-17-2014 | Rec. & rev. of Defendant's Supplemental Citations and Authority in support of Motion to Dismiss | .2 |
|  | Rec. & rev. of ltr. from A.J. Kelly w/ three Requests for Admissions | .2 |
|  | Email to Chris Johnson and Mike Harrod re request for admissions (2)(.2) | N/C |
|  | Rec. & rev. of email from Moore re admissions and Affidavit | .2 |
|  | Email from Moore (.1) | N/C |
| 7-21-2014 | Prep. of proposed FRCP 26(f) report and email to Attys A.J. Kelly and Jeff Rosenzweig | .5 |
|  | Email from Kelly re review of proposed FRCP 26(f) report | .1 |
| 7-22-2014 | Email from Moore (.1) | N/C |

| | | |
|---|---|---|
| 7-23-2014 | Email from Kelly re proposed provision of Rule 26(f) report | .1 |
| 7-24-2014 | Rev. of email from Kelly of 7-23-2014 w/ proposed revision to Rule 26(f) report | .2 |
| 7-25-2014 | Email from Moore re documents and notary | .1 |
| | Email to Kelly re revised FRCP 26(f) report w/ copy of revised report and additional changes | .2 |
| 7-29-2014 | Rec. & rev. of email from Chris Johnson re admissions (.2) | N/C |
| | Prep. & filing of FRCP 26(f) report | .4 |
| 7-30-2014 | Prep. of and emailing to Moore of Response to Request for Admissions | .5 |
| | Email to Chris Johnson re Request for Admissions (.2) | N/C |
| 8-4-2014 | Rec. & rev. of Order from Judge Moody denying Defendant's Motion to Dismiss | .1 |
| 8-7-2014 | Mailing of Plaintiff Moore's Answers to Defendant's Requests for Admissions and Plaintiff Johnson's Answers, etc. to A.J. Kelly | .2 |
| 8-12-2014 | Email from Moore re discovery | .1 |
| | Email from Moore re Harrod, admissions (.1) | N/C |
| 8-13-2014 | Email to Harrod re Request for Admission (.2) | N/C |
| 8-14-2014 | Rec. & rev. of fax w/ Defendant's answer to Complaint from Kelly | .2 |
| 8-15-2014 | Rec. & rev. of Answer of Defendant | .4 |
| 8-19-2014 | Email from Moore (.1) | N/C |

| Date | Description | Amount |
|---|---|---|
| 8-21-2014 | Email to Moore of answer, case status, tel. conf. w/ Plaintiffs, summary judgment motion, and injunctive relief | .1 |
| 8-26-2014 | TC w/ Rick Shaftan, pollster (2) (.4) | N/C |
| | Email from Moore re Harrod, Lt. Governor's race, and case strategy | .1 |
| 8-27-2014 | TC w/ Moore | .2 |
| 8-29-2014 | Email from Moore re polling (.2) | N/C |
| 9-3-2014 | Rec. & rev. of polls from Moore (.2) | N/C |
| | Email from Moore (.1) | N/C |
| 9-5-2014 | Email from Moore re polls (.1) | N/C |
| | Email from Moore re remedy and overseas military personnel | .1 |
| 9-8-2014 | TC w/ Moore re case status and strategy | .4 |
| | TC w/ Chalmer G. Waylend, III, re poll (2) (.3) | N/C |
| | Email from Moore (.1) | N/C |
| 9-9-2014 | TC w/ Moore re case status | .2 |
| | Email from Moore re case strategy (.1) | N/C |
| 9-10-2014 | Emails from Moore (2)(.2) | N/C |
| 9-17-2014 | Rec. & rev. of Final Scheduling Order | .1 |
| | Email from Kelly (.1) | N/C |
| 9-18-2014 | Email to and from Atty Erin Sudduth re case and pleadings (2)(.3) | N/C |
| | TC w/ Atty Erin Sudduth (.3) | N/C |
| 11-17-2014 | Email from R. Winger (.1) | N/C |

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**          P a g e | **9**

| Date | Description | Hours |
|---|---|---|
| 12-01-2014 | Rev. of Defendant's Motion for Summary Judgment, Defendant's Brief in Support of Motion for Summary Judgment, and Statement of Material Facts not in Dispute filed on 11-26-2014 | 2.0 |
| 12-09-2014 | TC w/ A.J. Kelly re Motion for Extension of Time (.1) | N/C |
| | Email to A.J. Kelly re extension of time (.1) | N/C |
| 12-10-2014 | Prep. & filing of Plaintiffs' Unopposed Motion for Extension of time to file response to Defendant's Motion for Summary Judgment | .5 |
| 12-12-2014 | Rec. & rev. of Order granting Plaintiffs' Motion to Extend Time | .1 |
| 12-22-2014 | Email to R. Winger re curricula vitae | .1 |
| | Emails from Winger re Affidavit, chart, revisions (2) | .2 |
| 12-23-2014 | Leg. res. and prep. of Affidavits for Winger and Moore and prep. of Plaintiff's Response and Memorandum Brief in Opposition to Defendant's Motion for Summary Judgment, etc. | 2.5 |
| | Email to Harrod re case status, summary judgment, mootness, revised Affidavit (.3) | N/C |
| | Email to Moore re proposed Affidavit and case status | .1 |
| 12-24-2014 | Email from Winger re revision to Affidavit | .1 |
| 12-27-2014 | Email to Winger re revised Affidavit | .1 |
| | Email from Moore re revised Affidavit | .2 |
| | Leg. res. and prep. of Plaintiff's Response and Memorandum Brief in Opposition to Defendant's Motion for Summary Judgment | 3.0 |

| Date | Description | |
|---|---|---|
| 12-29-2014 | Prep. & filing of Plaintiffs' Response and Memorandum Brief in Opposition to Defendant's Motion for Summary Judgment and Concise Statement of Material Facts as to Which Plaintiffs Contend a Genuine Dispute Exists to be Tried with attached Exhibits | 3.5 |
| 1-12-2015 | Rec. & rev. of Defendant's Reply Brief in Support of Defendant's Motion for Summary Judgment | .8 |
| 2-5-2015 | Email from Moore re proposed legislative changes (.1) | N/C |
| 5-6-2015 | Email from Moore (.1) | N/C |
| | Email to Moore re TC | .1 |
| 5-7-2015 | TC w/ Moore re case status, pending motions, updated Affidavit | .5 |
| | Email to Moore re Affidavit, revisions, and notarization | .2 |
| | Email to Winger re new Affidavit, revisions, summary judgment motions | .2 |
| 5-8-2015 | Prep. of Affidavits for Winger and Moore | .6 |
| | Email to Kelly w/ Joint Stipulation of Partial Dismissal as to Chris Johnson (.2) | N/C |
| | Email from Moore re changes to Affidavit | .1 |
| 5-11-2015 | TC w/ A.J. Kelly | .2 |
| | Email from Kelly re Johnson dismissal (.1) | N/C |
| | Email to Kelly re Johnson dismissal changes (.1) | N/C |
| 5-12-2015 | Prep. & filing of Joint Stipulation of Partial Dismissal as to Plaintiff William Chris Johnson (.3) | N/C |
| | Email to Kelly re pretrial disclosures sheet and joint status report | .2 |

| | | |
|---|---|---|
| | TC w/ Jeff Rosenzweig re case status | .2 |
| | Email from Kelly re Exhibit SOS election calendar for 2014 | .1 |
| | Leg. res. re preparation of Plaintiff's Motion for Summary Judgment and supporting Brief | 2.6** |
| 5-13-2015 | Email from Kelly of 5-12-2015 re pretrial disclosure sheet, mediation, stipulations of fact, acts of general assembly | .1 |
| | Email to Kelly re tel. conf., final scheduling order, status report, settlement prospects, length of trial, election calendar | .1 |
| | Email from Kelly re tel. conf. | .1 |
| | TC w/ A.J. Kelly re Joint Status Report | .3 |
| | Email to Kelly re new version of Arkansas Code Annotated | .1 |
| | Prep. & filing of Joint Status Report | .3 |
| | Prep. & filing of Plaintiffs' Pretrial Disclosure Sheet | .5 |
| | Rec. & rev. of fax from Kelly w/ Defendant's Pretrial Disclosures | .2 |
| | Prep. & filing of Plaintiffs' Motion for Summary Judgment with Exhibits, Statement of Facts Pursuant to Local Rule 56.1, and Brief in Support of Plaintiffs' Motion for Summary Judgment | 1.5** |
| 5-27-2015 | Rec. & rev. of Defendant's Response to Plaintiffs' Motion for Summary Judgment with attached Exhibits, Defendant's Brief in Support of Defendant's Response to Plaintiffs' Motion for Summary Judgment, and Defendant's Statement of Material Facts Not in Dispute in Support of Defendant's Response to Plaintiffs' Motion for Summary Judgment | 2.8** |

|  |  |  |
|---|---|---|
|  | Rec. & rev. of Defendant's Response and Objections to Plaintiffs' Statement of Material Facts | .2** |
| 5-28-2015 | Rev. of legislative changes sent by Mark Moore | .2 |
|  | TC w/ Mark Moore (.2) | N/C |
|  | Email to R. Winger of Defendant's Brief in Support of Response to Plaintiffs' Motion for Summary Judgment (.1) | N/C |
|  | Email to Moore of Defendant's Brief in Support of Response to Plaintiffs' Motion for Summary Judgment (.1) | N/C |
|  | Email to Winger of Affidavit of Rob Hammons and copies of HB 1006 (.2) | N/C |
|  | Email from Winger (.2) | N/C |
| 6-1-2015 | Rec. & rev. of email from Moore re HB 1269 (.2) | N/C |
| 6-3-2015 | Prep. & filing of Plaintiffs' Reply and Memorandum Brief in Support of Plaintiffs' Motion for Summary Judgment | 1.5 |
| 6-4-2015 | Email to Winger of Plaintiffs' Reply and Memorandum Brief in Support of Plaintiffs' Motion for Summary Judgment (.2) | N/C |
|  | Email from Winger (.1) | N/C |
| 6-12-2015 | Email from Moore re expected hrg. date and expected time for notice | .1 |
| 6-15-2015 | Email to Moore re Notice of trial setting as to approximate date and time | .1 |
| 7-12-2015 | Emails from Winger re trial (2)(.2) | N/C |
|  | Email to Winger re possible trial testimony (.1) | N/C |
| 7-13-2015 | Email to Moore (.1) | N/C |

| 7-16-2015 | Email to Moore of Reply Brief to Plaintiffs' Motion for Summary Judgment | .2** |
| 7-17-2015 | TC w/ Atty A.J. Kelly (2) | .3 |
| | TC w/ Judge Moody's Clerk and A.J. Kelly | .1 |
| | Email to Moore re tel. con. w/ Kelly and courtroom deputy and law clerk for Judge Moody as to oral argument on cross-motions for summary judgment and hrg. date | .1 |
| | Rec. & rev. of Order by Judge Moody re oral argument and hrg. on 7/27/15 | .1 |
| | Email to Winger (.1) | N/C |
| 7-22-2015 | TC w/ A.J. Kelly re stipulations and no need for them now | .1 |
| 7-25-2015 | Email re hrg. to Jeff Rosenzweig | .1 |
| | Email re hrg from Jeff Rosenzweig | .1 |
| | Rev. of file, legal research, and prep. for hrg before Judge Moody | 2.3 |
| 7-26-2015 | Travel from Tulsa to Little Rock (LaQuinta Inn, $96.05) | 3.8* |
| | Rev. of file and prep for hrg | 2.0 |
| 7-27-2015 | Prep. for hrg. before Judge Moody | 1.1 |
| | TC w/ Jeff Rosenzweig (2) | .1 |
| | Mtg. w/ Jeff Rosenzweig | .8 |
| | Pre hrg conf w/ A.J. Kelly | .2 |
| | Hrg. on S.J. Motions w/ Judge Moody and A.J. Kelly | 1.3 |
| | Post hrg confs with Kelly | .5 |

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**          P a g e  | **14**

|  |  |  |
|---|---|---|
|  | TC w/ Richard Winger (.5) | N/C |
|  | TC w/ Mark Moore re hrg. (.4) | N/C |
|  | Prep of Memo to file re oral argument before Judge Moody | .6 |
|  | Travel from Little Rock to Tulsa | 3.9* |
| 7-28-2015 | Rev of file and Memo re hrg and clerk's minutes (.7) | N/C |
| 8-25-2015 | Rec. & rev. of Order granting Defendant's Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment and Judgment in favor of Defendant | .5 |
|  | Emails from Winger (3)(.3) | N/C |
|  | Email from Moore re court ruling and effect of nonpartisan candidates and initiative petitions | .1 |
| 8-26-2015 | Email from Winger (.1) | N/C |
|  | Email from Moore re court decision, signature requirement, timing (.1) | N/C |
| 8-30-2015 | Email from Moore re problem in verifying Petitions for Independents and lack of conflict | .1 |
| 9-21-2015 | Leg. res. and prep. of Plaintiffs' Memorandum Brief in Support of Plaintiffs' Motion to Reconsider, etc. | 1.6 |
| 9-22-2015 | Prep. and filing of Plaintiffs' Motion to Reconsider and Alter or Amend Order and Judgment and Memorandum Brief in support of Plaintiffs' Motion to Reconsider, etc. | .5 |
| 10-2-2015 | Rec. & rev. of Defendant's Response and Brief in support of Defendant's Response to Plaintiffs' Motion to Reconsider and Alter or Amend Order and Judgment | .5 |
| 10-7-2015 | Rec. & rev. of Order Denying Plaintiffs' Motion to Reconsider and Alter or Amend Judgment | .1 |

| | | |
|---|---|---|
| 11-5-2015 | TC w/ Eighth Circuit Clerk's office (.1) | N/C |
| | Filing of Notice of Appeal to 8th Cir. | .3 |
| | Email from Moore (.1) | N/C |
| 11-6-2015 | Prep. and filing of Plaintiff Mark Moore's Notice of Appeal | .4 |
| | Prep. and filing of Plaintiff Mark Moore's Amended Notice of Appeal (.3) | N/C |
| | Notification from District Court of payment of USCA appeal fee of $505.00 (.1) | N/C |
| | Email to Moore re 8th Cir. appeal filing fee, and transcript | .1 |
| 11-8-2015 | Email from Moore re case status (.1) | N/C |
| 11-9-2015 | Rec. & rev. of Notification of Appeal and Supplement from District Court for Court of Appeals & Briefing Schedule | .1 |
| | Rec. & rev. from 8th Cir. of appeal ltr., case style, case participants, appeal briefing schedule, and appeal requirements | .1 |
| 11-10-2015 | Rec. & rev. of USCA docketing ltr and briefing schedule for 8th Circuit | .1 |
| | Email to Karen Baker re transcript | .1 |
| 11-11-2015 | Prep. & filing of Entry of Appearance of James C. Linger in 8th Cir. | .2 |
| 11-12-2015 | Email from Karen Baker re transcript and cost (.1) | N/C |
| | Email to Karen Baker re transcript Order w/ prepared form | .2 |
| 11-13-2015 | Prep. & filing of corporate disclosure statement w/ 8th Cir. | .2 |

| | | |
|---|---|---|
| 11-19-2015 | Prep. of transcript request and email to Karen Baker | .2 |
| | TC w/ Kelly re joint appendix | .1 |
| | Email to Kelly re joint appendix docket entries | .2 |
| | Email from Karen Baker re transcript request, time, and cost | .1 |
| 11-20-2015 | Email from Kelly re joint appendix | .1 |
| 11-21-2015 | Prep. & filing of verification of transcript order by Plaintiff Moore in 8th Cir. | .3 |
| | Prep. & filing of Method of Appendix Preparation | .2 |
| 11-23-2015 | Email to Kelly re designation and statement of issues and joint appendix | .2 |
| | Emails from Kelly (2) re joint appendix | .1 |
| | Prep. & filing of Designation of Record with 8th Cir. | .4 |
| 11-30-2015 | Rec. & rev. of transcript of oral argument notification of 7-27-15 filed in Dist. Ct. | .1 |
| | Rev. of email from Karen Baker with transcript and invoice | .3 |
| 12-8-2015 | Rec. & rev. of transmittal sheet from Dist. Ct. to 8th Cir. (.1) | N/C |
| 12-16-2015 | Rec. & rev. of record filed and hrg. transcript of oral argument from 8th Cir. (.1) | N/C |
| 12-19-2015 | Email from Kelly re copy | .1 |
| 12-21-2015 | Rec. of USCA docketing ltr. and briefing schedule from court clerk | .1 |

| | | |
|---|---|---|
| 12-23-2015 | Email to Kelly of two versions of the Appendix Index for Joint Appendix on appeal and exclusion and inclusion of certain documents | .3 |
| | Email from Kelly re Joint Appendix | .1 |
| 12-28-2015 | Email to Kelly re corrected page and elimination of words | .1 |
| | Leg. res. and prep. of Appellant's opening Brief | 3.9 |
| 12-29-2015 | Submission for review of Appellant's opening Brief and Addendum of Moore for review | .3 |
| | Prep. and mlg of 3 copies of Joint Appendix to be filed in 8th Cir. and copy to A.J. Kelly (postage to St. Louis, $12.65 and postage to Little Rock, $17.90, Litgistix, $153.02) | .5 |
| 12-31-2015 | Email to Amanda Trautt w/ 8th Cir. of attached revised Brief as to typos on pages 1 and 23 (.3) | N/C |
| 1-4-2016 | Rec. of notification from Michael D. Shay of 8th Cir. of cover page deficiency on Addendum (.1) | N/C |
| | TC w/ Michael D. Shay w/ 8th Cir. re addendum problem (.1) | N/C |
| 1-5-2016 | TC w/ Michael D. Shay w/ 8th Cir. (.1) | N/C |
| | Rec. of Notice from 8th Cir. of record filed— Joint Appendix | .1 |
| 1-6-2016 | Submission of Appellant's Addendum to 8th Cir. for review | .3 |
| | Submission of Appellant's Opening Brief to 8th Cir. for review | .3 |
| 1-7-2016 | Notification from 8th Cir. of filing of Appellant's Brief and ten paper copies due by 1-12-2016 | .1 |

| Date | Description | |
|---|---|---|
| 1-8-2016 | Prep. of ltr and 10 copies of Appellant's opening Brief w/ attached Addendum to Michael Gans, Clerk of 8th Cir., and copy to A.J. Kelly (postage to St. Louis and Little Rock, $12.65 and $5.85 and Litgistix, $101.12) | .7 |
| 1-10-2016 | Rec. & rev. of email from Kelly re non-receipt of Joint Appendix (.1) | N/C |
| 1-11-2016 | Rec. of Addendum deficiency notice from 8th Cir. (.1) | N/C |
| 1-12-2016 | Email to Moore of copy for review of 8th Circuit Brief and Addendum | .2 |
| | Rec. of Notice from 8th Cir. of receipt of ten paper copies of Appellant's Brief | .1 |
| 1-13-2016 | Rec. & rev. of email from Moore re Brief and Addendum on appeal and SOS capacity to verify signatures | .1 |
| | Email from Moore re cases status, other Independent candidates, and validation of petition signatures | .1 |
| 1-15-2016 | TC w/ Atty Michael Fincher (2) | .1 |
| | Emailing of Joint Appendix to Fincher (4) | .2 |
| | Email from Fincher re receipt of Joint Appendix | .1 |
| | Emails from Kelly re missing pages in Joint Appendix (3) | .1 |
| | Email to Moore re Defendant's answer due date, reply Brief, Appellate Court, and Tashjian case, costs, and 8th Cir. appeal | .2 |
| 2-2-2016 | Email from Kelly re 14-day extension for Appellee's Brief | .1 |
| | Email to Kelly re no objection to 14-day extension | .1 |
| 2-3-2016 | Rec. and rev. of Motion for Extension of Time to file Brief until 2-22-2016 from Kelly | .1 |

|  |  |  |
|---|---|---|
|  | Rec. & rev. of Order Granting Motion for Extension of Time to File Brief from 8th Cir. Clerk | .1 |
| 2-4-2016 | Email from Winger (.1) | N/C |
| 2-5-2016 | Email from Winger (.1) | N/C |
| 2-7-2016 | Email from Moore (.1) | N/C |
| 2-22-2016 | Rec. of Appellee's Brief submitted for review | .1 |
| 2-23-2016 | Rev. of Brief of Appellee Martin and leg. res. | 2.5 |
| 2-24-2016 | Rec. & rev. of Brief deficiency notice to Kelly from 8th Cir. | .1 |
|  | Rec. & rev. of Notification from 8th Cir. of filing of Appellee's Brief and date ten paper copies are due | .1 |
|  | TC w/ Mike of 8th Cir. re Brief and deficiency (.2) | N/C |
| 2-29-2016 | Rec. and rev. of paper copy of Brief of Defendant Appellee Martin and ltr from Brittany Garcia, legal division of Sec. of State (.3) | N/C |
|  | Notification from 8th Cir. of receipt of ten paper copies of Appellee's Brief | .1 |
| 3-3-2016 | Emails from Moore (2)(.2) | N/C |
| 3-4-2016 | Email from Moore (.1) | N/C |
| 3-8-2016 | Prep. of and submission for rev. of Appellant's Reply Brief w/ 8th Cir. | 3.7 |
| 3-10-2016 | Prep. & filing of correction to Reply Brief of Appellant (.3) | N/C |
|  | Notification from 8th Cir. of filing of Appellant's Reply Brief and date ten paper copies are due | .1 |

| | | |
|---|---|---|
| 3-11-2016 | TC w/ Mike of 8th Cir. re corrected Brief (2)(.2) | N/C |
| | Rec. of Notice of Corrected Brief of Appellee Moore submitted for review (.1) | N/C |
| | Rec. of Notification from 8th Cir. of corrected Reply Brief filing and due date for ten paper copies | .1 |
| 3-14-2016 | Prep. & mlg of 10 copies of Appellant's Reply Brief and ltr to Michael Gans, Clerk for 8th Cir., and copy to A.J. Kelly (postage, $13.23, Litgistix, $66.68) | .7 |
| | Rec. of Notification from 8th Cir. re possible oral argument dates | .1 |
| 3-17-2016 | Rec. of Notification from 8th Cir. of ten copies of corrected Brief | .1 |
| 3-18-2016 | Rec. & rev. of filed ltr. from Appellee Martin re availability for oral argument | .1 |
| 6-8-2016 | Rec. of email from A.J. Kelly acknowledging receipt of Dec. 29, 2015 package re appeal | .1 |
| 7-25-2016 | Legal research re attorney fees § 1988, prevailing party status, partial victory, and standing | 2.7 |
| 8-15-2016 | Legal research re awarding of costs pursuant to FRCP 54(d) and 8th Cir. cases (.9) | N/C |
| 11-10-2016 | Rec. of notice from 8th Cir. of argument setting, assigned judges and division | .1 |
| | Prep. & filing of oral argument response form for James C. Linger | .1 |
| 12-5-2016 | Email to Moore re oral argument in 8th Circuit | .1 |
| | Email from Moore re oral argument | .1 |
| 12-7-2016 | Email to Moore re oral argument in 8th Circuit and costs of travel for oral argument | .1 |

| | | |
|---|---|---|
| 12-8-2016 | Rec. & rev. of email from Moore re 8th Circuit appeal and payment of travel costs | .1 |
| 12-9-2016 | Email from R. Winger of copy of Lendall v. Jernigan case, No. LR-76-C-184 (E.D. Ark. W.D.) as requested by 8th Cir. | .1 |
| | Email to Moore re standard of review in appellate cases and course of oral argument and anticipated time for written decision | .1 |
| 12-12-2016 | Prep. of fax ltr. to Scott Lewandoski w/ 8th Cir. with copy of memorandum opinion requested on Lendall v. Jernigan, No. LR-76-C-184 (E.D. Ark. W.D. 1976), and also emailing of additional copy to 8th Cir. and Appellee's  Counsel | .3 |
| | Rec. from 8th Cir. of Notification of receipt of one envelope containing memorandum opinion of 8-20-1976 in Lendall case, LR-76-C-184 | .1 |
| 12-13-2016 | Email to Moore and R. Winger re oral argument in 8th Cir. and appellate panel | .2 |
| | Email from R. Winger re appellate panel | .1 |
| | Travel from Tulsa to St. Louis (Go Best Express, $45.00, Westin St. Louis hotel, $173.26, Westin SL Clark Street Grill, $24.24, American Airlines, $258.18) | 3.9* |
| | Rev. of file, cases, and prep. for oral argument | 1.0 |
| 12-14-2016 | Attendance at oral argument in 8th Cir. before Judges Wollman, Smith, and Benton, and conf. w/ A.J. Kelly | 1.5 |
| | Travel from St. Louis to Tulsa | 4.5* |
| | Email from Moore re oral argument (.1) | N/C |
| 12-15-2016 | Rev. & reorganization of file, briefs, and pleadings (.8) | N/C |
| 4-25-2017 | Email from Moore (.1) | N/C |

| | | |
|---|---|---|
| | Email to Moore (.1) | N/C |
| 4-26-2017 | Rec. & rev. of Opinion from 8th Cir. | .5 |
| | Rec. & rev. of Judgment of 8th Cir. affirming in part, reversing in part, and remanding to Dist. Ct. | .1 |
| | Rec. & rev. of ltr. from 8th Cir. re opinion and appellate rules | .1 |
| | Email of 8th Circuit decision to Moore and R. Winger (.2) | N/C |
| | Rec. & rev. of email from Richard Winger re decision of 8th Circuit (.1) | N/C |
| | Rec. & rev. of email from Moore re 8th Circuit decision, remand (2) (.2) | N/C |
| 4-27-2017 | TC w/ R. Winger (.1) | N/C |
| 4-28-2017 | Email to Moore (.1) | N/C |
| | Email from Moore (.1) | N/C |
| 4-29-2017 | TC w/ Moore (4)(.3) | N/C |
| | Rev of file as to issues on remand and trial | 2.5 |
| 5-2-2017 | Rec. & rev. of email from Moore re remand | .1 |
| | Email to A.J. Kelly re TC as to remand to District Court by 8th Cir. decision | .1 |
| 5-3-2017 | Email from Kelly | .1 |
| | TC w/ A.J. Kelly | .2 |
| 5-10-2017 | Prep. & filing of Bill of Costs w/ 8th Cir. (.6) | N/C |
| | Prep. & filing of Certificate of Compliance with 8th Circuit (.3) | N/C |
| 5-16-2017 | Rec. & rev. of Secretary of State Martin's objection to taxation of costs and supporting Memorandum Brief (.4) | N/C |

| Date | Description | Hours |
|---|---|---|
| 5-17-2017 | Rec. & rev. of Judgment & Mandate from 8th Cir. | .1 |
| 5-22-2017 | Email to A.J. Kelly re proposed TC | .1 |
| 5-23-2017 | Rec. & rev. of Order Denying Motion for Bill of Costs from 8th Cir. (.1) | N/C |
| 5-25-2017 | TC w/ A.J. Kelly re remand and court phone conf. | .2 |
| 6-7-2017 | TC w/ Kacie Glenn voicemail, courtroom deputy to Judge Moody (.1) | N/C |
| 6-8-2017 | Email from Kacie Glenn re TC w/ Judge | .1 |
| | Email to Kacie Glenn re TC w/ Mr. Kelly, proposed TC w/ court, scheduling deadlines, agreed stipulations, mutually agreeable trial date, and length of trial | .1 |
| | Email from Kacie Glenn re alternative of Agreed proposed scheduling order and approximate date for trial (.1) | N/C |
| 6-12-2017 | Email from Kelly re review for potential filing for Petition for Writ of Certiorari to U.S. Supreme Court | .1 |
| 6-27-2017 | TC w/ Kelly re mandate recall | .1 |
| | Email from Kelly re mandate recall pending filing of Petition for Writ of Certiorari | .1 |
| 6-28-2017 | Email to Kelly re no objection to stay until July 25, 2017 | .1 |
| 6-30-2017 | Rec. & rev. of Notice of Appearance of Counsel for Andres F. Rhodes in 8th Cir. | .1 |
| 7-3-2017 | Rec and rev of Defendant's Motion to Vacate and Stay Mandate pending filing a Petition for Writ of Certiorari | .3 |
| 7-10-2017 | Prep and filing of Moore's Response to Appellee's Motion to Stay, etc. | 1.0 |

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**          P a g e | **24**

| | | |
|---|---|---|
| 7-11-2017 | Rec. & rev. of 8th Cir. order denying<br>Motion to Recall Mandate | .1 |
| 7-25-2017 | Rec. & rev. of Petition for a Writ of Certiorari | 1.8 |
| | Email of Petition for Writ of Certiorari to Moore<br>and Richard Winger (.2) | N/C |
| | Email from Richard Winger re Petition for<br>Cert. (.1) | N/C |
| | Emails from Moore re Petition for Cert. (2)(.2) | N/C |
| 7-27-2017 | Email to Kelly re Petition for Certiorari | .1 |
| 8-1-2017 | Rec. & rev. of ltr from Sup. Ct. Clerk informing<br>of Petition for a Writ of Certiorari being filed<br>on July 25, 2017 | .1 |
| 8-3-2017 | Email from Andy Cockle re printing of Sup.<br>Ct. Brief | .1 |
| 8-7-2017 | Rec of email and PDF from Kelly | .2 |
| | Rec and rev of fax ltr from Kelly re Petition<br>for Cert and Waiver for Supreme Court | .1 |
| 8-9-2017 | Rec and rev of ltr from A.J. Kelly re Petition for<br>Writ of Certiorari, Supreme Court docket number,<br>notification form, and due date of brief in<br>opposition | .1 |
| | Leg. res. re certiorari and cases | 1.5 |
| 8-10-2017 | Rec. & rev. of notice ltr from 8th Cir. informing<br>of filing of certiorari with U.S. Supreme Court | .1 |
| 8-24-2017 | Leg. res. and prep. of Brief in Opposition<br>to Pet. for Writ of Cert. | 2.8 |
| 8-28-2017 | TC w/ Andy Cockle re Sup. Ct. Brief | .1 |
| 8-29-2017 | Revision of Brief of Respondent Moore in<br>opposition to Petition for Cert | 1.1 |

|  |  |  |
|---|---|---|
|  | Email to Cockle Printing of revisions | .1 |
|  | Review of revisions from Cockle Printing | .2 |
| 8-30-2017 | TC w/ Cockle Printing re distribution and filing of Brief w/ Supreme Court | .2 |
| 9-5-2017 | Prep and mlg of ltr to Moore w/ 3 copies of Brief in Opposition to Martin's Petition for Writ of Certiorari (Cockle Legal Briefs, $743.62) | .2 |
| 9-6-2017 | Prep of ltr and mlg of Brief of Respondent to Moore (.4) | N/C |
| 9-13-2017 | Rec and rev of Martin's Reply in Support of Petition for Writ of Certiorari | .5 |
| 10-10-2017 | TC Notification from Richard Winger re denial of Petition for Writ of Certiorari by U.S. Sup. Ct. (.1) | N/C |
|  | Check Sup. Ct. docket re decision | .3 |
| 10-13-2017 | Email to Kacie Glenn re denial by U.S. Supreme Ct. of Petition for Writ of Certiorari and reference to emails of 6-8-2017 re setting of trial and scheduling order | .1 |
| 10-16-2017 | Rec. of ltr. from 8th Cir. clerk re denial by U.S. Sup. Ct. of Petition for Writ of Certiorari (.1) | N/C |
|  | Email from Kacie Glenn re proposed trial dates | .1 |
|  | TC w/ Moore re trial, testimony, and exhibits | .3 |
|  | Email to Kacie Glenn re availability for trial dates and opinion as to length of trial | .1 |
| 10-17-2017 | Email to Moore re trial setting | .1 |
|  | Rec. & rev. of interrogatories and requests for production from Defendant SOS to Moore | .4 |

|  |  |  |
|---|---|---|
|  | Email to Moore, Jeff Rosenzweig, and Richard Winger re interrogatories and requests for production from Defendant, copies transmitted, trial setting, and law of the case principle | .3 |
|  | Email from A.J. Kelly re proposed scheduling order and Michael Fincher as co-counsel for Defendant SOS | .1 |
|  | Email to A.J. Kelly, etc. re proposed scheduling order and law of the case doctrine | .1 |
| 10-18-2017 | Prep., faxing, and emailing of Plaintiff's interrogatories and requests for production to Kelly and Fincher | .9 |
|  | Email to Moore, Winger, and Rosenzweig of our discovery | .2 |
|  | Email from Moore re our discovery | .1 |
| 10-30-2017 | Rec. & rev. of final scheduling order from K. Glenn | .1 |
| 11-10-2017 | Rec. & rev. of email from Moore re graphic representation of periods for petition validation | .2 |
| 11-11-2017 | Email from Moore re cure period, initial validation, and the election dates re chart | .1 |
|  | TC w/ Moore re discovery and trial | .7 |
| 11-14-2017 | TC w/ Moore re discovery | .2 |
| 11-15-2017 | Email from Stacy Hatfield, law clerk to Judge Moody, re previous material in the record and new information proposed to be covered at trial and need to file a new pretrial disclosure sheet and update as to estimated length of trial | .1 |
|  | Email to Moore re case status | .1 |
|  | TC w/ Moore re discovery | .4 |
|  | Legal research re law of the case doctrine and application to remand | 2.5 |

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**        P a g e | **27**

|  |  |  |
|--|--|--|
|  | Email from Moore re revision of discovery responses | .2 |
|  | Revision of Moore's response to Defendant's interrogatories and request for production of documents and email to Moore | .7 |
| 11-16-2017 | Prep, mlg, and email w/o PDR to Kelly and Fincher of discovery response to Defendant's interrogatory and requests for production of documents (PDR/flash drive, $7.60) | .6 |
|  | Email from Kelly re discovery and problem with part one | .1 |
| 11-17-2017 | TC w/ Kelly's office | .1 |
|  | Email to Kelly of part 1 of disc | .2 |
|  | Email to Moore and Winger of Defendant's Responses to Interrogatories and Requests for Production | .2 |
| 11-20-2017 | Rec & rev of FedEx of Defendant's Response to Plaintiff's Interrogatories and Request for Production of Documents | .8 |
|  | Email to Moore and Winger of Defendant's Interrogatory Responses | .2 |
| 11-29-2017 | Prep. of Moore's pretrial disclosure sheet | .8 |
| 12-1-2017 | TC w/ A.J. Kelly | .1 |
|  | Prep and filing of Moore's pretrial disclosure sheet | .8 |
|  | Prep. & emailing to Judge Moody, Kelly, Fincher, and Rosenzweig of Moore's trial Brief | 2.1 |
|  | Prep. & emailing to Judge Moody, Kelly, Fincher, and Rosenzweig of Moore's proposed findings of fact and conclusions of law | 1.2 |
| 12-2-2017 | Rev of Defendant's pretrial Brief emailed on 12-1-2017 | .4 |

|  | Rev of Defendant's Proposed Findings of Fact and Conclusions of Law emailed on 12-1-2017 | .4 |
|---|---|---|
| 12-5-2017 | Rev. of Defendant's pretrial disclosure sheet | .5 |
| 12-6-2017 | Rev. of Defendant's pretrial sheet received on 12-5-2017, around 10:00 p.m. | .5 |
|  | Rec. of Defendant's filed pretrial disclosure sheet (.2) | N/C |
|  | Email of Defendant's pretrial sheet to Moore and Winger (.2) | N/C |
|  | Email to A.J. Kelly re lateness of filing, no objection by Moore, and stipulations | .1 |
|  | Email from A.J. Kelly re filing | .1 |
| 12-7-2017 | Emails from A.J. Kelly re proposed stipulations (3) | .2 |
|  | Prep. of proposed Joint Stipulations of Fact and email to A.J. Kelly of proposals | .6 |
|  | Rec. & rev. of Defendant's proposed election law dates for 2018 | .1 |
|  | Rec. & rev. of email from A.J. Kelly of proposed stipulations | .2 |
|  | Email to A.J. Kelly re agreements and disagreements as to Joint Stipulations | .2 |
|  | Prep. of Joint Stipulations of Fact and email filing with District Court | .4 |
| 12-8-2017 | Email from Kelly of supplements to disclosures and discovery | .2 |
| 12-9-2017 | Rev. of email of 12-8-2017 from A.J. Kelly Briefs, proposed findings and conclusions, supplementing of disclosures, and discovery production | .1 |
|  | Email from Kelly re 2017 Acts (6) | .8 |

**Mark Moore, et al. v. Mark Martin, Secretary of State for State of Arkansas**     P a g e | **29**

|            |                                                                                                                                                                        |      |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            | Rev. of file, pleadings, transcript of 7-27-2015, Briefs, proposals, etc.                                                                                              | 2.2  |
| 12-10-2017 | Rev. of emails of 12-9-2017 from A.J. Kelly re copies of 2017 Acts identified by SOS as part of discovery responses, Act 1185 of 2011, and supplemental disclosures, Act 591 of 1989, Acts from 2013, and 2015, etc. (5) | .7   |
| 12-11-2017 | TC w/ Kacie Glenn re trial status                                                                                                                                      | .1   |
|            | Prep of Exhibit and Witness List                                                                                                                                       | .4   |
|            | Prep of file, exhibits, and prep for trial                                                                                                                             | 2.0  |
|            | Email to A.J. Kelly re downloading of Saturday's emails, proposed chart and stipulation, other exhibits and possible objections, and case status                        | .2   |
|            | TC w/ Moore re trial and testimony                                                                                                                                     | .2   |
|            | Travel from Tulsa to Little Rock, Arkansas (LaQuinta Inn, $77.05)                                                                                                       | 4.1* |
|            | Rev. of exhibits and pleadings and preparation for trial                                                                                                               | 1.0  |
| 12-12-2017 | TC w/ Jeff Rosenzweig re trial                                                                                                                                         | .1   |
|            | Pretrial confs. w/ Mark Moore, Jeff Rosenzweig, and A.J. Kelly                                                                                                         | .5   |
|            | Mid-conf. w/ Moore during trial recess                                                                                                                                 | .3   |
|            | Attendance at bench trial before Judge Moody, confs. w/ Moore, A.J. Kelly, Jeff Rosenzweig, etc.                                                                        | 4.6  |
|            | Post-trial confs. w/ Moore                                                                                                                                             | .3   |
|            | Travel from Little Rock to Tulsa                                                                                                                                        | 4.0* |
| 12-13-2017 | Rec. & rev. of Defendant's Supplemental Citations of Authority from A.J. Kelly                                                                                         | .1   |

|            | Rec. & rev. of filed Defendant's Pretrial Brief and Proposed Findings of Fact and Conclusions of Law | .2 |
|---|---|---|
| 12-15-2017 | Email from Stacy Hatfield re Judge Moody's decision | .1 |
|            | Emails to Moore and Winger re decision (2)(.2) | N/C |
| 1-12-2018  | TC w/ Moore re pending court decision | .3 |
| 1-16-2018  | TC w/ Kacie Glenn re inquiry as to when to expect court's formal decision (.1) | N/C |
| 1-18-2018  | TC w/ Stacy Hatfield re inquiry as to when to expect Court's formal decision (.1) | N/C |
| 1-25-2018  | TC w/ Moore re case status (.1) | N/C |
|            | Rec. & rev. of Order and Judgment of Court's decision | .3 |
|            | Mtg. w/ Moore in Tulsa and delivery of decision of Court | .5 |
|            | Email to Moore and R. Winger of decision (.2) | N/C |
| 1-27-2018  | Email from Moore re dates for petitioning (.1) | N/C |
|            | Email to Moore re dates for petitioning (.2) | N/C |
| 1-30-2018  | Email to Jeff Rosenzweig and Moore re case status | .1 |
|            | Email from Jeff Rosenzweig re case status (.1) | N/C |
| 1-31-2018  | Email from Jeff Rosenzweig re attorney fees, motion and affidavits | .1 |
|            | Email to Jeff Rosenzweig re attorney fees, motion and affidavits | .2 |
|            | Rec. & rev. of Amended Order of Court's decision | .1 |
| 2-2-2018   | TC w/ court clerk, E.D. Ark. (.1) | N/C |

|  |  |  |
|---|---|---|
| | Rev. of file, costs and expenses, and time records (1.8) | N/C |
| | Prep. and filing of Plaintiff's Bill of Costs with Exhibits and Plaintiff's Memorandum Brief in Support of their Verified Bill of Costs | .9 |
| | Email to Jeff Rosenzweig (.1) | N/C |
| 2-5-2018 | Prep. of Plaintiff Moore's Motion to Set Amount of Reasonable Attorney's Fees, Affidavit of James C. Linger with Exhibits, and Plaintiff's Memorandum Brief in Support Thereof | 1.6 |
| | TC w/ Jeff Rosenzweig (.1) | N/C |
| 2-6-2018 | Rec. & rev. of Affidavit and Time Sheet from Jeff Rosenzweig (.4) | N/C |
| | Email to Jeff Rosenzweig (3)(.2) | N/C |
| 2-7-2018 | Revision and filing of Plaintiff Moore's Motion for Reasonable Attorney's Fees, with Attached Exhibits, and Plaintiff Moore's Memorandum Brief in Support of his Motion to Set Amount of Reasonable Attorney's fees with Affidavits | .5 |

Total Attorney Hours for James C. Linger     199.7
Less Total No Charge Attorney Hours          - 25.2

Net Attorney Hours @$150.00/hr.   8.8**         $ 1,320.00**
Net Attorney Hours @$250.00/hr.  24.2*          $ 6,050.00*
Net Attorney Hours @$300.00/hr. 141.5           $42,450.00
Total Chargeable Attorney Fees                  $49,820.00

Costs:
2/5/2014 Certificate of Good Standing
    from Court Clerk ND Oklahoma          $ 18.00
2/5/2014 Fed-Ex to Jeff Rosenzweig        $ 29.10
8/30/2017 Cockle Legal Briefs             $743.62
7/26-27/2015 LaQuinta Inn, Little Rock    $ 96.05
12/11-12/2017 LaQuinta Inn, Little Rock   $ 77.05
              Total Non-Taxable Costs              $   963.82

Total Chargeable Attorney's Fees and Non-Taxable Costs  $50,783.82