IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| MARK MOORE, et al.,<br>...Plaintiffs,<br><br>v.<br><br>MARK MARTIN, in his official<br>capacity as Secretary of State<br>for the State of Arkansas,<br>...Defendant. | Case No. 4:14-CV-65-JM |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "5"

# NON-TAXABLE COSTS AND EXPENSES

# OF JAMES C. LINGER

```
Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK023348
Cashier ID: scope
Transaction Date: 02/05/2014
Payer Name: JAMES CARTER LINGER
---------------------------------
CERTIFICATE OF GOOD STANDING
 For: JAMES CARTER LINGER
 Amount:        $18.00
---------------------------------
CHECK
 Remitter: JAMES C. LINGER
 Check/Money Order Num: 1499
 Amt Tendered: $18.00
---------------------------------
Total Due:      $18.00
Total Tendered: $18.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. a $53 fee will be charged for a returned check."





# FedEx Office

2828 E 11TH ST
Tulsa, OK 74104

Location:      TULKK
Device ID:     TULKK-POS1
Employee:      2279048
Transaction:   830107709113

PRIORITY OVERNIGHT
864356525159    0.35 lb (S)      29.10

Scheduled Delivery Date 02/06/2014

Shipment subtotal:    29.10

Total Due:    29.10

Check:    29.10
1502

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

February 5, 2014 6:20:24 PM

# FedEx US Airbill

Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT NUMBER ONLY
FedEx Tracking Number: 8643 5652 5159

## 1 From
Date: ___
Sender's Name: James C. Linger
Phone: (918) 585-2797
Company: Attorney At Law
Address: 1710 S. Boston Ave.
City: Tulsa   State: OK   ZIP: 74119-4810

## 2 Your Internal Billing Reference
OPTIONAL

## 3 To
Recipient's Name: Jeff Rosenzweig
Phone: (501) 372-5247
Company: Attorney At Law
Address: 300 Spring Street, Suite 310
City: Little Rock   State: Ark.   ZIP: 72201

## 4a Express Package Service
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

## 7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

## 8 Residential Delivery Signature Options
- [x] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Form No. 0200
520

# Cockle Legal Briefs

2311 Douglas Street
Omaha, NE 68102
(800) 225-6964
(402) 342-4850 **FAX**
Website: cocklelegalbriefs.com
E-Mail: contact@cocklelegalbriefs.com

# Invoice

Customer No.: LINGER
Invoice No.: 44187

Bill To: **JAMES LINGER**
1710 S BOSTON AVE
TULSA, OK 74119-4810

Ship To: **JAMES LINGER**
918.585.2797

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 08/30/17 | UPS Ground | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 35137 | 08/30/17 | | 44219 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | LAW BRIEFS | 50 COPIES; #17--156; MARTIN v. MOORE<br>BRIEF IN OPPOSITION | 570.20 | 570.20 |

|  |  |
|---|---|
| Invoice subtotal | 570.20 |
| Proofs & Postage | 173.42 |
| Invoice total | 743.62 |
| Less payments received | 743.62 |
| Net balance due | 0.00 |

Thank You   -   Federal Tax ID #47-0533063



LA QUINTA INN & SUITES LITTLE ROCK DOWNTOWN
617 SOUTH BROADWAY
LITTLE ROCK, AR 72201
(501) 374-9000

Linger, James  
1230 s owasso ave  
TULSA, OK 74120  
Company: L

Folio#: 2010419664  
Room: 908  
Arrival: 07/26/15  
Departure: 07/27/15  
Returns Club No :  
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 541786 | 7/26/2015 | Rm: 908 BAR - Best Available Rate | $85.00 | $0.00 | $85.00 |
| 541787 | 7/26/2015 | TAX - OCCUPANCY - CITY | $1.70 | $0.00 | $86.70 |
| 541788 | 7/26/2015 | TAX - OCCUPANCY - STATE | $9.35 | $0.00 | $96.05 |
| 541868 | 7/27/2015 | CC PMT - MASTER CARD ... 4779 | $0.00 | $96.05 | $0.00 |
|  |  |  |  | Balance: | $0.00 |

Signature:

THANK YOU  
WE APPRECIATE YOUR BUSINESS



LA QUINTA INN & SUITES LITTLE ROCK DOWNTOWN
617 SOUTH BROADWAY
LITTLE ROCK, AR 72201
(501) 374-9000

**LINGER, JAMES**  
**1230 S OWASSO AVE**  
**TULSA, OK 74120-5014**  
Company: L

Folio#: 2010536104  
Room: 1015  
Arrival: 12/11/17  
Departure: 12/12/17  
Returns Club No : xxxx8202  
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 2003374 | 12/11/2017 | Rm: 1015 BAR - Best Available Rate | $67.00 | $0.00 | $67.00 |
| 2003375 | 12/11/2017 | TAX - OCCUPANCY - CITY | $2.68 | $0.00 | $69.68 |
| 2003376 | 12/11/2017 | TAX - OCCUPANCY - STATE | $7.37 | $0.00 | $77.05 |
| 2003714 | 12/12/2017 | CC PMT - VISA  ... 0051 | $0.00 | $77.05 | $0.00 |
|  |  |  |  | **Balance:** | **$0.00** |

Signature:

THANK YOU  
WE APPRECIATE YOUR BUSINESS