

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 08 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

MARK MOORE                                                               PLAINTIFF

VS.                                   NO. 4:14-CV-65-JM

HONORABLE MARK MARTIN
in his official capacity as
Arkansas Secretary of State                                              DEFENDANT

### DEFENDANT'S OBJECTION TO PLAINTIFF'S BILL OF COSTS

**COMES NOW**, Defendant, Honorable Mark Martin, ("Defendant Secretary"), in his official capacity as Arkansas Secretary of State, for his Objection to Plaintiff's Bill of Costs, and respectfully requests this Court sustain his objections to Plaintiff's costs under 28 U.S.C. § 1920. In support of his Objection, Defendant Secretary states the following:

1. That Plaintiff's Counsel submitted their Bill of Costs to the Court on February 2, 2018.

2. That Plaintiff improperly requested reimbursement of the cost of the July 2015 hearing transcript that was used in the previous appeal, but was not used at the December 2018 trial on the merits as an exhibit.

3. That the Eighth Circuit denied costs on appeal on May 23, 2017. Exhibit A, attached hereto.

4. That Plaintiff additionally seeks reimbursement of *pro hac vice* fees to the Clerk, contrary to law (but currently in accordance with Eighth Circuit precedent).

5. That while the Eighth Circuit has previously granted requests for *pro hac vice* filing fees as taxable costs, the majority of courts deciding the issue hold that 28 U.S.C. § 1920 does not specifically allow for those costs, and so they must be denied.

6. That Defendant Secretary asks for such additional relief to which he is entitled, under the circumstances.

**WHEREFORE**, premises considered, Defendant Secretary prays that the Court grant Defendant the relief he seeks herein: that the Court deny Plaintiff's request to recover the cost of the July 2015 transcript; that the Court deny Plaintiff's request to recover the cost of the *pro hac vice* filing fee; and that the Court grant Defendant Secretary such additional relief to which he may be entitled to under the circumstances.

Respectfully submitted this 8th day of February, 2018.

> HONORABLE MARK MARTIN
> ARKANSAS SECRETARY OF STATE
> In his Official Capacity, Defendant
>
> By: _____
> A.J. Kelly
> General Counsel and
> Deputy Secretary of State
> PO Box 251570
> Little Rock, AR  72225-1570
> (501) 682-3401
> Fax: (501) 682-1213
> kellylawfedecf@aol.com

*Attorney for Defendant*
*Arkansas Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of February, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), to the following:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810
Fax: (918) 583-8283

Jeff Rosenzweig
300 Spring Street, Suite 310
Little Rock, AR 72201
Fax: (501) 376-0770

_____
AJ Kelly

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3558

Mark Moore

Appellant

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

---

## ORDER

The appellant's motion for costs is denied. The parties are to bear their own costs.

May 23, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

Ex. A.