IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MOORE, et al., | Plaintiffs, | ) |
| | | ) |
| v. | | ) Case No. 4:14-CV-65-JM |
| | | ) |
| MARK MARTIN, in his official capacity as | | ) |
| Arkansas Secretary of State, | Defendant. | ) |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "7"

# ORDER OF EIGHTH CIRCUIT DENYING APPELLEE'S MOTION TO RECALL MANDATE

## Law Office

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 11, 2017 4:04 PM |
| **To:** | bostonbarristers@tulsacoxmail.com |
| **Subject:** | 15-3558 Mark Moore, et al v. Mark Martin "Judge Order Filed denying to recall the mandate" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/11/2017

**Case Name:** Mark Moore, et al v. Mark Martin
**Case Number:** 15-3558
**Document(s):** Document(s)

**Docket Text:**
JUDGE ORDER:Denying [4553512-2] motion to recall the mandate filed by Mr. Andres Fernando Rhodes.. Hrg Dec 2016 [4556097] [15-3558] (MDS)

**Notice will be electronically mailed to:**

Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Andres Fernando Rhodes, Associate General Counsel: andres.rhodes.law@gmail.com
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, jeffrosenzweig@sbcglobal.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/MichaelShay_153558_4556097_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/11/2017] [FileNumber=4556097-0]
[5cf3c5440dd7eeef6faa75edbfb692a75c0b8708e9871d506ee484e1852d6ebfdd42e5cf295788b76aee8c34fb6545
b4e54fac2156e00ec78e2b29225255ebd0]]
**Recipients:**

1

- Mr. AJ Kelly
- Mr. James Carter Linger
- Mr. Andres Fernando Rhodes, Associate General Counsel
- Mr. Jeffrey M. Rosenzweig

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3558

Mark Moore

Appellant

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

---

**ORDER**

The motion to recall the mandate is denied.

July 11, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans