IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, et al.,            Plaintiffs,   )
                                              )
v.                                            )   Case No. 4:14-CV-65-JM
                                              )
MARK MARTIN, in his official capacity as      )
Arkansas Secretary of State,    Defendant.    )

ATTACHMENT

PLAINTIFF MOORE'S EXHIBIT "8"

ORDER OF EIGHTH CIRCUIT OF
DECEMBER 29, 2017,
GRANTING APPELLEES' MOTIONS
FOR COSTS AND ATTORNEY FEES
ON APPEAL AND DENYING
APPELLANT'S MOTION TO STAY
THE MANDATE IN THE CASE OF
LIBERTARIAN PARTY OF ARKANSAS, ET AL.,
APPELLEES V. MARK MARTIN, APPELLANT



**16-3794 Libertarian Party of Arkansas, et al v. Mark Martin "Judge Order Filed granting for attorney fees" (4:15-cv-00635-JM)**
ca08ml_cmecf_Notify  to:
12/29/2017 09:31 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/29/2017

**Case Name:** Libertarian Party of Arkansas, et al v. Mark Martin

**Case Number:** 16-3794

**Document(s):** Document(s)

**Docket Text:**
JUDGE ORDER:Granting [4610883-2] motion for attorney fees filed by Mr. James Carter Linger. Amount of fees granted $14,040; Granting [4609232-2] motion for bill of cost filed by Mr. James Carter Linger. Amount of costs granted $166.22; Denying [4611647-2] motion to stay the mandate filed by Mr. AJ Kelly. Hrg Sep 2017 [4615036] [16-3794] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Andres Fernando Rhodes: andres.rhodes.law@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:**
/opt/ACECF/live/forms/SusanDuenow_163794_4615036_RecoverCosts_214.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/29/2017] [FileNumber=4615036-0]
[303c3d0426b411b1fca6594bd37bef1db6d004d7d85f863d3932e4f8e83bd97cfa70be58f2421691
e44709a1b04be4b4b712e78a6d277f24544122e2de70cf1b]]

**Recipients:**
- Mr. Michael Fincher
- Mr. AJ Kelly
- Mr. James Carter Linger
- Mr. Jim McCormack, Clerk of Court
- Mr. Andres Fernando Rhodes

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4615036
**RELIEF(S) DOCKETED:**
  for attorney fees
  for bill of cost
  to stay mandate
**DOCKET PART(S) ADDED:** 5958788, 5950321, 5947106, 5951925, 5958789

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3794

Libertarian Party of Arkansas, et al.

Appellees

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00635-JM)

---

### ORDER

The Appellees' motions for costs and attorney fees are granted. Appellees shall recover from the appellant the sum of $166.22 (one hundred sixty-six dollars and twenty-two cents) as taxable costs on appeal and the sum of $14,040.00 (fourteen thousand forty dollars) for attorney fees.

Appellant's motion to stay the mandate is denied.

December 29, 2017

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit

---

/s/ Michael E. Gans