IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MOORE, et al., | Plaintiffs, | ) |
| | | ) |
| v. | | ) Case No. 4:14-CV-65-JM |
| | | ) |
| MARK MARTIN, in his official capacity as | | ) |
| Arkansas Secretary of State, | Defendant. | ) |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "9"

# BILL OF COSTS OF APPELLANT MOORE ON APPEAL FOR PRINTING AND BINDING COSTS FOR APPELLANT'S OPENING BRIEF AND ADDENDUM, THE JOINT APPENDIX, AND APPELLANT'S REPLY BRIEF

## Law Office

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, May 10, 2017 2:07 PM |
| **To:** | bostonbarristers@tulsacoxmail.com |
| **Subject:** | 15-3558 Mark Moore, et al v. Mark Martin "Motion filed for bill of cost" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

<strong>Eighth Circuit Court of Appeals</strong>

**Notice of Docket Activity**

The following transaction was filed on 05/10/2017

**Case Name:**     Mark Moore, et al v. Mark Martin
**Case Number:**   15-3558
**Document(s):**   Document(s)


**Docket Text:**
MOTION for bill of costs in the amount of 365.83, filed by Attorney Mr. James Carter Linger for Appellant Mark Moore w/service 05/10/2017. [4534877] [15-3558] (JCL)

**Notice will be electronically mailed to:**

Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, jeffrosenzweig@sbcglobal.net, leejoshr@gmail.com, smwbraden@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** Bill of Costs of Appellant Moore
**Original Filename:** Bill of Costs of Appellant Moore 5_10_2017.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/10/2017] [FileNumber=4534877-0]
[165af8fe3b29f21c415cef7ee3987f0588bafb7eaae2fa664ba38ce1b43a79b79e5f31bdba4ef801182e93eba8b0de1
ec4addc83f999cdf2043760240bf657b2]]

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/10/2017

**Case Name:** Mark Moore, et al v. Mark Martin
**Case Number:** 15-3558
**Document(s):** Document(s)

**Docket Text:**
MOTION for bill of costs in the amount of 365.83, filed by Attorney Mr. James Carter Linger for Appellant Mark Moore w/service 05/10/2017. [4534877] [15-3558] (JCL)

**Notice will be electronically mailed to:**

Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, jeffrosenzweig@sbcglobal.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Bill of Costs of Appellant Moore
**Original Filename:** Bill of Costs of Appellant Moore 5_10_2017.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/10/2017] [FileNumber=4534877-0]
[165af8fe3b29f21c415cef7ee3987f0588bafb7eaae2fa664ba38ce1b43a79b79e5f31bdba4ef801182e93eba8b0de1ec4addc83f999cdf2043760240bf657b2]]

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Mark Moore,   Plaintiff-Appellant,<br><br>Michael Harrod, William Chris Johnson,<br>                      Plaintiffs,<br><br>v.<br><br>Mark Martin, in his official capacity as<br>Secretary of State for the State of Arkansas,<br>                      Defendant-Appellee. | Case No. <u>15-3558</u> |

## BILL OF COSTS OF APPELLANT MOORE

To Michael E. Gans, Clerk of the United States Court of Appeals for the Eighth Circuit:

Pursuant to Rule 39(a)(4) and (d) of the Federal Rules of Appellate Procedure and 8th Cir. R. 39A, the undersigned, counsel for Mark Moore, the above-named Appellant and the partially successful party on appeal, herein submits an itemized and verified bill of costs, to be taxed against Mark Martin, Secretary of State for the State of Arkansas, the above-named Appellee, in this Court, and to be inserted in the mandate.

The undersigned, being first duly sworn, says that the following costs were incurred by the aforesaid Appellant on appeal herein:

1. Printing of Appellant's Opening Brief and Addendum        $104.42
(12 copies of Brief and Addendum—62 pages per copy—composed of 10 copies for the Court of Appeals, 1 copy for the counsel for Appellee, and 1 copy for the counsel for Appellant for a total of 744 pages (682 pages at 9 cents per page for $61.38 and 62 pages at 15 cents per page for $9.30) for a total of $70.68; 12 cover pages at 15 cents per

        page for a total of $1.80; binding of Brief and
Addendum for 12 Briefs and Addendums at $2.00
per binding for a total of $24.00; and $7.94 in sales tax).

2. Printing of Joint Appendix (5 copies of Joint         $198.67
Appendix—341 pages per copy—composed of
3 copies for the Court of Appeals, 1 copy for the
Counsel for Appellee, and 1 copy for the Counsel for
Appellant for a total of 1,705 pages (1,364 pages at 9
cents per page for $122.76 and 341 pages at 15 cents
per page for $51.15) for a total of $173.91; 5 cover pages
at 15 cents per page for a total of $.75; binding of Joint
Appendix composed of 5 Appendices at $2.00 per
binding for a total of $10.00; and $12.01 in sales tax).

3. Printing of Appellant's Reply Brief         $ 62.74
(12 copies of Brief--25 pages per copy--
composed of 10 for the Court of Appeals,
1 copy for the counsel for Appellee, and 1 copy
for the counsel for Appellant for a total of 300 pages
at 9 cents per page for a total of $27.00; 12 cover
pages at 15 cents per page for a total of $1.80;
binding of Brief for 12 Briefs at $2.00 per binding
for a total of $24.00; and $7.94 in sales tax).

        Total Bill of Costs on Appeal:         $365.83

Attached hereto as Exhibit "A" is a copy of the printing bills with Litgistix which is marked Exhibit "A" and made a part of this Bill of Costs of Appellant as though fully set forth herein. Items 1 and 2 above are higher and item 3 above is lower than amounts in Exhibit "A" because of differences in charges by Litgistix (both less as to pages and more as to bindings) from the amounts allowed pursuant to 8th Cir. R. 39A(a)(4)--although Appellant uses the 9 cents charged by Litgistix for pages printed by Litgistix rather than the 15 cents allowed by 8th Cir. R. 39A(a)(4), but does use the 15 cents per page allowed by 8th Cir. R. 39A(a)(4) for the one copy of Appellant's Opening Brief and

2

Addendum and the one copy of the Joint Appendix printed in-house from the copy machine at the office of Appellant's counsel.

Dated this 10th day of May, 2017.

        s/James C. Linger
        James C. Linger, OBA#5441
        *Counsel for Appellant Moore*
        1710 South Boston Avenue
        Tulsa, Oklahoma 74119-4810
        (918) 585-2797 Telephone
        (918) 583-8283 Facsimile
        bostonbarristers@tulsacoxmail.com

## VERIFICATION

STATE OF OKLAHOMA )
                          ) ss.
COUNTY OF TULSA    )

James C. Linger, being first duly sworn, says that he is the attorney for the Appellant Moore, that the items in the foregoing Bill of Costs of Appellant Moore are true and correct of his own knowledge and belief, and that he has actually and necessarily performed the services for which such costs have been charged.

        s/James C. Linger
        James C. Linger

SUBSCRIBED and sworn to before me this 10th day of May, 2017.

        Vickie L. Caudle
        Notary Public

Commission (and Expiration):

(SEAL) VICKIE L. CAUDLE
Notary Public
State of Oklahoma
Commission # 03012535 Expires 10/06/19

3

## CERTIFICATE OF COMPLIANCE

The electronic version of this *Bill of Costs of Appellant Moore* has been scanned for viruses and is virus-free.

s/ James C. Linger
James C. Linger

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2017, a true and correct copy of the above and foregoing *Bill of Costs of Appellant Moore* was served upon counsel of record via the CM/ECF filing system:

A.J. Kelly
General Counsel and Deputy Secretary of State
Little Rock, Arkansas
*kellylawfedecf@aol.com*
Counsel for Defendant-Appellee

s/James C. Linger
James C. Linger

4

EXHIBIT "A"

Appellant's Opening Brief and Addendum

```
..........................
      LITGISTIX LLC
      5 EAST 5TH ST
     TULSA OK  74103
      918-585-1131


         C O P Y
   01/08/2016  18:48:34
   S a l e :

   Transaction #         4
   Card Type:   MasterCard
   Acc:    ************
   Entry:            Manual
   Invoice #           6249
   Total:          101.12

   Device ID:          5525
   Reference No.:
              MPLHCTYAW0108

   Auth.Code:        046192
   Respon. AUTH/TKT  046192
   CVV2 Resp.:
          Unknown CVV2 Code:

   Merchant number ***29492


         CUSTOMER COPY
```

Joint Appendix

```
..........................
      LITGISTIX LLC
      5 EAST 5TH ST
     TULSA OK  74103
      918-585-1131


         C O P Y
   12/29/2015  18:26:05
   S a l e :

   Transaction #         2
   Card Type:          VISA
   Acc:    ************
   Entry:            Manual
   Invoice #           6234
   Total:          153.02

   Device ID:          5525
   Reference No.:
          285363786247297
   Auth.Code:        00709B
   Respon. AUTH/TKT  00709B
   CVV2 Resp.:
          CVV2 matches with
               system data.
   Merchant number ***29492


         CUSTOMER COPY
```

Appellant's Reply Brief

```
..........................
      LITGISTIX LLC
      5 EAST 5TH ST
     TULSA OK  74103
      918-585-1131


         C O P Y
   03/14/2016  16:25:14
   S a l e :

   Transaction #         2
   Card Type:   MasterCard
   Acc:    ************
   Entry:            Manual
   Invoice #           6389
   Total:           66.68

   Device ID:          5525
   Reference No.:
              MPLG09WD40314

   Auth.Code:        035262
   Respon. AUTH/TKT  035262
   CVV2 Resp.:
          Unknown CVV2 Code:

   Merchant number ***29492


         CUSTOMER COPY
```