**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 22, 2018

Mr. AJ Kelly
KELLY LAW FIRM
P.O. Box 251570
Little Rock, AR 72225-1570

RE: 18-1382 Mark Moore, et al v. Mark Martin 4:14-cv-00065-JM

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Ms. Karen J Baker
Mr. Michael Fincher
Mr. James Carter Linger
Mr. Jim McCormack
Ms. Eugenie M. Power
Mr. Jeffrey M. Rosenzweig

District Court/Agency Case Number(s): 4:14-cv-00065-JM

**Caption For Case Number: 18-1382**

Mark Moore; Michael Harrod

Plaintiffs - Appellees

William C. Johnson

Plaintiff

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Defendant - Appellant

**Addresses For Case Participants: 18-1382**

Mr. AJ Kelly
KELLY LAW FIRM
P.O. Box 251570
Little Rock, AR 72225-1570

Ms. Karen J Baker
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR 72201

Mr. Michael Fincher
ARKANSAS SECRETARY OF STATE
Legal Division
State Capitol, Suite 256
500 Woodlane Street
Little Rock, AR 72201

Mr. James Carter Linger
1710 S. Boston Avenue
Tulsa, OK 74119-4824

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201-0000

Ms. Eugenie M. Power
Suite 512
600 W. Capitol Avenue
Little Rock, AR 72201-0000

Mr. Jeffrey M. Rosenzweig
Suite 310
300 Spring Building
Little Rock, AR 72201-2421



18-1382 Mark Moore, et al v. Mark Martin "CIVIL case docketed" (4:14-cv-00065-JM)
ca08ml_cmecf_Notify to: 02/22/2018 04:25 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/22/2018

| | |
|---|---|
| **Case Name:** | Mark Moore, et al v. Mark Martin |
| **Case Number:** | 18-1382 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [4632820] [18-1382] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Karen J Baker, Court Reporter: Karen_Baker@ared.uscourts.gov
Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Eugenie M. Power, Court Reporter: Eugenie_Power@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/CrystalHenderson_181382_4632820_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/22/2018] [FileNumber=4632820-0]
[3057b1100e08079aa3dfd2c2602695415786b0a9e65712b7c85b3a020c298219fc20052751a7553
9222648f32f666f3f63a86b1b235163bcc857022bed597f4a]]
**Recipients:**

- Ms. Karen J Baker, Court Reporter
- Mr. Michael Fincher
- Mr. AJ Kelly
- Mr. James Carter Linger
- Mr. Jim McCormack, Clerk of Court
- Ms. Eugenie M. Power, Court Reporter
- Mr. Jeffrey M. Rosenzweig

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4632820
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5993045, 5993046

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT

**APPEAL BRIEFING SCHEDULE ORDER**

Appeal No. 18-1382 Mark Moore, et al v. Mark Martin

Date: February 22, 2018

**APPEAL REQUIREMENTS**

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
   Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information .

**GENERAL INFORMATION**

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**APPEAL BRIEFING SCHEDULE**
**FILING DATES:**

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/03/2018**
**( Karen J Baker, Eugenie M. Power )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/13/2018**
**( Mark Martin )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/13/2018**
**( Mark Martin )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from the date the court issues the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**



18-1382 Mark Moore, et al v. Mark Martin "Civil Briefing Schedule Set" (4:14-cv-00065-JM)
ca08ml_cmecf_Notify to: 02/22/2018 04:32 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/22/2018

| | |
|---|---|
| **Case Name:** | Mark Moore, et al v. Mark Martin |
| **Case Number:** | 18-1382 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Transcript due on or before 04/03/2018. Appendix due 04/13/2018. BRIEF APPELLANT, Mark Martin due 04/13/2018
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4632827] [18-1382] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Karen J Baker, Court Reporter: Karen_Baker@ared.uscourts.gov
Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Eugenie M. Power, Court Reporter: Eugenie_Power@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**

/opt/ACECF/live/forms/CrystalHenderson_181382_4632827_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/22/2018] [FileNumber=4632827-0] [2475ea14943484e9581522c40ecdced087fc2ad5149c32d1744e7899a92434d77cd3eaab083b7cc58e359a5078a6838025d45f79f954a6d4449d348adb9ac767]]
**Recipients:**

- Ms. Karen J Baker, Court Reporter
- Mr. Michael Fincher
- Mr. AJ Kelly
- Mr. James Carter Linger
- Mr. Jim McCormack, Clerk of Court
- Ms. Eugenie M. Power, Court Reporter
- Mr. Jeffrey M. Rosenzweig

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4632827
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5993060, 5993061