(Post. 5/26/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 06 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Mark Moore, et al.
_____

v.                           Case No. 4:14-cv-00065-JM

Honorable Mark Martin
_____

### TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A. Complete one of the following:
   - ( ) A transcript is not needed for the appeal.
   - ( ) A transcript is already on file.
   - (×) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

   Defendant Secretary of State requests a transcript of the December 12, 2017 Bench Trial for the Mark Moore, et al. v. Mark Martin Secretary of State court case in front of Judge Moody. Please include the closing arguments as part of the transcript.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
   - ( ) Private funds.
   - (×) Government expense (civil case.)

SIGNED _____ DATE 03/06/2018  COUNSEL FOR Defendant/Appellant

ADDRESS P. O. Box 251570, Little Rock, AR 72225

TELEPHONE (501) 682-3401

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of March, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), to the following:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810

Jeffrey M. Rosenzweig
300 South Spring Street, Suite 310
Little Rock, AR 72201

_____
AJ Kelly