(Post. 5/26/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 06 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Mark Moore, et al.
_____

              v.                    Case No. 4:14-cv-00065-JM

Honorable Mark Martin
_____

### TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

    A.    Complete one of the following:
         ( )   A transcript is not needed for the appeal.
         (X)   A transcript is already on file.
         ( )   Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

> Defendant Secretary of State requests a transcript of the July 27, 2015 hearing for the Mark Moore, et al. v. Mark Martin Secretary of State court case in front of Judge Moody.

    B.    I certify that financial arrangements have been made with the reporter. Payment is by:
         ( )   Private funds.
         (X)   Government expense (civil case.)

SIGNED _[signature]_ DATE 03/06/2018 COUNSEL FOR Defendant/Appellant

ADDRESS P. O. Box 251570, Little Rock, AR 72225

TELEPHONE (501) 682-3401

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of March, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), to the following:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810

Jeffrey M. Rosenzweig
300 South Spring Street, Suite 310
Little Rock, AR 72201

_____
AJ Kelly