UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

**MARK MOORE**                                                                 **PLAINTIFF**

v.                               Case No. 4:14-CV-65-JM

**HONORABLE MARK MARTIN,**
in his official capacity as
Secretary of State for the
State of Arkansas                                                              **DEFENDANT**

### DEFENDANT SECRETARY OF STATE MARK MARTIN'S MOTION TO VACATE INJUNCTION AS MOOT; AND ALTERNATIVE MOTION TO STAY INJUNCTION PENDING APPEAL

**COMES NOW**, Defendant, Honorable Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, for his Motion to Vacate the Injunction as Moot, and Alternative Motion to Stay Injunction Pending Appeal, and states that:

1. The injunction issued by this Court has become moot since Plaintiff Mark Moore failed to file any of the required paperwork to run for political office with the Arkansas Secretary of State during the party filing period ended March 1, 2018. Affidavit of Assistant Director of Elections, Peyton Murphy, attached hereto as an unmarked exhibit.

2. The Court entered its Order and Judgment in this case on or about January 25, 2018, granting Plaintiff Mark Moore a one-person injunction, extending his deadline to file his signature petitions (ostensibly for the Office of Lt. Governor) until May 1, 2018.

3. On January 31, 2018, the Court issued its Amended Order *nunc pro tunc* January 25, 2018.

4. As part of the January 31, 2018, Order, the Court ruled that the "Plaintiff may file his petition to run for office as an independent candidate on or before May 1, 2018." Docket # 67, Par. 38.

5. That Arkansas Code Annotated § 7-7-103 requires independent candidate to file their political practices pledge, affidavit of eligibility, and a notice of candidacy during the party filing period (A.C.A. § 7-7-203(c)), i.e., provisions that were not challenged at trial.

6. The party filing period for the 2018 election cycle ran from noon on February 22 to noon on March 1, 2018.

7. The party filing period for the 2018 election ended at noon on March 1, 2018.

8. As set forth in the Affidavit attached hereto, Plaintiff Mark Moore did not file *any* of the required paperwork to run as an Independent Candidate for Lieutenant Governor, or for *any other* position for which the filing office is the Secretary of State.

9. Defendant Secretary of State moves to vacate, dissolve, set aside, and hold for naught the injunction, pursuant to Fed. R. Civ. P. 60(b), as it is now moot; Plaintiff Mark Moore cannot file petitions for an office in the 2018 calendar year.

10. In the alternative, Defendant Secretary moves to stay the injunction pending appeal.

11. That an appeal is pending in this matter, as Defendant Secretary timely filed a Notice of Appeal, and continues to prosecute the appeal.

12. Defendant Secretary files this Motion with the U.S. District Court Clerk in an excess of caution, during the pendency of his appeal, and as required by the norms of appellate procedure, where the U.S. District Court is given the first opportunity to resolve the issue. Fed. R. App. P. 8(a).

13. Defendant Secretary asks the Court to grant him the relief he seeks herein; to vacate the Court's injunction, giving Mark Moore until May 1 in which to file his candidate petitions, since he has failed to file as a candidate for office in the State of Arkansas in the 2018 election cycle; alternatively to stay the injunction pending appeal; and alternatively to provide an "indicative ruling" that the Court would grant the motion but for the pendency of the appeal (Fed. R. Civ. P. 62.1; Fed. R. App. P. 12.1); and to grant Defendant Secretary such relief to which he may be entitled under the circumstances.

**WHEREFORE**, and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity, prays that the Court grant Defendant's Motion to Vacate the Injunction as Moot; that, alternatively, the Court stay the injunction pending appeal; that, alternatively, the Court indicate on the record that it would grant this Motion, but for the pendency of the appeal, in accordance with FRCP 62.1; that the Court vacate, dissolve, set aside, and hold for naught its Order and Judgment granting Plaintiff, personally, an injunction giving

him a deadline of May 1, 2018, in which to file his petitions for office with the Arkansas Secretary of State; that the Court provide an indicative note in the docket that it would rule in favor of Defendant Secretary but for the pendency of the appeal; that the Court deny any of Plaintiff's requests for fees, costs, or expenses; and that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances.

**Respectfully submitted this 7th day of March, 2018.**

HONORABLE MARK MARTIN
SECRETARY OF STATE
In his Official Capacity,
Defendant

By: /s/ A.J. Kelly
AJ Kelly
General Counsel and
Deputy Secretary of State
Arkansas Secretary of State
P.O. Box 251570
Little Rock, AR 72225
Phone: (501) 682-3401
Fax: (501) 682-1213

And

Michael Fincher
Associate General Counsel
Arkansas Secretary of State
Suite 256 – State Capitol
500 Woodlane Avenue
Little Rock, AR 72201

*Attorneys for Defendant*
*Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that on the date set forth below, I electronically filed the foregoing Motion (and attached Affidavit) with the District Court Clerk using the electronic filing system in the Federal District Court Clerk's Office so that the attorneys of record can be served electronically using the Court's filing system (CM/ECF):

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810
Fax: (918) 583-8283

Jeffrey M. Rosenzweig
300 South Spring Street, Suite 310
Little Rock, AR 72201

**Dated this 7th day of March, 2018.**

                                                          /s/ A.J. Kelly
                                                         AJ Kelly

# AFFIDAVIT OF ASSISTANT DIRECTOR OF ELECTIONS

State of Arkansas         )
                          ) ss.
County of Pulaski         )

I, Peyton Murphy, duly deposed upon oath, state:

1. My name is Peyton Murphy.
2. I am the Assistant Director of Elections for the State of Arkansas and the Arkansas Secretary of State.
3. I am over the age of 18, am competent to make the statements herein, and know of no reason why I cannot make the statements herein.
4. I make the statements herein of my own personal knowledge, and as designated by the Secretary of State, as the keeper of the records, for purposes of this Affidavit.
5. During the party filing period that ended on March 1, 2018, Mark Moore did not file with the Arkansas Secretary of State to run for any public office in the State of Arkansas for the 2018 election cycle.
6. During the party filing period that ended on March 1, 2018, Mark Moore did not attempt to file, nor did he attempt to tender, with the Arkansas Secretary of State, any documents required for filing to run for any public office in the State of Arkansas for the 2018 election cycle.
7. That Mark Moore, by his own inaction, is prohibited from running for any public office in the 2018 election cycle, in which the Secretary of State is the filing office, because the party filing period closed on March 1, 2018, without Moore having tendered any documents required for such filing.

Further, Affiant sayeth not.

1

Dated this 6th of March, 2018.

                                                              _____
                                                              Peyton Murphy,
                                                              Assistant Director of Elections

## VERIFICATION

    Subscribed and sworn to before me, a Notary Public, duly authorized and acting, by the person well known to me as Leslie Bellamy, the Arkansas Secretary of State Assistant Director of Elections, who appeared personally, and stated that he signed his name for the purposes therein set forth, in support of the Secretary of State's Motion (Federal District Court).

    In witness whereof, I hereunto set my hand and seal on this 6th day of March, 2018.

```
OFFICIAL SEAL - #12695521
BRITTANY D. GARCIA
NOTARY PUBLIC-ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES: 09-23-25
```

                                                              Brittany D. Garcia
                                                              NOTARY PUBLIC

                                                              [Notary seal below]

My commission expires:

9-23-25

2