**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARK MOORE and MICHAEL HARROD**                                       **PLAINTIFFS**

**V.**                                   **4:14CV00065 JM**

**MARK MARTIN in his official capacity as
Arkansas Secretary of State**                                                                    **DEFENDANT**

## ORDER

Pending are Plaintiff Moore's motions for attorneys fees and costs and the Defendant's motion to vacate or stay the injunction.

In the motion to vacate, the Secretary of State asks the Court to vacate the injunctive relief granted to the Plaintiff allowing him to file his petition to run as an independent candidate in the 2018 General Election at any time up to May 1, 2018. The Secretary claims that because the Court did not include the filing deadline for the political practices pledge, affidavit of eligibility, and notice of candidacy in the Order granting injunctive relief, Plaintiff was required to file those documents on March 1, 2018 as stated in Ark. Code Ann. § 7-7-103. The Secretary claims that because Plaintiff failed to file these documents on March 1, 2018, he is ineligible to file his signature petitions on May 1, 2018 and the Court should vacate the injunction allowing Plaintiff to do so.

The Secretary filed a Notice of Appeal on February 22, 2018 and a Rule 60(b) motion to vacate on March 7, 2018. Federal Rule of Civil Procedure 62.1 states, in pertinent part:

(a) If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may:

    (1) defer considering the motion;
    (2) deny the motion; or
    (3) state either that it would grant the motion if the court of appeals remands for

that purpose or that the motion raises a substantial issue.

Fed. R. Civ. P. 62.1. Pursuant to Rule 62.1(a)(1), the Court defers ruling on the motion to vacate.

Plaintiff's motions for costs and attorneys fees are held in abeyance pending appeal.

IT IS SO ORDERED this 29th day of March, 2018.

*/s/ James M. Moody Jr.*
James M. Moody Jr
United States District Judge