# TRANSMITTAL SHEET

**TO:**   Clerk, USCA 8   **DATE:** 4/2/2018

**FROM:**   U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:**   18-01382

**DISTRICT COURT NO.**   4:14-cv-00065-JM: Moore et al v. Martin

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Transcript of Bench Trial, 12/12/2017 (Docket entry #90)
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
    Deputy Clerk