IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

**MARK MOORE**                                                                 **PLAINTIFF**

VS.                                    NO. 4:14-CV-65-JM

**HONORABLE MARK MARTIN**
**in his official capacity as**
**Arkansas Secretary of State**                                                **DEFENDANT**

## DEFENDANT'S AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**NOTICE IS HEREBY GIVEN, pursuant to Federal Rule of Appellate Procedure 4(a) that** Defendant, Honorable Mark Martin, ("Defendant Secretary"), in his official capacity as Arkansas Secretary of State, appeals to the United States Court of Appeals for the Eighth Circuit from the following items entered by the U.S. District Court for the Eastern District of Arkansas in favor of Plaintiff, Mark Moore, and amends his previous Notice of Appeal, as follows:

1. The District Court Order entered by the Clerk on January 25, 2018 (Dkt. No. 65);

**Amended Notice of Appeal, p.1**

2. The District Court's Amended Order entered by the Clerk on January 31, 2018, *nunc pro tunc*, to January 25, 2018 (Dkt. No. 67);

3. The District Court's final Judgment entered by the Clerk on January 25, 2018 (Dkt. No. 66);

4. **The District Court's Order entered by the Clerk on March 29, 2018 (Dkt. No. 89) (concerning Rule 60(b) Motion to Vacate Injunction).**

5. Every adverse ruling of the District Court prior to date.

6. The Judgment and two Orders (Dkt. No. 65 and Dkt. No. 67) are final, appealable orders, disposing of all claims and all parties. The Order dated March 29, 2018 (Dkt. No. 89), disposes of Defendant's Rule 60(b) post-trial Motion to Vacate, Dissolve, Set Aside, and Hold for Naught the Injunction issued on January 25, and fails to grant the relief requested by Defendant, and so is a final Order, disposing of all remaining substantive issues involving all parties (and excepting attorney's fees).

7. The Judgment declares unconstitutional a March 1 deadline for the filing of Independent Candidate Petition Signatures to obtain access to

the November general election ballot to the extent that it should be no earlier than May 1 of the even-numbered election year, and further enjoins enforcement of the March 1 deadline as to Plaintiff Mark Moore, granting him (alone) the right to file his Independent Candidate Petitions no later than May 1, 2018.

8. The Order dated March 29, 2018, declines to grant Defendant relief from the judgment (injunction) because an appeal is pending. Fed. R. Civ. P. 62.1(a)(1).

9. The parties to the Judgment and Orders appealed from, and the names and addresses of their respective attorneys, are as follows:

    a. **Plaintiff, Appellee, Mr. Mark Moore.** Counsel is James C. Linger, 1710 South Boston Avenue, Tulsa, OK 74119-4810, and (at the District Court) Jeff Rosenzweig, 300 Spring Street, Suite 310, Little Rock, Arkansas 72201;

    b. **Defendant, Appellant, Honorable Mark Martin, Secretary of State for the State of Arkansas.** Counsel is AJ Kelly, PO Box 251570, Little Rock, AR 72225-1570.

Dated this 9th Day of April, 2018.

**Amended Notice of Appeal, p.3**

>                               **HONORABLE MARK MARTIN**
>                               **ARKANSAS**
>                               **SECRETARY OF STATE**
>                               In his Official Capacity, **Defendant**,
>                               And **APPELLANT**
>
>                                       /s/ AJ Kelly
>                               By: _____
>                               A.J. Kelly
>                               General Counsel and
>                               Deputy Secretary of State
>                               ABA 92078
>                               PO Box 251570
>                               Little Rock, AR 72225-1570
>                               (501) 682-3401
>                               Fax: (501) 682-1213
>                               kellylawfedecf@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of April, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), to the following:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810

Jeff Rosenzweig
300 Spring Street, Suite 310
Little Rock, AR 72201

>                                       /s/ AJ Kelly
>                               _____
>                               AJ Kelly

**Amended Notice of Appeal, p.4**