UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

**MARK MOORE**                                                                                  **PLAINTIFF**

v.                                    Case no. 4:14-CV-65-JM

**HONORABLE MARK MARTIN,**
**In his official capacity as**
**Secretary of State for the**
**State of Arkansas**                                                                            **DEFENDANT**

### DEFENDANT HONORABLE MARK MARTIN'S RENEWED MOTION TO VACATE THE INJUNCTION AS MOOT AND MEMORANDUM BRIEF IN SUPPORT

**COMES NOW**, Defendant, Honorable Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, for his Renewed Motion to Vacate the Injunction as, and states that:

1. Defendant Secretary previously filed a timely motion to Vacate the Injunction as Moot on or about March 7, 2018. Fed. R. Civ. P. 60(b).

2. The U.S. District Court declined to rule on the Motion given the pending appeal, by Order dated on or about March 29, 2018.

3. Defendant Secretary promptly amended his Notice of Appeal and applied directly to the Eighth Circuit Court of Appeals for relief, accordingly.

4. On this even date herewith, the Eighth Circuit Court of Appeals has entered an Order remanding the matter to the U.S. District Court "for the purpose of considering an amendment to its January 31, 2018, Amended Order." A copy of the Order is attached hereto.

5. Defendant Secretary hereby renews his Motion to Vacate the Injunction as Moot given the remand from the Eighth Circuit.

6. Defendant Secretary has shown that the facts have changed during the course of the pending appeal; Defendant is entitled to the relief requested: vacating the injunction where Plaintiff Moore's relief is moot due to his failure to file required paperwork not challenged at trial; for vacation, dissolution, setting aside, and holding for naught the injunction issued in this matter; that the Court deny Plaintiff his attorney's fees, costs, or expenses for responding to this Motion; and for such additional relief to which he may be entitled under the circumstances.

**WHEREFORE,** and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity, prays that the Court grant Defendant's Motion to Vacate the Injunction as Moot; that the Court vacate, dissolve, set aside, and hold for naught its Order and Judgment granting Plaintiff, personally, an injunction giving him a deadline of May 1, 2018, in which to file his petitions for office with the Arkansas Secretary of State; that the Court deny any of Plaintiff's requests for fees, costs, or expenses; and that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances.

## MEMORANDUM BRIEF IN SUPPORT OF DEFENDANT'S RENEWED MOTION

The Eighth Circuit has remanded this matter for this Court to "consider[] an amendment to its January 31, 2018 Amended Order." The Renewed Motion should be granted for the reasons previously set forth in Defendant Secretary's March 7, 2018, Motion, Brief, and Defendant Secretary's March 21, 2018, Reply.

The injunction should be vacated, set aside, dissolved, and held for naught. Plaintiff Mark Moore failed to file his notice of candidacy, political practices pledge, and affidavit by the end of the Party Filing Period in 2018. He does not

deny this. Plaintiff Moore cannot be placed on the ballot as an Independent Candidate in 2018 at this point. As a result, the Court lacks subject matter jurisdiction to enforce the injunction; Plaintiff Moore has no standing to continue to seek the injunction. Plaintiff Moore has suffered no injury; Moore does not dispute this.

The Court should vacate the injunction as moot.

**WHEREFORE,** and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity, prays that the Court grant Defendant's Motion to Vacate the Injunction as Moot; that the Court vacate, dissolve, set aside, and hold for naught its Order and Judgment granting Plaintiff, personally, an injunction giving him a deadline of May 1, 2018, in which to file his petitions for office with the Arkansas Secretary of State; that the Court deny any of Plaintiff's requests for fees, costs, or expenses; and that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances.

Respectfully submitted this 26th day of April, 2018.

                                                          **HONORABLE MARK MARTIN**
                                                          **SECRETARY OF STATE**
                                                          In his Official Capacity,
                                                          Defendant

                                                          By:___/s/ A.J. Kelly_____.

**SOS Renewed Motion to Vacate Injunction as Moot, p. 4**

AJ Kelly
Deputy Secretary of State
& General Counsel
AB No. 92078
Arkansas Secretary of State
P.O. Box 251570
Little Rock, AR 72225
Phone: (501) 682-3401
Fax: (501) 682-1213

And

Michael Fincher
Associate General Counsel
AB No. 2016037
Arkansas Secretary of State
Suite 256 – State Capitol
500 Woodlane Avenue
Little Rock, AR 72201

*Attorneys for Defendant*
*Secretary of State*

# **CERTIFICATE OF SERVICE**

I do hereby certify that on the date set forth below, I electronically served the foregoing RENEWED Motion with the District Court Clerk using the electronic filing system in the Federal District Court Clerk's Office (CM/ECF):

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810


Jeffrey M. Rosenzweig
300 South Spring Street, Suite 310
Little Rock, AR 72201

Dated this 26th day of April, 2018.

/s/ AJ Kelly
_____
AJ Kelly

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 18-1382

Mark Moore

Appellee

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

---

**ORDER**

It is hereby ordered that this matter is remanded to the United States District Court for the purpose of considering an amendment to its January 31, 2018 Amended Order. The clerk of the district court is directed to notify the clerk of this court upon the entry of court's order on remand.

April 26, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans