# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1382

Mark Moore

Appellee

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

---

## ORDER

It is hereby ordered that this matter is remanded to the United States District Court for the purpose of considering an amendment to its January 31, 2018 Amended Order. The clerk of the district court is directed to notify the clerk of this court upon the entry of court's order on remand.

April 26, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans

 **18-1382 Mark Moore, et al v. Mark Martin "Judge Order Filed sua sponte remand with jurisdiction" (4:14-cv-00065-JM)**
ca08ml_cmecf_Notify   to:                                        04/26/2018 10:12 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/26/2018
**Case Name:**      Mark Moore, et al v. Mark Martin
**Case Number:**    18-1382
**Document(s):**    Document(s)

**Docket Text:**
JUDGE ORDER: It is hereby ordered that this matter is remanded to the United States District Court for the purpose of considering an amendment to its January 31, 2018 Amended Order. The clerk of the district court is directed to notify the clerk of this court upon the entry of court's order on remand. Hrg Dec 2016 [4654786] [18-1382] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:**
/opt/ACECF/live/forms/AmandaTrautt_181382_4654786_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/26/2018] [FileNumber=4654786-0]
[5dddbf4a3b9e6bb9dbb34e21d6199336f3e39cebc62d09a3d02d2e85a40e36ad21cc4357b352fa0b
5aad7bcb6ab03db3ea20d0a60049f91a84dac6986fdf1bf4]]
**Recipients:**

- Mr. Michael Fincher
- Mr. AJ Kelly
- Mr. James Carter Linger
- Mr. Jim McCormack, Clerk of Court
- Honorable James M. Moody, Jr., U.S. District Judge
- Mr. Jeffrey M. Rosenzweig

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4654786
**RELIEF(S) DOCKETED:**
  remand with jurisdiction
**DOCKET PART(S) ADDED:** 6034923, 6034924, 6034925