IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE and MICHAEL HARROD**                            **PLAINTIFFS**

**V.**                          **4:14CV00065 JM**

**MARK MARTIN in his official capacity as**
**Arkansas Secretary of State**                              **DEFENDANT**

## AMENDED ORDER

The Court's Amended Order of January 31, 2018 is amended as follows:

38.     Plaintiff may file his petition to run for office as an independent candidate, political practices pledge, affidavit of eligibility, and notice of candidacy on or before May 1, 2018.

IT IS SO ORDERED this 30th day of April, 2018.

NUNC PRO TUNC January 25, 2018.

_____
James M. Moody Jr.
United States District Judge