IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE and MICHAEL HARROD**                                              **PLAINTIFFS**

**V.**                                   **4:14CV00065 JM**

**MARK MARTIN in his official capacity as**
**Arkansas Secretary of State**                                                       **DEFENDANT**

## ORDER

Based upon the Court's Order entered today, Defendant's Motion to Vacate Injunction as Moot (ECF No. 83) and Renewed Motion to Vacate the Injunction as Moot (ECF No. 93) are DENIED.

IT IS SO ORDERED this 30th day of April, 2018.

_____
James M. Moody Jr