IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE**                                                       PLAINTIFF

v.                              Case no. 4:14-CV-65-JM

**HONORABLE MARK MARTIN, in his official
capacity as Secretary of State
for the State of Arkansas**                                          DEFENDANT

### DEFENDANT HONORABLE MARK MARTIN'S
### MOTION TO VACATE THE JUDGMENT AS MOOT

**COMES NOW**, Defendant, Honorable Mark Martin, in his official capacity as Secretary of State for the State of Arkansas, for his Motion to Vacate the Judgment as Moot per Fed. R. Civ. P. 60(b)(5), and states:

1. This is an Independent Candidate ballot access case, pending in this court since its filing in February of 2014.

2. The Court entered an Order and Judgment on January 25, 2018, in this matter.

3. On January 31, 2018, the Court issued an Amended Order *nunc pro tunc* to January 25, 2018.

4. Defendant Secretary filed a timely notice of appeal on or about February 22, 2018.

5. Defendant Secretary filed a Motion to Vacate Injunction on or about March 7, 2018.

6. This Court entered an Order pursuant to Rule 62.1, on March 29, 2018, holding the Motion to Vacate Injunction in abeyance pending the appeal.

7. Defendant Secretary filed an Amended Notice of Appeal on or about April 9, 2018.

8. Defendant Secretary separately filed a Motion in the Eighth Circuit Court of Appeals, resulting in a limited remand Order dated and entered by the U.S. District Court Clerk on or about April 26, 2018.

9. Defendant Secretary renewed his Motion to Vacate Injunction on or about April 26, 2018.

10. On April 30, 2018, this Court entered an Order amending its Order of January 31, 2018, allowing Plaintiff Moore to file all of his Independent Candidate paperwork, including his Petitions, until May 1, 2018, and denying Defendant Secretary's Motion to Vacate Injunction.

11. On or about April 30, 2018, Plaintiff, Mr. Moore, tendered his Independent Candidate paperwork, and his signature petitions, to the Secretary of State, in accordance with the Court's amended Order.

12. On April 30, 2018, pursuant to this Court's Order, the Secretary of State began its review of Mr. Moore's Independent Candidate Petition Signatures for State Senate District 3.

13. A total of 573 valid signatures are needed to qualify as an Independent Candidate for State Senate District 3 in the 2018 election cycle in the State of Arkansas. Affidavit of Peyton Murphy (attached hereto as an unmarked exhibit).

14. Mr. Moore submitted a total of 596 signatures on his Independent Candidate petitions. Affidavit of Peyton Murphy.

15. After the Secretary of State's review for sufficiency of signatures, Mr. Moore had a total of 422 valid signatures of voters in State Senate District 3. Affidavit of Peyton

Murphy.

16. The Secretary of State found that Mr. Moore's Independent Candidate Signatures were deficient because they lacked 151 valid signatures for Senate District 3, after two separate reviews of Moore's signature petitions. Affidavit of Peyton Murphy.

17. The Secretary of State notified Mr. Moore (and his counsel) that his Independent Candidate Petition was insufficient, and that his petition was denied. Affidavit of Peyton Murphy (with letter notice attached).

18. Mr. Moore did not tender, or attempt to tender, independent candidate petition signatures for the Office of Lt. Governor of the State of Arkansas, which petition would require 10,000 signatures in the 2018 election cycle. Affidavit of Peyton Murphy.

19. Since the filing of this lawsuit, without dispute, Mr. Moore has failed to qualify as an Independent Candidate for any Office in the State of Arkansas.

20. Mr. Moore lacks standing to continue this lawsuit (even on appeal).

21. Mr. Moore has shown absolutely no harm to him caused by the due date of his independent candidate signature petitions.

22. The Trial Court previously entered judgment on the merits in favor of Defendant Secretary as to Plaintiff Mr. Michael Harrod, on or about August 25, 2015; Mr. Harrod did not appeal; that judgment is a valid and binding judgment on the Secretary of State as well as Mr. Harrod.

23. As a result of the Court's August 25, 2015, Order and judgment, Plaintiff Mr. Moore, who had partial success on his own individual appeal, was entitled to nothing more than as-applied relief as to himself, alone.

24. Mr. Moore has failed to satisfy the Article III standing requirements throughout the duration of his case (including during the pendency of any appeal).

25. The Trial Court lacks subject matter jurisdiction to enforce this judgment.

26. The Affidavit of Peyton Murphy, with the letter notice to Plaintiff Mr. Moore, denying his 2018 petitions, is attached hereto, and incorporated herein by reference, as an unmarked exhibit to this Motion.

27. Defendant Secretary notes that an appeal is pending, but that this Motion is first filed in the U.S. District Court as required by the Federal Rules of Appellate Procedure.

28. Defendant Secretary asks the Court to vacate the injunction, vacate its January 25, 2018 Order, vacate its January 31, 2018, Order, vacate its April 30, 2018, Order, and vacate, set aside, and hold for naught the January 25, 2018, Judgment in this matter for the foregoing reasons, as continued enforcement of this Court's judgment and orders is no longer equitable.  Fed. R. Civ. P. 60(b)(5).

**WHEREFORE**, and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity, prays that the Court grant Defendant's Motion to Vacate the Judgment; that the Court grant Defendant Secretary the relief he seeks herein by vacating, setting aside, and holding for naught the judgment, and the three Court Orders of January 25, January 31 and April 30, 2018; that the Court dismiss Plaintiff's allegations against Defendant Secretary of State; that the Court deny any of Plaintiff's requests for fees, costs, or expenses; and that the Court grant Defendant Secretary such additional relief to which he may be entitled under the circumstances.

Respectfully submitted this 18th day of May, 2018.

**HONORABLE MARK MARTIN
SECRETARY OF STATE**

In his Official Capacity,
Defendant

By:  /s/ A.J. Kelly
AJ Kelly
General Counsel and
Deputy Secretary of State
ABA 92078
Arkansas Secretary of State
P.O. Box 251570
Little Rock, AR 72225
Phone: (501) 682-3401
Fax: (501) 682-1213

And

Michael Fincher
Associate General Counsel
Arkansas Secretary of State
Suite 256 – State Capitol
500 Woodlane Avenue
Little Rock, AR 72201

*Attorneys for Defendant*
*Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that on the date set forth below, I electronically served the foregoing Motion **(with Affidavit attached)** with the District Court Clerk using the electronic filing system in the Federal District Court Clerk's Office (CM/ECF):

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810
Fax: (918) 583-8283

Jeffrey M. Rosenzweig
300 South Spring Street, Suite 310
Little Rock, AR 72201

Dated this 18th day of May, 2018.

  /s/ A.J. Kelly
AJ Kelly

**Def. Secretary's M. to Vacate Judgment, p.5**

# AFFIDAVIT OF ASSISTANT DIRECTOR OF ELECTIONS

State of Arkansas    )
                     ) ss.
County of Pulaski    )

I, Peyton Murphy, duly deposed upon oath, state:

1. My name is Peyton Murphy.
2. I am the Assistant Director of Elections for the State of Arkansas and the Arkansas Secretary of State.
3. I am over the age of 18, am competent to make the statements herein, and know of no reason why I cannot make the statements herein.
4. I make the statements herein of my own personal knowledge, and as designated by the Secretary of State, as the keeper of the records, for purposes of this Affidavit.
5. During the court-ordered independent candidate petition filing period that ended on May 1, 2018, Mark Moore did tender to the Arkansas Secretary of State petitions to run for the office of State Senator from Senate District 3.
6. By court order (dated April 30, 2018), the Secretary of State reviewed Mr. Moore's petitions for sufficiency of the signatures.
7. For State Senate District 3, a total of 573 valid signatures are needed to qualify as an Independent Candidate in the 2018 election cycle.
8. Mr. Moore submitted a total of 596 signatures for review on April 30, 2018.
9. After the court-ordered review, Mr. Moore's Independent Candidate Petitions contained a total of 422 valid signatures of voters in District 3.
10. Mr. Moore's signature petitions were deficient because they lacked at least 151 valid signatures for Senate District 3, after two separate reviews of those petitions.

1

11. The Secretary of State has notified Mr. Moore that his Independent Candidate Petition Signatures for State Senate District 3 were insufficient.
12. The Secretary of State has denied Mr. Moore's Independent Candidate Petitions for State Senate District 3 for the 2018 general election.
13. A true and correct copy of the Secretary of State's letter of May 4, 2018, denying the petition, is attached to this Affidavit.
14. Mr. Moore did not tender, or attempt to tender, Independent Candidate Petition Signatures for the Office of Lt. Governor of the State of Arkansas during the 2018 election cycle.
15. The number of signatures required for filing as an Independent Candidate for Lt. Governor for the general election in the State of Arkansas in 2018 is 10,000 signatures (the statutory maximum).
16. Mr. Moore has not served the Secretary of State with any additional paperwork seeking to challenge this determination in the Circuit Court of Pulaski County, Arkansas, and, after review, does not appear to have filed any such challenge.
17. Mark Moore is prohibited from running for any public office in the 2018 election cycle, in which the Secretary of State is the filing office, because the court-ordered independent candidate petition filing period closed on May 1, 2018, without Moore having tendered sufficient petition signatures required for any such filing.

Further, Affiant sayeth not.

Dated this 18th day of May, 2018.

_____
Peyton Murphy,
Assistant Director of Elections

2

## **VERIFICATION**

Subscribed and sworn to before me, a Notary Public, duly authorized and acting, by the person well known to me as Peyton Murphy, the Arkansas Secretary of State Assistant Director of Elections, who appeared personally before me, and stated that he signed his name for the purposes therein set forth, in support of the Secretary of State's Motion (Federal Court) and Brief.

In witness whereof, I hereunto set my hand and seal on this 18th day of May, 2018.

_____
NOTARY PUBLIC

[Notary seal below]

My commission expires:

11-14-23

```
OFFICIAL SEAL - #12396516
JOSH BRIDGES
NOTARY PUBLIC-ARKANSAS
WHITE COUNTY
MY COMMISSION EXPIRES: 11-14-23
```

3



# ARKANSAS SECRETARY OF STATE

## MARK MARTIN

May 4, 2018

Mark Moore
1272 Pace Ln.
Pea Ridge, AR 72751

Re:  Independent Candidate Petition (2018)
     State Senate District 3
     Petition Denied

Dear Mr. Moore,

By court order, the Secretary of State's Office has reviewed the petition you submitted, on April 30, 2018, seeking candidacy for State Senate District 3. Unfortunately, the petition contained an insufficient number of signatures. Because of this insufficiency, we are unable to approve this petition.

For Senate District No. 3, a total of 573 valid signatures are needed to qualify as an Independent Candidate (three percent (3%) of the last (2014) race for governor, of 19,096 total votes cast). Your petition has a total of 596 signatures, of which only 422 were valid signatures of voters in that district.

This letter serves as confirmation that our office will not be able to certify your name to the respective election commission(s) for the 2018 General Election. Your petition is denied as insufficient. This is the only notice you will receive.

If we can be of any further service, please do not hesitate to have your attorney contact the Legal Division at 501-682-3401.

You have the right to make an appropriate petition for a writ in the Pulaski County Circuit Court in a timely manner, usually within thirty (30) days. You may want to contact your attorney for more information.

Sincerely,

*Mark Martin*

Mark Martin
Arkansas Secretary of State

Cc: James C. Linger
Cc: Secretary of State Legal Division



Room 256 State Capitol • Little Rock, Arkansas 72201-1094
501-682-1010 • Fax 501-682-3510
e-mail: arsos@sos.arkansas.gov • www.sos.arkansas.gov