# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARK MOORE, MICHAEL HARROD,**
**and WILLIAM CHRIS JOHNSON**                                   **PLAINTIFFS**

**V.**                                    **4:14CV00065 JM**

**HONORABLE MARK MARTIN,**
**in his official capacity as**
**Arkansas Secretary of State**                                  **DEFENDANT**

## ORDER

Defendant's Motion to Vacate the Judgment as Moot (ECF No. 98) is DENIED.   IT IS SO ORDERED this 12th day of July, 2018.

_____
James M. Moody Jr.
United States District Judge