IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN (LITTLE ROCK) DIVISION

**MARK MOORE**                                                                                                   **PLAINTIFF**

VS.                                    NO. 4:14-CV-65-JM

**HONORABLE MARK MARTIN**
**in his official capacity as**
**Arkansas Secretary of State**                                                                              **DEFENDANT**

### DEFENDANT'S THIRD AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**NOTICE IS HEREBY GIVEN**, pursuant to Federal Rule of Appellate Procedure **4(a) that** Defendant, Honorable Mark Martin, ("Defendant Secretary"), in his official capacity as Arkansas Secretary of State, appeals to the United States Court of Appeals for the Eighth Circuit from the following items entered by the U.S. District Court for the Eastern District of Arkansas in favor of Plaintiff, Mark Moore, and amends his previous Notice of Appeal, as follows:

1. The District Court Order entered by the Clerk on January 25, 2018 (Dkt. No. 65);

**Def. SOS Third Amended Notice of Appeal, p.1**

2. The District Court's Amended Order entered by the Clerk on January 31, 2018, *nunc pro tunc*, to January 25, 2018 (Dkt. No. 67);
3. The District Court's final Judgment entered by the Clerk on January 25, 2018 (Dkt. No. 66);
4. The District Court's Order entered by the Clerk on April 30, 2018, amending its Order of January 31, 2018 (Dkt. No. 96).
5. The District Court's Order entered by the Clerk on April 30, 2018, denying the Motion to Vacate Injunction and Renewed Motion to Vacate Injunction, as moot (Dkt. No. 97).
6. The District Court's Order entered by the Clerk on July 12, 2018 (Dkt. No. 103), denying Motion to Vacate Judgment as Moot.
7. Every adverse ruling of the District Court prior to this date.
8. The Judgment and Orders (Dkt. Nos. 65, 67, 96, 97, and 103), are final, appealable orders, disposing of all claims and all parties.
9. The Judgment declares unconstitutional a March 1 deadline for the filing of Independent Candidate Petition Signatures to obtain access to the November general election ballot to the extent that it should be no earlier than May 1 of the even-numbered election year, and further

enjoins enforcement of the March 1 deadline as to Plaintiff Mark Moore, granting him (alone) the right to file his Independent Candidate Petitions, *and other paperwork,* no later than May 1, 2018.

10. The parties to the Judgment and Orders appealed from, and the names and addresses of their respective attorneys, are as follows:

    a. **Plaintiff, Appellee, Mr. Mark Moore.** Counsel is James C. Linger, 1710 South Boston Avenue, Tulsa, OK 74119-4810, and (at the District Court) Jeff Rosenzweig, 300 Spring Street, Suite 310, Little Rock, Arkansas 72201;

    b. **Defendant, Appellant, Honorable Mark Martin, Secretary of State for the State of Arkansas.** Counsel is AJ Kelly, PO Box 251570, Little Rock, AR 72225-1570.

Respectfully submitted this 18th Day of July, 2018,

> **HONORABLE MARK MARTIN**
> **SECRETARY OF STATE**
> In his Official Capacity, **Defendant**,
> And **APPELLANT**
>
> /s/ AJ Kelly
> By: _____
> A.J. Kelly
> General Counsel and
> Deputy Secretary of State

**Def. SOS Third Amended Notice of Appeal, p.3**

                    ABA 92078
                    PO Box 251570
                    Little Rock, AR  72225-1570
                    (501) 682-3401
                    Fax: (501) 682-1213
                    kellylawfedecf@aol.com

                    *Attorney for Defendant and Appellant*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of July, 2018, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF), and consequently to the following via the electronic filing system:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810

Jeff Rosenzweig
300 Spring Street, Suite 310
Little Rock, AR 72201

                    /s/ AJ Kelly
                    _____
                    AJ Kelly