IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MOORE, et al.,   Plaintiffs,   )
)
v.   )   Case No. 4:14-CV-65-JM
)
MARK MARTIN, in his official capacity as   )
Arkansas Secretary of State,   Defendant.   )

## PLAINTIFF MARK MOORE'S MOTION FOR SUGGESTION ON RECORD FOR SUBSTITUTION OF PARTY DEFENDANT

COMES now the Plaintiff, Mark Moore, by and through his counsel of record, and suggests to the Court, pursuant to Fed. R. Civ. Proc. 25(d) and L.R. 7.2(d)(4), that John Thurston be substituted for Mark Martin as party Defendant in the instant case. In support thereof, Plaintiff Moore would show the Court as follows, to-wit:

1. On February 6, 2014, the above-named Mark Martin was named as Defendant in this action in his capacity as Secretary of State for the State of Arkansas [Doc. No. 1].

2. On January 15, 2019, Defendant Mark Martin ceased to hold the office of Arkansas Secretary of State, due to the expiration of his term.

3. On January 15, 2019, John Thurston, having been duly elected thereto, officially assumed and now lawfully occupies the office of Arkansas Secretary of State, formally held by his predecessor, the Defendant of record herein.

4. Finally, on January 15, 2019, an Order was entered by the Court Clerk of the United States Court of Appeals for the Eighth Circuit in the appeal case of *Moore v. Martin*, 8th Circuit Case Number 18-1382, granting a motion to substitute party, John Thurston, Secretary of State for Arkansas.

Wherefore, premises considered, Plaintiff Moore requests the Court to issue an Order substituting John Thurston as Defendant herein in place of Mark Martin, the Defendant of record, in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

Respectfully submitted this 22nd day of January, 2019.

Mark Moore, Plaintiff

/s/ James C. Linger
James C. Linger, OBA No. 5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com

Jeff Rosenzweig, AB No. 77115
300 Spring Street, Suite 310
Little Rock, Arkansas 72201
(501) 372-5247 Telephone
(501) 376-0770 Facsimile
jrosenzweig@att.net

*Counsel for Plaintiff Mark Moore*

3

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 22nd day of January, 2019.

/s/ James C. Linger
James C. Linger
