IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK MOORE, et al,**                                                                 **PLAINTIFFS**

V.                                          4:14CV0000065 JM

**MARK MARTIN, in his official capacity**
**As Arkansas Secretary of State**                                          **DEFENDANT**

<u>**ORDER**</u>

    Pending is a motion to substitute John Thurston as Defendant Secretary of State and a motion to relieve counsel A.J. Kelly as counsel for Defendant. The Court finds that motions (ECF Nos. 105, 106) should be, and hereby are, GRANTED. The Clerk is directed to make these changes to the record

    IT IS SO ORDERED this 23rd day of January, 2019.

                                                                                     James M. Moody Jr
                                                                   United States District Judge