# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1382
_____

Mark Moore

Plaintiff - Appellee

Michael Harrod; William C. Johnson

Plaintiffs

v.

John Thurston, in his official capacity as Secretary of State for the State of Arkansas

Respondent - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)
_____

**JUDGMENT**

Before LOKEN, WOLLMAN, and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the appeal is dismissed as moot in accordance with the opinion of this Court.

July 01, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans



18-1382 Mark Moore, et al v. John Thurston "judgment filed sua sponte Dismissed" (4:14-cv-00065-JM)

ca08ml_cmecf_Notify   to:   07/01/2019 08:44 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/01/2019

**Case Name:**   Mark Moore, et al v. John Thurston
**Case Number:**   18-1382
**Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** The appeal is DISMISSED AS MOOT. JAMES B. LOKEN, ROGER L. WOLLMAN and DAVID R. STRAS Hrg Apr 2019 [4803426] [18-1382] (Britny Williams)

**Notice will be electronically mailed to:**

Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com
Mr. Gary L. Sullivan, Assistant Attorney General: gary.sullivan@sos.arkansas.gov, brittany.garcia@sos.arkansas.gov


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/BritnyWilliams_181382_4803426_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/01/2019] [FileNumber=4803426-0]
[2e5150e72377c6db32f3721072e2cffb6536db58bfcd74e89d2ff961b9a3f39be3ba995e39aeda259
fce02ef0cd24d80c0c8ac4bb7979a701f8d7aed2171e001]]
**Recipients:**
- Mr. Michael Fincher
- Mr. James Carter Linger

- Mr. Jim McCormack, Clerk of Court
- Mr. Jeffrey M. Rosenzweig
- Mr. Gary L. Sullivan, Assistant Attorney General

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4803426
**RELIEF(S) DOCKETED:**
  Dismissed
**DOCKET PART(S) ADDED:** 6319630, 6319631, 6319632