IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK MOORE, et al.,          Plaintiffs, ) | | |
| | ) | |
| v. | ) | Case No. 4:14-CV-65-JM |
| | ) | |
| JOHN THURSTON, in his official capacity as | ) | |
| Arkansas Secretary of State,   Defendant. | ) | |
| | ) | |

**PLAINTIFF MOORE'S SUPPLEMENTAL MOTION
TO SET AMOUNT OF REASONABLE ATTORNEY'S FEES**

An Order and a Judgment having been entered in the above-entitled action on January 25, 2018 [ECF Nos. 65 and 66], as corrected in an Amended Order on January 31, 2018 [ECF No. 67], and further amended after remand from the Eighth Circuit in an Amended Order on April 30, 2018 [ECF No. 96], and after Plaintiff filed a verified Bill of Costs and a Brief in Support thereof on February 2, 2018 [ECF Nos. 68 and 69] and a Motion to Set Amount of Reasonable Attorney's Fees and a Brief in Support thereof on February 7, 2018 [ECF Nos. 70 and 71], the District Court on March 29, 2018, pursuant to Fed. R. Civ. Proc. 62.1, filed an Order, *inter alia*, holding in abeyance pending appeal Plaintiff's aforesaid motions for costs and attorney's fees [ECF No. 89], and, after Defendant filed an appeal, the U.S. Court of Appeals for the Eighth Circuit having dismissed Defendant's appeal as moot and entered judgment on July 1, 2019 [ECF Nos. 108 and 109], Plaintiff Mark Moore herein, pursuant to 42 U.S.C. § 1988, Fed. R. Civ. P. 54(d)(2), and L.R. 54.1, moves the Court in this supplemental motion and his original motion for an award of reasonable attorney's fees and non-taxable costs and expenses in the total amount of $59,833.82 in favor of the Plaintiff's counsel in the following amounts:

1. For attorney's fees as to James C. Linger, a total of 141.5 hours reasonably and necessarily expended in this matter at a rate of $300.00 per hour, 24.2 hours reasonably and necessarily

      expended in this matter at $250.00 per hour, 8.8 hours reasonably and necessarily expended in this matter at a rate of $150.00 per hour, and non-taxable expenses and costs in the amount of $963.82, for an initial total for James C. Linger of $50,783.82;

2.     For attorney's fees as to Jeff Rosenzweig a total of 18.2 hours reasonably and necessarily expended in this matter at a rate of $250.00 per hour, for $4,550.00, for an initial total for Jeff Rosenzweig of $4,550.00; and

3.     For supplemental attorney's fees as to James C. Linger, a supplemental total of 15.0 hours reasonably and necessarily expended in this matter at a rate of $300.00 per hour, for a supplemental total for James C. Linger of $4,500.00.

The Affidavit of James C. Linger is attached to Plaintiff Moore's Memorandum Brief in Support of his Supplemental Motion to Set Amount of Reasonable Attorney's Fees, and is filed herein in support of the instant Motion.

WHEREFORE, the Plaintiff Moore respectfully requests the relief prayed for in his instant Supplemental Motion filed herein and the previous Motion to Set Amount of Reasonable Attorney Fees filed on February 7, 2018.

Respectfully submitted this 11th day of July, 2019.

                                      MARK MOORE, Plaintiff

                                      <u>/s/ James C. Linger</u>
                                      JAMES C. LINGER, OBA#5441
                                      1710 South Boston Avenue
                                      Tulsa, OK 74119-4810
                                      (918) 585-2797 Telephone
                                      (918) 583-8283 Facsimile
                                      bostonbarristers@tulsacoxmail.com

                                      Jeff Rosenzweig, ABN #77115
                                      300 Spring Street, Suite 310
                                      Little Rock, Arkansas 72201
                                      (501) 372-5247 Telephone
                                      (501) 376-0770  Facsimile
                                      jrosenzweig@att.net
                                      *Counsel for Plaintiff Moore*

VERIFICATION

STATE OF OKLAHOMA )
                  ) ss.
COUNTY OF TULSA   )

James C. Linger, of legal age, being first duly sworn upon oath, deposes and states: That I am counsel for the plaintiff Mark Moore in the above and foregoing Supplemental Motion, that I have read same, and it is true and correct to the best of my knowledge information, and belief.

/s/ James C. Linger
James C. Linger

Subscribed and sworn to before me this 11th day of July, 2019.

/s/ Vickie L. Caudle
Vickie L. Caudle, Notary Public
Commission: #3012535
Expiration: 10-6-2019

Commission:
Tulsa County, State of Oklahoma:
(SEAL)

VICKIE L. CAUDLE
Notary Public
State of Oklahoma
Commission # 03012535  Expires 10/06/19

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 11th day of July, 2019.

/s/ James C. Linger
James C. Linger

3