IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARK MOORE, et al., | ) | |
| ...Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-65-JM |
| | ) | |
| JOHN THURSTON, in his official | ) | |
| capacity as Secretary of State | ) | |
| for the State of Arkansas, | ) | |
| ...Defendant. | ) | |
| | ) | |

# ATTACHMENT

# PLAINTIFF MOORE'S EXHIBIT "11"

# SUPPLEMENTAL TIME SHEET

# OF JAMES C. LINGER

Mark Moore, et al. v. John Thurston, Secretary of State for State of Arkansas          P a g e | 1

| Date | Description | Hours |
|---|---|---|
| 2-8-2018 | Rec. and rev. of Defendant's Objection to Plaintiff's Bill of Costs and Defendant's Brief in Support of Objections to Plaintiff's Bill of Costs | .4 |
| 2-9-2018 | Prep. and filing of Plaintiff's Memorandum Reply Brief in support of his verified Bill of Costs | .5 |
| 2-21-2018 | Rec. and rev. of Defendant's Objections and Response to Plaintiff's Request for Attorney Fees and Defendant's Brief in Support to his objections and response to Plaintiff's Request for Attorney Fees | 1.1 |
| 2-22-2018 | Legal research and prep. and filing of Plaintiff's Memorandum Reply Brief in Support of his Motion to Set Amount of Reasonable Attorney Fees with attachments (Plaintiff's Exhibit 7, 8, and 9) | 1.4 |
| 3-8-2018 | Rev. of Defendant's Motion to Vacate Injunction as Moot with attached Affidavit of Peyton Murphy filed and Rev. of Defendant's Brief in Support of his Motion to Vacate Injunction as Moot and Alternate Motion to Stay Injunction Pending Appeal filed and rec'd on 3-7-2018 | 1.0 |
| | Rec. and rev. of Notice of Docket Correction from District Court Clerk re Motion to Vacate | .1 |
| 3-14-2018 | Prep. and filing of Plaintiff's Response to Defendant's Motion to Vacate Injunction as Moot; and Alternative Motion to Stay Injunction Pending Appeal | 1.5 |
| 3-22-2018 | Rev. of Defendant's Reply to Plaintiff's Response to Defendant's Motion to Vacate Injunction as Moot and Memorandum Brief in Support as filed and rec'd on March 21, 2018 | 1.0 |
| | Rec. and rev. of deficiency letter from District Court Clerk to A.J. Kelly re reply (.1) | N/C |
| 3-29-2018 | Rec. and rev. of Order from District Court pursuant to Rule 62.1(a) (1) deferring ruling on Defendant's Motion to Vacate Injunction as Moot and holding in abeyance Plaintiff's Motion for Attorney Fees and Costs pending appeal | .1 |
| 4-26-2018 | Rec. and rev. of Defendant's renewed Motion to Vacate Injunction as Moot and Memorandum Brief in Support | .5 |

Mark Moore, et al. v. John Thurston, Secretary of State for State of Arkansas          Page | 2

|  |  |  |
|---|---|---|
|  | Rec. and rev. of Order from Eighth Circuit remanding case to District Court for purpose of considering an amendment to District Court's January 31, 2018 amended order | .1 |
|  | Prep. and filing of Plaintiff's Response and Memorandum Brief to Defendant's Renewed Motion to Vacate the Injunction as Moot and Memorandum Brief in Support and the Order of April 26, 2018, of the U.S. Court of Appeals for the Eighth Circuit | 1.4 |
|  | Email to client re case status (.1) | N/C |
|  | Email from client re case status (.1) | N/C |
| 4-30-2018 | Rec. and rev. of email from client re petition pages as to petition signatures to be submitted (.2) | N/C |
|  | Rec. and rev. of Amended Order from District Court as to Amended Order of January 31, 2018 | .1 |
|  | Rec. and rev. of Order from District Court denying Defendant's Motion to Vacate Injunction as Moot and Defendant's Renewed Motion to Vacate the Injunction as Moot | .1 |
| 5-01-2018 | TC w/ client (.1) | N/C |
|  | Email to Jeff Rosenzweig re case status, pending motions, settlement, and appeal (.2) | N/C |
| 5-04-2018 | Email from A.J. Kelly re letter to client from Secretary of State re insufficiency of petition signatures | .1 |
|  | Email to A.J. Kelly re case status and letter (.1) | N/C |
| 5-07-2018 | TC w/ client (.2) | N/C |
| 5-15-2018 | Rec. of email from client re petitioning and discrepancy between numbers turned in and numbers credited (.1) | N/C |
| 5-18-2018 | Rec. and rev. of Defendant's Motion to Vacate the Judgment as Moot with Affidavit of Peyton Murphy and letter of Secretary of State to Mark Moore and Defendant's Brief in Support of his Motion to Vacate the Judgment | .9 |
| 5-23-2018 | Prep. of Affidavit of Mark Moore and email to client | .5 |
|  | Emails from client re Affidavit (2) | .2 |
| 5-24-2018 | Email to client re Affidavit | .1 |

Mark Moore, et al. v. John Thurston, Secretary of State for State of Arkansas                    P a g e | 3

| | Email from client re changes to Affidavit | .1 |
|---|---|---|
| 5-26-2018 | Email to client re Affidavit | .1 |
| | Email from client re Affidavit (.1) | N/C |
| 5-27-2018 | Email from client re Affidavit | .1 |
| 5-31-2018 | Prep. and filing of Plaintiff's Response and Memorandum Brief in Opposition to Defendant's Motion to Vacate the Judgment as Moot and Brief in Support with Affidavit of Mark Moore | 1.5 |
| 6-4-2018 | Email to District Court Clerk re correction to page 17 of Plaintiff Moore's Response and Memorandum Brief of May 31, 2018 (.2) | N/C |
| | Rec. of Notice of Docket Correction re Response (.1) | N/C |
| 7-12-2018 | Rec. and rev. of Order from District Court denying Defendant's Motion to Vacate the Judgment as Moot | .1 |
| 1-22-2019 | Prep. and filing of Motion to Substitute Party Defendant | .4 |
| 1-23-2019 | Rec. and rev. of Motion to Withdraw as Attorney of A.J. Kelly (.1) | N/C |
| | Rec. of Order from District Court granting Motion to Substitute John Thurston as Defendant and allowing A.J. Kelly to withdraw as counsel for Defendant | .1 |
| 7-1-2019 | Rec. and rev. of decision and letters from Eighth Circuit in Moore v. Thurston (.5) | N/C |
| | Email to client re decision (.2) | N/C |
| 7-2-2019 | TC w/ Jeff Rosenzweig (.1) | N/C |
| 7-8-2019 | Rev. of file (.5) | N/C |
| 7-9-2019 | Rev. of file and time records and prep. of Plaintiff Moore's Supplemental Motion to Set Amount of Reasonable Attorney Fees, Affidavit of James C. Linger w/ Exhibits, and Plaintiff's Memorandum Brief in Support Thereof | 1.0 |
| 7-11-2019 | Revision and filing of Plaintiff Moore's Supplemental Motion for Reasonable Attorney Fees w/ attached Exhibits and Plaintiff Moore's Memorandum Brief in Support of his Supplemental Motion to Set Amount of Reasonable Attorney Fees w/ Affidavits | .5 |

Mark Moore, et al. v. John Thurston, Secretary of State for State of Arkansas          P a g e | 4

Total Supplemental Attorney Hours for James C. Linger          18.0
Less Total Supplemental No Charge Attorney Hours                 3.0

Net Supplemental Attorney Hours @ $300.00/hr.                    15.0

Total Supplemental Chargeable Attorney Fees                      $4,500.00