# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1382

Mark Moore

Appellee

Michael Harrod and William C. Johnson

v.

John Thurston, in his official capacity as Secretary of State for the State of Arkansas

Appellant

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

------

## MANDATE

In accordance with the opinion and judgment of 07/01/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 25, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit



18-1382 Mark Moore, et al v. John Thurston "Mandate Issued" (4:14-cv-00065-JM)

ca08ml_cmecf_Notify  to:                                                07/25/2019 10:41 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/25/2019

**Case Name:** Mark Moore, et al v. John Thurston

**Case Number:** 18-1382

**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [4811955] [18-1382] (Britny Williams)

**Notice will be electronically mailed to:**

Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, leejoshr@gmail.com, smwbraden@gmail.com
Mr. Gary L. Sullivan, Assistant Attorney General: gary.sullivan@sos.arkansas.gov, brittany.garcia@sos.arkansas.gov


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/BritnyWilliams_181382_4811955_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/25/2019] [FileNumber=4811955-0]
[ace8aaa82d983700d7be3adccbfc09c5229d3592874c925de0abd05eaf202720b1c01a3eb62009d9
fc5fbccae84c599ce4bc5ed431870c4c06c9a9a2c0f731af]]
**Recipients:**

- [Mr. Michael Fincher](#)
- [Mr. James Carter Linger](#)
- [Mr. Jim McCormack, Clerk of Court](#)
- [Honorable James M. Moody, Jr., U.S. District Judge](#)
- [Mr. Jeffrey M. Rosenzweig](#)
- [Mr. Gary L. Sullivan, Assistant Attorney General](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4811955
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6336188